

**FILED**
JAMES J. VILT, JR. - CLERK
AUG 17 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     Criminal Action No.: 3:22-CR-88-DJH

PHIL PASCOE,
SCOTT TUBBS,
MONICA PASCOE,
QUADRANT MAGNETICS LLC     DEFENDANTS

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Joshua Judd hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911