UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
AUG 17 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                                                                           PLAINTIFF

vs.                                                                    CRIMINAL ACTION NO. 3:22-CR-88-DJH

**PHIL PASCOE, et al**                                                                                          DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Joshua Judd, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this 17th day of August 2022, charging the above-named defendant with a violation(s) of Title 18, United States Code, Section 554, Title 18, United States Code, Sections 1343 and 2, Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 18, United States Code, Sections 371, 554 and 1343, be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Joshua Judd
Assistant U.S. Attorney