UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                  PLAINTIFF

vs.                  CRIMINAL ACTION NO. 3:22-cr-88-DJH

**PHIL PASCOE, et al**                  DEFENDANT

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant with a violation(s) of Title 18, United States Code, Section 554, Title 18, United States Code, Sections 1343 and 2, Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 18, United States Code, Sections 371, 554 and 1343, is hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

This 17th day of August 2022.

_____
United States Magistrate Judge

**ENTERED**
JAMES J. VILT, JR. - CLERK

AUG 17 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY