UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF


v.                                          Criminal Action No.:  3:22-CR-88-DJH


PHIL PASCOE,
SCOTT TUBBS,
MONICA PASCOE,
QUADRANT MAGNETICS LLC                                              DEFENDANTS


NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Christopher Tieke hereby enters his appearance of

record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney



Christopher Tieke
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911