PHV receipt # 300001704

FILED
JAMES J. VILT, JR. - CLERK

DEC 0 6 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

USA

-vs-

Case No.: 3:22-cr-00088-DJH

Pascoe, et al.

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now William F. Gould, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent Quadrant Magnetics, LLC in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Holland & Knight LLP

    with offices at

    Mailing address: 1650 Tysons Boulevard, Suite 1700

    City, State, Zip Code: Tysons, VA 22102

    Telephone: (703) 720-8019

    E-Mail: William.Gould@hklaw.com

2. Applicant has been admitted to Bar(s) of the following state(s):

    | State: | Admission Date: | Bar No.: |
    |---|---|---|
    | VA | 06/08/2004 | 67002 |
    | DC | 05/08/1991 | 428468 |

3. Applicant HAS ✓ HAS NOT ☐ attached a certificate of good standing that has been issued no more than ninety (90) days before the date of this motion from the highest court of the state in which Applicant is a resident. If you have not attached a certificate of good standing issued from the highest court of the state you are a resident, please explain:

4. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, state, territory or the District of Columbia.

   Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, state, territory or the District of Columbia. Please explain

   _____

5. By way of this motion, Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course **OR** ☐ on-line tutorial authorized class room training **OR** ☑ other method (Please explain:
   I completed training for electronic case filing in the Eastern District of Virginia.
   _____
   _____

7. Applicant tenders with this Motion the following:

   ☑ The required *pro hac vice* motion fee of $125.00.

   Wherefore, Applicant prays that this Court enter an order permitting the admission of William F. Gould to the Western District of Kentucky *pro hac vice* for this case only.

   _____
   [Signature of Atty to be admitted - Hand Signed]

   Respectfully submitted,

   William F. Gould
   Holland & Knight LLP
   1650 Tysons Blvd, Ste 1700, Tysons, VA 22102
   (703) 720-8019
   William.Gould@hklaw.com

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.