# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

John Leslie Brownlee

was admitted to practice as an attorney and counsellor at the bar of this Court on November 1, 1994.

I further certify that so far as the records of this office are concerned, John Leslie Brownlee is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 1st day of December
A.D. 2022

By: _Adline Layman_
Deputy Clerk