**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
LOUISVILLE  DIVISION

USA

-vs-                                          Case No.: 3:22-cr-00088-DJH

Pascoe, et al.

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, John L. Brownlee, is permitted to argue or try this case in whole or in part as counsel for Quadrant Magnetics, LLC.