# Supreme Court of Virginia

**AT RICHMOND**

# Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

Caitlin Alexandra Eberhardt

was admitted to practice as an attorney and counsellor at the bar of this Court on

June 5, 2019.

I further certify that so far as the records of this office are

concerned, Caitlin Alexandra Eberhardt is a member of the bar of this Court

in good standing.

Witness my hand and seal of said Court

This 1st day of December

A.D. 2022

By: _____

*Deputy Clerk*