# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| PHIL PASCOE, *et al.* | ) ) ) ) |
| Defendants. | ) |

Criminal No.  3:22-CR-88-DJH

## ORDER DECLARING CASE COMPLEX AND CONTINUING TRIAL

This matter is before the Court on the joint motion of Defendants Phil Pascoe, Scott Tubbs, Monica Pascoe, and Quadrant Magnetics LLC, to declare this case complex and continue trial date in this matter.  Having considered the Motion, there being no objection, and being otherwise well advised, IT IS ORDERED that the Motion is GRANTED.  The JURY TRIAL set for January 17, 2023, is HEREBY CANCELLED.

IT IS FURTHER ORDERED AND ADJUDGED that this case is declared complex and the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within the trial of the offenses charged herein must commence pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).