# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# (LOUISVILLE)

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>)<br>) Case No. 3:22-cr-88-DJH |
| PHIL PASCOE<br>SCOTT TUBBS<br>MONICA PASCOE<br>QUADRANT MAGNETICS LLC | )<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT OF QUADRANT MAGNETICS LLC
## PURSUANT TO FED. R. CRIM. P. 12.4(a)(1)

Pursuant to Federal Rule of Criminal Procedure 12.4(a)(1), the undersigned counsel hereby states that Defendant Quadrant Magnetics LLC is a limited liability company whose sole member is Quadrant International Inc. No publicly-held corporation owns 10% or more of Quadrant Magnetics LLC's stock.

Dated: January 5, 2022

Respectfully submitted,

    /s/ *John Brownlee*
John Brownlee (*pro hac vice*)
William Gould (*pro hac vice*)
Caitlin Eberhardt (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Blvd. Suite 1700
Tysons, VA  22102
Phone: 703.720.8053
John.Brownlee@hklaw.com
William.Gould@hklaw.com
Caitlin.Eberhardt@hklaw.com

*Counsel for Quadrant Magnetics LLC*

## CERTIFICATE OF SERVICE

I certify that on this 5th day of January, 2023, a true and correct copy of the foregoing was served by the Court's electronic case filing system on the following:

>Joshua D. Judd
>Christopher Tieke
>Assistant United States Attorney
>United States Attorney's Office
>Western District of Kentucky
>717 W. Broadway
>Louisville, KY 40202
>Joshua.Judd@usdoj.gov
>Christopher.Tieke@usdoj.gov

>/s/ *John Brownlee*
>John Brownlee (*pro hac vice*)
>HOLLAND & KNIGHT LLP
>1650 Tysons Blvd. Suite 1700
>Tysons, VA  22102
>Phone: 703.720.8053
>John.Brownlee@hklaw.com