UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:22-cr-88-DJH

PHIL PASCOE,
SCOTT TUBBS,
MONICA PASCOE, and
QUADRANT MAGNETICS, LLC, Defendants.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on January 31, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Josh Judd |
| | Chris Tieke |
| For Defendants: | Kent Wicker |
| | Kayla Campbell |
| | Coleman Cox |
| | Pat Renn |
| | John Brownlee |
| | Caitlin Eberhardt |

The Court and counsel discussed the procedural posture of the case, which was previously declared complex. (Docket No. 28) Counsel for the United States reported that discovery is voluminous and still in progress. Based on the discussion during the conference, and without objection, it is hereby

1

**ORDERED** as follows:

(1)     This matter is set for a status hearing on **March 9, 2023, at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. Counsel shall confer in advance regarding a potential trial date and the expected length of trial.

(2)     Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from January 31, 2023, to March 9, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

January 31, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/10
Court Reporter: Dena Legg