UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:22-cr-88-DJH

PHIL PASCOE,
SCOTT TUBBS,
MONICA PASCOE, and
QUADRANT MAGNETICS, LLC,　　　　　　　　　　　　　　　　　　　Defendants.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on March 20, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Josh Judd |
| | Chris Tieke |
| For Defendants: | Kent Wicker |
| | Kayla Campbell |
| | Pat Renn |
| | Mike Mazzoli |
| | Coleman Cox |
| | John Brownlee |
| | William Gould |
| | Caitlin Eberhardt |

The individual defendants were present. The Court and counsel discussed the procedural posture of the case, which was previously declared complex. (Docket No. 28) Counsel for the United States reported that discovery is voluminous and ongoing. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)　　This matter is set for a status hearing on **May 11, 2023, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky.

1

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from March 3, 2023, to May 11, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

March 20, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/10
Court Reporter: Dena Legg