**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Criminal No. 3:22-CR-88-DJH |
| QUADRANT MAGNETICS LLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

---

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Defendants Quadrant Magnetics LLC, Phil Pascoe, Scott Tubbs, and Monica Pascoe, by counsel, hereby respectfully request that the status hearing, currently set for Monday, July 10, 2023, at 9:30 am, be continued for approximately 30 days so counsel can have sufficient time to review the supplemental metadata and images[1] accompanying 134,268 pages of discovery recently provided to defense counsel by the United States. Counsel are available for a status hearing on August 9–11, 14–18 and 21–25. Defendants agree that the period of delay from July 10, 2023 to the new status hearing date is excludable in computing the time within which the trial must commence under the Speedy Trial Act. The grounds for this motion are as follows:

1. On May 11, 2023, the Court set a status hearing for July 10, 2023. The purpose, generally, of the status hearings has been for the parties to update the Court on the discovery process and to alert the Court to any potential discovery issues that may be forthcoming.

---

[1] Defense counsel notes that the government has taken significant steps to accommodate their requests for metadata and images of the discovery files. However, defendants only received this supplemental material on July 3, 2023, and require additional time to review it and consolidate it with the files previously provided.

2. On the afternoon of July 3, counsel for Quadrant Magnetics LLC received a new data card from the government purportedly containing 134,268 pages of supplemental discovery data. This new data card will need to be loaded to a reviewer database, such as Relativity, so counsel can review, consolidate, and search the data. Counsel does not believe the parties will have sufficient time to load and review the recently received data in order to provide the Court with a meaningful update on the status of the discovery on the scheduled hearing date, July 10.

3. Counsel for Defendants believes that an additional 30 or so days is needed to review the new data. Counsel for defendants are available on August 9–11, 14–18 and 21–25.

4. The United States does not oppose this request.

Therefore, Defendants respectfully request that the Court continue the status hearing for approximately 30 days to allow counsel sufficient time to review the most recent data production. If the motion is granted, counsel will convene a call with the Court's clerk to set a new status hearing on a date convenient for the Court and parties.

Respectfully submitted,

/s/ John L. Brownlee
John L. Brownlee
William F. Gould
Caitlin Eberhardt
Holland & Knight LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
(703) 720-8600
william.gould@hklaw.com
john.brownlee@hklaw.com
caitlin.eberhardt@hklaw.com
Counsel for Quadrant Magnetics LLC

/s/ Kent Wicker (with permission)
Kent Wicker
Kayla M. Campbell
WICKER / BRAMMELL PLLC

323 W. Main Street, 11th Floor
Louisville, Kentucky 40202
(502) 541-5533
Kent@wickerbrammell.com
kayla@wickerbrammell.com
Counsel for Phil Pascoe

/s/ Scott C. Cox (with permission)
Scott C. Cox
Scott Coleman Cox II
Cox & Mazzoli, PLLC
600 W. Main Street
Suite 300
Louisville, KY 40202
(502) 589-6190
CoxECF@aol.com
ccox@600mainlaw.com
Counsel for Monica Pascoe

/s/ Patrick Renn (with permission)
Patrick Renn
600 W Main Steet, Suite 100
Louisville, KY 40202
(502) 540-1231
prenn@600westmain.com
Counsel for Scott Tubbs

## **Certificate of Service**

I hereby certify that a copy of the foregoing has been served upon all parties by electronic filing this 5th day of July, 2023.

/s/ John L. Brownlee
John L. Brownlee