UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:22-cr-88-DJH

PHIL PASCOE (1),
SCOTT TUBBS (2),
MONICA PASCOE (3), and
QUADRANT MAGNETICS, LLC (4), Defendants.

\* \* \* \* \*

### MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on August 17, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Josh Judd<br>Chris Tieke |
| For Defendants: | Kent Wicker<br>Kayla Campbell<br>Pat Renn<br>Scott Cox<br>Coleman Cox<br>Mike Mazzoli<br>John Brownlee<br>William Gould |

The individual defendants were present. The Court and counsel discussed the procedural posture of the case, which was previously declared complex. (Docket No. 28) Counsel reported on discovery issues. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)  This matter is set for a status hearing on **November 1, 2023, at 10:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

1

(2) This matter is set for a final pretrial conference on **January 25, 2024, at 9:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky. All counsel who plan to participate at trial shall attend the conference.

August 17, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg