UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                      Criminal Action No. 3:22-CR-88-DJH

PHIL PASCOE                                                              Defendants.
SCOTT TUBBS
MONICA PASCOE
QUADRANT MAGNETICS, LLC

* * * * *

## <u>ORDER FOLLOWING ARRAIGNMENT</u>

Proceedings were held, by video, on October 31, 2023, for the purpose of arraignment. Defendant Phil Pascoe was present with Kent Wicker, retained counsel. Defendant Scott Tubbs was present with Patrick J. Renn, retained counsel. Defendant Monica Pascoe was present with Michael R. Mazzoli, retained counsel. Caitlin Eberhardt, retained counsel, appeared on behalf of Defendant Quadrant Magnetics, LLC. Assistant United States Attorney Christopher C. Tieke was present for the United States of America. The proceeding was digitally recorded.

As to the matter of arraignment, Defendants, by counsel, acknowledged their identity. They further acknowledged having been furnished a copy of the Superseding Indictment and advised of the nature of the charges contained therein.

Counsel, on behalf of Defendants, waived formal reading of the Superseding Indictment and entered pleas of **NOT GUILTY** to the charges contained therein. The Court orally reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

1

It is hereby **ORDERED** that this matter shall remain on the Court's docket as previously scheduled for a status hearing on **November 1, 2023 at 10:30 a.m.** before David J. Hale, United States District Judge.

It is further **ORDERED** that the Defendants shall remain on bond pending further order of the Court.

Date: October 31, 2023        ENTERED BY ORDER OF THE COURT:
REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE
JAMES J. VILT, JR., CLERK
BY: /s/ *Ashley Henry*, Deputy Clerk

Copies to:      Counsel of record
             U.S. Probation

0|10