**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| *UNITED STATES OF AMERICA*, | ) | |
| | ) | |
| *v.* | ) | CASE NO. 3:22-CR-88 DJH |
| | ) | |
| *QUADRANT MAGNETICS, LLC, et al.* | ) | |

**NOTICE OF PRO HAC VICE RENEWAL PAYMENT**

Please take notice that pursuant to General Order 23-11, Caitlin A. Eberhardt has paid the

annual case renewal fee to appear *pro hac vice* on behalf of defendant Quadrant Magnetics, LLC

in the above-captioned matter.

Respectfully submitted,

*/s/ Caitlin Eberhardt*
Caitlin A. Eberhardt (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Blvd., Suite 1600
Tysons, VA 22201
T: 703.720.8053
F: 703.720.8610
*Caitlin.Eberhardt*@hklaw.com

COUNSEL FOR DEFENDANT
QUADRANT MAGNETICS, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2023, I filed the foregoing with the Court's ECF system and all counsel of record were electronically served via the same.


/s/ *Caitlin Eberhardt*