# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| *UNITED STATES OF AMERICA*, ) | |
| ) | |
| *v.* ) | CASE NO. 3:22-CR-88 DJH |
| ) | |
| *QUADRANT MAGNETICS, LLC, et al.* ) | |

## NOTICE OF PRO HAC VICE RENEWAL PAYMENT

Please take notice that pursuant to General Order 23-11, William F. Gould has paid the annual case renewal fee to appear *pro hac vice* on behalf of defendant Quadrant Magnetics, LLC in the above-captioned matter.

Respectfully submitted,

*/s/ William F. Gould*
William F. Gould *(pro hac vice)*
HOLLAND & KNIGHT LLP
1650 Tysons Blvd., Suite 1600
Tysons, VA 22201
T: 703.720.8053
F: 703.720.8610
*William.Gould@hklaw.com*

COUNSEL FOR DEFENDANT
QUADRANT MAGNETICS, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2023, I filed the foregoing with the Court's ECF system and all counsel of record were electronically served via the same.

/s/ *William Gould*