UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE   DIVISION

USA

-vs-

Case No.: 3:22-cr-00088-DJH

Pascoe, et al.

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Timothy J. Taylor, is permitted to argue or try this case in whole or in part as counsel for Quadrant Magnetics, LLC. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.