# EXHIBIT 1

**GOVERNMENT - INDUSTRY DATA EXCHANGE PROGRAM**

# PROBLEM ADVISORY

| 1. TITLE | 2. DOCUMENT NUMBER |
|---|---|
| | 3. DATE *(DD-MMM-YY)* |

| 4. MANUFACTURER AND ADDRESS | 5. PART NUMBER | 6. NATIONAL STOCK NUMBER |
|---|---|---|
| | 7. SPECIFICATION | 8. GOVERNMENT PART NUMBER |
| | 9. LOT DATE CODE START | 10. LOT DATE CODE END |

| 11. MANUFACTURER'S POINT OF CONTACT | 12. CAGE | 13. MANUFACTURER'S FAX ( ) |
|---|---|---|
| 14. MFR. POC PHONE ( ) | 15. MANUFACTURER'S E-MAIL | |
| 16. SUPPLIER | 17. SUPPLIER ADDRESS | 18. SUPPLIER CAGE |

**19. PROBLEM DESCRIPTION / DISCUSSION / EFFECT**

**20. ACTION TAKEN/PLANNED**

| 21. DATE MFR. NOTIFIED/ SUPPLIER NOTIFIED | 22. MFR./SUPPLIER RESPONSE<br>☐ REPLY ATTACHED<br>☐ NO REPLY | 23. ORIGINATOR ADDRESS/POINT OF CONTACT | |
|---|---|---|---|
| 24. GIDEP REPRESENTATIVE | | 25. SIGNATURE | 26. DATE |

GIDEP Form 97-2 (Sept 2009)

Figure 7.4 PROBLEM ADVISORY Data Form

Rev. 1 - March 2015                                                                                                                     16