## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## (LOUISVILLE DIVISION)

| | |
|---|---|
| *United States of America*<br><br>v.<br><br>*Phil Pascoe,*<br>*Scott Tubbs,*<br>*Monica Pascoe,*<br>*and Quadrant Magnetics LLC* | Case No. 3:22-CR88-DJH |

### [PROPOSED] ORDER

Upon consideration of Defendants Quadrant Magnetics LLC, Phil Pascoe, Scott Tubbs, and Monica Pascoe's Motion to Dismiss Legally Insufficient Conspiracy Allegations, it is hereby **ORDERED** that the Motion is **GRANTED**. Paragraphs 16(d) and 18(a)–(b) of the Superseding Indictment, ECF 49, are dismissed.

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Judge