UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:22-CR-88 DJH |
| | ) | |
| QUADRANT MAGNETICS, LLC, et al. | ) | |

**DEFENDANTS' NOTICE OF FILING**

Defendants Quadrant Magnetics, LLC ("Quadrant"), Phil Pascoe, Scott Tubbs, and Monica Pascoe (collectively, "Defendants") moved, under Federal Rule of Criminal Procedure 12(b)(3), to dismiss the conspiracy-object and overt-act allegations in Count 1 (Conspiracy), ¶¶ 16(d) and 18(a)–(b), of the Superseding Indictment, ECF 49. *See* ECF 71. Defendants now file this Notice of Filing and confirm for the Court that all Defendants joined in the Motion to Dismiss and that counsel for Quadrant Magnetics, LLC had permission to sign for attorneys Kent Wicker, Patrick Renn and Scott Cox.

Dated: November 29, 2023    By:    */s/ John Brownlee*

                John L. Brownlee (*pro hac vice*)
                William F. Gould (*pro hac vice*)
                Timothy J. Taylor (*pro hac vice* forthcoming)
                Caitlin A. Eberhardt (*pro hac vice*)
                HOLLAND & KNIGHT LLP
                1650 Tysons Blvd., Suite 1600
                Tysons, VA 22201
                T: 703.720.8053
                F: 703.720.8610
                John.Brownlee@hklaw.com
                William.Gould@hklaw.com
                Timothy.Taylor@hklaw.com
                Caitlin.Eberhardt@hklaw.com

                ATTORNEYS FOR DEFENDANT
                QUADRANT MAGNETICS, LLC

                */s/ Kent Wicker (with permission)*
                Kent Wicker
                WICKER / BRAMMELL PLLC
                323 W. Main Street, 11th Floor
                Louisville, Kentucky 40202
                (502) 541-5533
                Kent@wickerbramel.com
                *Counsel for Phil Pascoe*

                */s/ Patrick Renn (with permission)*
                Patrick J. Renn
                Smith & Helman
                600 W. Main Street, Suite 100
                Louisville, KY 40202
                502-540-5700
                Fax: 502-568-3600
                prenn@600westmain.com
                *Counsel for Scott Tubbs*

                */s/ Scott Cox (with permission)*
                Scott C. Cox
                Cox & Mazzoli, PLLC
                600 W. Main Street, Suite 300
                Louisville, KY 40202
                502-589-6190
                502-584-1744
                CoxECF@aol.com
                *Counsel for Monica Pascoe*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I filed the foregoing using the Court's ECF system, and a copy of the same was electronically served upon all attorneys of record for the United States via electronic mail.

/s/ *John Brownlee*