UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL NO. 3:22-CR-88-DJH
*Filed Electronically*

QUADRANT MAGNETICS, et al.     DEFENDANTS

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Comes the United States of America, by counsel, Christopher Tieke and Joshua Judd, Assistant United States Attorneys for the Western District of Kentucky, and hereby moves the Court for a first extension of time, through and including December 20, 2023, to respond to the Motion to Dismiss (DN 71) filed by the collective defendants on November 28, 2023. The defendants challenge the legal sufficiency of certain elements of the charged conspiracy. The United States needs additional time to fully research its response. In addition, AUSA Judd will be in a trial in this Court beginning on December 11, 2023 with an estimated trial length of five days. The requested extension is not for the purposes of delay. The United States is authorized to state that counsel for the defendants have no objection to the requested extension.

In addition, defendants request that their time to file a reply be extended to through and including January 10, 2024. The United States does not oppose this request.

Accordingly, it is respectfully requested that the United States be permitted to file its response to defendant's motion to dismiss (DN 71) on December 20, 2023 and defendants be permitted to file any replies on January 10, 2024.

        Respectfully submitted,

        MICHAEL A. BENNETT
        United States Attorney

        */s/ Christopher C. Tieke*
        Christopher C. Tieke
        Joshua D. Judd
        Assistant U.S. Attorneys
        717 W. Broadway
        Louisville, KY  40202
        (502) 582-5911
        Christopher.tieke@usdoj.gov
        Joshua.judd@usdoj.gov

## CERTIFICATE OF SERVICE

On December 8, 2023, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel for the defendants.

        */s/ Christopher C. Tieke*
        Assistant United States Attorney