UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:22-CR-88-DJH *Filed Electronically* |
| QUADRANT MAGNETICS, et al. | DEFENDANTS |

**ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND**

The Court, having considered the Unopposed Motion for Extension of Time to Respond to defendant's Motion to Dismiss (DN 71), and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the United States' Motion is **GRANTED** and the United States has up to and including December 20, 2023 to respond to defendant's motion to dismiss (DN 71).

IT IS HEREBY FURTHER ORDERED that the defendants shall have up to and including January 10, 2024 to file any reply.