# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# (LOUISVILLE DIVISION)

| | |
|---|---|
| *United States of America* <br><br> v. <br><br> *Phil Pascoe,* <br> *Scott Tubbs,* <br> *Monica Pascoe,* <br> *and Quadrant Magnetics LLC* | Case No. 3:22-CR88-DJH |

### [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss Legally Insufficient Smuggling Allegations, it is hereby **ORDERED** that the Motion is **GRANTED**. Count 9 of the Second Superseding Indictment's allegations is dismissed.

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Judge