# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **United States of America** <br><br> v. <br><br> **Quadrant Magnetics LLC et al.** | No. 3:22-CR-88-DJH |

## [PROPOSED] ORDER

Upon consideration of Defendants Quadrant Magnetics LLC, Phil Pascoe, Scott Tubbs, and Monica Pascoe's Motion to Suppress Evidence Concerning Alleged ITAR Violations, it is hereby **ORDERED** that the Motion is **GRANTED**. Any ITAR-related evidence obtained pursuant to the four search warrants discussed in Defendants' Motion, and the 2018 search warrant, is hereby suppressed and may not be introduced as evidence at trial.

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Judge