**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **United States of America** <br><br> v. <br><br> **Quadrant Magnetics LLC et al.** | No. 3:22-CR-88-DJH |

**[PROPOSED] ORDER**

Upon consideration of Defendants Quadrant Magnetics, LLC (Quadrant), Phil Pascoe, Scott Tubbs, and Monica Pascoe's Motion to Dismiss Unconstitutionally Vague AECA and ITAR Allegations, it is hereby **ORDERED** that the Motion is **GRANTED**. Paragraphs 16(a)–(b), 17(b)–(c), and 18(c)–(v) of Count 1 (Conspiracy), Counts 5 through 8 (Exporting Technical Data Without a License), and Count 9 (Smuggling) of the Second Superseding Indictment, ECF 73, are dismissed.

**IT IS SO ORDERED.**

Dated:_____

United States District Judge