# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **United States of America** | |
| v. | No. 3:22-CR-88-DJH |
| **Quadrant Magnetics LLC et al.** | |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Strike Magnetization Allegations, it is hereby **ORDERED** that the Motion is **GRANTED**. All allegations concerning magnetization and country of origin are hereby stricken from (1) the substantive wire fraud counts in Counts II–IV of the Second Superseding Indictment, and (2) the allegations regarding a wire fraud conspiracy in Count I of the Second Superseding Indictment.

**IT IS SO ORDERED.**

Dated:_____          _____
                                                     United States District Judge