# EXHIBIT 1



## PM/DDTC Technical Data Certification Form

**Document Name:** 1500P - 1002

**Originator of Document:** Vernitron

1. Does the document contain technical data as defined by the ITAR (See ITAR 120.10)?

   Yes: X    No: _____

2. If yes, provide the U.S. Munitions List category & sub-category for the document (See ITAR 121).

   XX (c)

3. Originally, for what program/contract was this document specifically produced?

   Motor was used on optical periscope on German submarine

4. Is this a military or civilian program?  Military X   Civilian _____

5. Is this document unique to the program identified in paragraph 3?  Yes: X  No: _____

6. What are the current military and civilian applications for this document?

   Military: Same as above

   Civilian: _____

7. Did your company ever request a Commodity Jurisdiction (CJ) on the article(s) and technical data identified in the document (See ITAR 120.4)?

   Yes: _____   No: X   CJ Number: _____

8. Did you ever request a Commodity Classification from the Department of Commerce (BIS)?

   Yes: _____   No: X   If Yes, Provided ECCN: _____

### EMPOWERED OFFICIAL VERIFICATION & CERTIFICATION

**Certification:** "I certify that I am an empowered official pursuant to ITAR 120.25 and that the information provided above is true and correct to the best of my knowledge and belief."

**Signature:** Dennis P Miller.A01098300000172B8AE1E700000E4A2    Digitally signed by Dennis P Miller.A01098300000172B8AE1E700000E4A2 Date:2020.10.16 06:52:16 -04'00'    **Date:** 10/15/2020

**Name:** Dennis Miller

**Title:** Senior Manager, Regulatory Compliance

**Company:** General Dynamics Ordnance and Tactical Systems, Inc.

**Phone & Email:** 802.662.6698; Dennis.Miller@gd-ots.com

Created 2/19/09



**PM/DDTC Technical Data Certification Form**

**Document Name:** *105 00 B -1022*

**Originator of Document:** *AXSYS Tech.*

1. **Does the document contain technical data as defined by the ITAR (See ITAR 120.10)?**

   Yes: *X*        No: _____

2. **If yes, provide the U.S. Munitions List category & sub-category for the document (See ITAR 121).**

   *X II (e)*

3. **Originally, for what program/contract was this document specifically produced?**

   *Raytheon's AAQ-27A Mid-Wavelength Infrared (MWIR) imaging system*

4. **Is this a military or civilian program?** Military *X*  Civilian _____

5. **Is this document unique to the program identified in paragraph 3?** Yes: *X*  No: _____

6. **What are the current military and civilian applications for this document?**

   **Military:** *Same as above*

   **Civilian:** _____

7. **Did your company ever request a Commodity Jurisdiction (CJ) on the article(s) and technical data identified in the document (See ITAR 120.4)?**

   Yes: _____  No: *X*  CJ Number: _____

8. **Did you ever request a Commodity Classification from the Department of Commerce (BIS)?**

   Yes: _____  No: *X*  If Yes, Provided ECCN: _____

---

## EMPOWERED OFFICIAL VERIFICATION & CERTIFICATION

**Certification:** "I certify that I am an empowered official pursuant to ITAR 120.25 and that the information provided above is true and correct to the best of my knowledge and belief."

**Signature:** Dennis P Miller A0109B30000017 2B8AE1E700000E4A2
Digitally signed by Dennis P Miller A0109B30000017 2B8AE1E700000E4A2 Date: 2020.10.16 07:06:25 -04'00'    **Date:** 10/15/2020

**Name:** Dennis Miller

**Title:** Senior Manager, Regulatory Compliance

**Company:** General Dynamics Ordnance and Tactical Systems, Inc.

**Phone & Email:** 802.662.6698; Dennis.Miller@gd-ots.com

Created 2/19/09



**PM/DDTC Technical Data Certification Form**

**Document Name:** 6000U-1002

**Originator of Document:** AXSYS Tech.

1.  **Does the document contain technical data as defined by the ITAR (See ITAR 120.10)?**

    Yes: X        No: _____

2.  **If yes, provide the U.S. Munitions List category & sub-category for the document (See ITAR 121).**

    X II (e)

3.  **Originally, for what program/contract was this document specifically produced?**

    Raytheon's Multi-Spectral Targeting System

4.  **Is this a military or civilian program?  Military** X **Civilian** _____

5.  **Is this document unique to the program identified in paragraph 3?  Yes:** X **No:** _____

6.  **What are the current military and civilian applications for this document?**

    **Military:** Same as above

    **Civilian:** _____

7.  **Did your company ever request a Commodity Jurisdiction (CJ) on the article(s) and technical data identified in the document (See ITAR 120.4)?**

    Yes: _____   No: X   CJ Number: _____

8.  **Did you ever request a Commodity Classification from the Department of Commerce (BIS)?**

    Yes: _____   No: X   If Yes, Provided ECCN: _____

---

## EMPOWERED OFFICIAL VERIFICATION & CERTIFICATION

**Certification:** "I certify that I am an empowered official pursuant to ITAR 120.25 and that the information provided above is true and correct to the best of my knowledge and belief."

**Signature:** Dennis P Miller:A0109B30000017 2B8AE1E700000E4A2   Digitally signed by Dennis P Miller:A0109B30000017 2B8AE1E 7000005AA2 Date: 2020.10.16 06:59:56 -04'00'        **Date:** 10/15/2020

**Name:** Dennis Miller

**Title:** Senior Manager, Regulatory Compliance

**Company:** General Dynamics Ordnance and Tactical Systems, Inc.

**Phone & Email:** 802.662.6698; Dennis.Miller@gd-ots.com

---

3

Created 2/19/09



## PM/DDTC Technical Data Certification Form

**Document Name:** _100101_

**Originator of Document:** _Vernitron_

1. Does the document contain technical data as defined by the ITAR (See ITAR 120.10)?

   Yes: _X_      No: _____

2. If yes, provide the U.S. Munitions List category & sub-category for the document (See ITAR 121).

   _XI (e)_

3. Originally, for what program/contract was this document specifically produced?

   _Hughes Night Vision System_

4. Is this a military or civilian program?   Military _X_   Civilian _____

5. Is this document unique to the program identified in paragraph 3?   Yes: _____   No: _X_

6. What are the current military and civilian applications for this document?

   **Military:** _Raytheon's AAQ-27A Mid-Wavelength Infrared Imaging System_

   **Civilian:** _____

7. Did your company ever request a Commodity Jurisdiction (CJ) on the article(s) and technical data identified in the document (See ITAR 120.4)?

   Yes: _____   No: _X_   CJ Number: _____

8. Did you ever request a Commodity Classification from the Department of Commerce (BIS)?

   Yes: _____   No: _X_   If Yes, Provided ECCN: _____

### EMPOWERED OFFICIAL VERIFICATION & CERTIFICATION

**Certification:** "I certify that I am an empowered official pursuant to ITAR 120.25 and that the information provided above is true and correct to the best of my knowledge and belief."

**Signature:** Dennis P Miller:A0109B300000172 B8AE1E700000E4A2
Digitally signed by Dennis P Miller:A0109B300000172B8AE1E7000000E4A2
Date: 2020.10.16 06:45:47 -04'00'

**Date:** 10/15/2020

**Name:** Dennis Miller

**Title:** Senior Manager, Regulatory Compliance

**Company:** General Dynamics Ordnance and Tactical Systems, Inc.

**Phone & Email:** 802.662.6698; Dennis.Miller@gd-ots.com

Created 2/19/09