# EXHIBIT 2



**United States Department of State**

*Bureau of Political-Military Affairs*
*Directorate of Defense Trade Controls*
*Washington, D.C. 20522-0112*

In Reply refer to
DDTC Case **CJ0003927**

Michael Zanghi
Homeland Security Investigations
601 West Broadway, Suite 601
Louisville, KY  40202

RE:  Your submission dated January 14, 2021

COMMODITY JURISDICTION DETERMINATION FOR:  **Drawings 1500P-1002, 15500-1022, 7600B-1002, and 3640B-1002.**

Dear Mr. Zanghi:

The product described in your submission are drawings of magnets used in the optical periscope of a German submarine and a modular electro-optical payload.

A technical review of your commodity jurisdiction (CJ) request has been concluded by requisite agencies of the United States government.  The findings of that technical review are:

> The Department of State has determined that during the period of January 1, 2009, through the present, **Drawings 1500P-1002, 15500-1022, and 7600B-1002 were and are subject to its jurisdiction in accordance with the International Traffic in Arms Regulations (ITAR) (22 CFR parts 120-130).** They were and are designated technical data under Category XX(d) of the U.S. Munitions List.  Pursuant to the ITAR, a license or other approval was and is required prior to any export from, or temporary import into, the United States.

> Additionally, the Department of State has determined that during the period of January 1, 2009, through the present, **Drawing 3640B-1002 was and is subject to its jurisdiction in accordance with the ITAR.**  It was and is designated technical data under Category XII(f) of the U.S. Munitions List.  Pursuant to the ITAR, a license or other approval was and is required prior to any export from, or temporary import into, the United States.

Should you not concur with this determination and have additional facts not included in the original submission, you may submit a new CJ request.  If you do not concur with this determination and have no additional facts to present, then you

Continued on Page Two

Page Two

In Reply refer to
DDTC Case CJ0003927

may request that this determination be reviewed by the Deputy Assistant Secretary of State for Defense Trade Controls.

Should you require further assistance with this matter, please contact Dale Fenn at (202) 663-2859 or FennPD@state.gov.

Sincerely,

RICHARD W
KOELLING
JR JR

Digitally signed by
RICHARD W
KOELLING JR JR
Date: 2021.06.23
15:32:33 -04'00'

Richard W. Koelling, Jr.
Deputy Director (Acting)
Office of Defense Trade Controls Policy



**United States Department of State**

*Bureau of Political-Military Affairs*
*Directorate of Defense Trade Controls*
*Washington, D.C. 20522-0112*

In Reply refer to
DDTC Case **CJ0003928**

Michael Zanghi
Homeland Security Investigations
601 West Broadway, Suite 601
Louisville, KY  40202

RE:  Your submission dated January 14, 2021

COMMODITY JURISDICTION DETERMINATION FOR:  **AXSYS Technologies Drawings 7730C-1012, 10500B-1022, 6000U-1002, and 030-052680-01; Vernitron Drawings 5125C-1002, 100101, and 7730-1002 Rev B; and General Dynamics Drawings 300580, 7730D-1002 Rev. C, and 300741.**

Dear Mr. Zanghi:

The product described in your submission are drawings of magnets.

A technical review of your commodity jurisdiction (CJ) request has been concluded by requisite agencies of the United States government.  The findings of that technical review are:

> The Department of State has determined that during the period from January 1, 2009, through the present, the **AXSYS Technologies Drawings 7730C-1012, 10500B-1022, 6000U-1002, and 030-052680-01; Vernitron Drawings 5125C-1002, 100101, and 7730-1002 Rev B; and General Dynamics Drawings 300580, 7730D-1002 Rev. C, and 300741 were and are subject to its jurisdiction in accordance with the International Traffic in Arms Regulations (ITAR) (22 CFR parts 120-130).**  They were and are designated technical data under Category XII(f) of the U.S. Munitions List. Pursuant to the ITAR, a license or other approval was and is required prior to any export from, or temporary import into, the United States.

> Should you not concur with this determination and have additional facts not included in the original submission, you may submit a new CJ request.  If you do not concur with this determination and have no additional facts to present, then you may request that this determination be reviewed by the Deputy Assistant Secretary of State for Defense Trade Controls.

Continued on Page Two

Page Two

In Reply refer to
DDTC Case CJ0003928

Should you require further assistance with this matter, please contact Dale Fenn at (202) 663-2859 or FennPD@state.gov.

Sincerely,

Sarah J
Heidema

Digitally signed by
Sarah J Heidema
Date: 2021.07.01
08:23:14 -04'00'

Sarah J. Heidema
Director
Office of Defense Trade Controls Policy