# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**United States of America**

**v.**

**Quadrant Magnetics LLC et al.**

No. 3:22-CR-88-DJH

## [PROPOSED] ORDER

Upon consideration of Defendants Quadrant Magnetics, LLC, Phil Pascoe, Scott Tubbs, and Monica Pascoe's Motion to Exclude the Government's Commodity Jurisdiction Determinations as Inadmissible Hearsay, the Motion is hereby **GRANTED** and it is **ORDERED** that the Commodity Jurisdiction Determinations are excluded from evidence.

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Judge