# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **United States of America** | |
| v. | No. 3:22-CR-88-DJH |
| **Quadrant Magnetics LLC et al.** | |

### [PROPOSED] ORDER

Upon consideration of Defendants Quadrant Magnetics, LLC (Quadrant), Phil Pascoe, Scott Tubbs, and Monica Pascoe's Motion *In Limine* to Exclude Expert Testimony from Alex Douville and Steven Burton, it is hereby **ORDERED** that the Motion is **GRANTED**. Mr. Douville and Mr. Burton may not opine that Quadrant's magnets, and thereby their underlying drawings, are "specially designed" or otherwise fall within the U.S. Munitions List and are thus controlled by the Arms Export Control Act as implemented through the International Traffic in Arms Regulations.

**IT IS SO ORDERED.**

Dated:_____          _____
                                                                                                 United States District Judge