UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-CR-88-DJH

PHIL PASCOE     Defendants.
SCOTT TUBBS
MONICA PASCOE
QUADRANT MAGNETICS, LLC

\* \* \* \* \*

## ORDER FOLLOWING ARRAIGNMENT

Proceedings were held, by video, on December 19, 2023, for the purpose of arraignment. Defendant Phil Pascoe was present with Kent Wicker, retained counsel. Defendant Scott Tubbs was present with Patrick J. Renn, retained counsel. Defendant Monica Pascoe was present with Scott Coleman Cox, II, retained counsel. Caitlin Eberhardt and John Leslie Brownlee, retained counsel, appeared on behalf of Defendant Quadrant Magnetics, LLC. Assistant United States Attorney Christopher C. Tieke was present for the United States of America. The proceeding was digitally recorded.

The defendants consented to proceed with the hearing via video conference.

As to the matter of arraignment, Defendants, by counsel, acknowledged their identity. They further acknowledged having been furnished a copy of the Second Superseding Indictment and advised of the nature of the charges contained therein.

Counsel, on behalf of Defendants, waived formal reading of the Second Superseding Indictment and entered pleas of **NOT GUILTY** to the charges contained therein. Further proceedings will be scheduled by separate order.

It is hereby **ORDERED** that the Defendants shall remain on bond pending further order of the Court.

Colin H Lindsay, Magistrate Judge
United States District Court

December 20, 2023

Copies to:   Counsel of record
U.S. Probation

0|10