UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                                          CRIMINAL NO. 3:22-CR-88-DJH
                                                     *Filed Electronically*

QUADRANT MAGNETICS, LLC et al.                                DEFENDANTS

<u>NOTICE OF ENTRY OF APPEARANCE</u>

Trial Attorney Alexander Wharton hereby enters his appearance of record on behalf of

the United States of America.

Respectfully submitted,

JENNIFER KENNEDY GELLIE
Acting Chief
Counterintelligence and Export Control Section
National Security Division


*/s/ Alex Wharton*_____
Alex Wharton
Trial Attorney
950 Pennsylvania Ave., NW
Washington, DC 20530
202.514.4523
alexander.wharton@usdoj.gov

CERTIFICATE OF SERVICE

On January 22, 2024, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel for the Defendants.


/s/ Alex Wharton_____
Trial Attorney