UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                              Plaintiff,

v.                                                                         Criminal Action No. 3:22-cr-88-DJH

PHIL PASCOE et al.,                                                                                  Defendants.

* * * * *

## ORDER

The parties jointly move for entry of a modified protective order governing discovery in this case, expanding the scope of the Agreed Protective Order (Docket NO. 30) entered on December 22, 2022. (D.N. 101)  As grounds for their motion, the parties state that the order is "necessary to permit the government to produce [the] materials to defendants for use in preparing their defense while maintaining the government's privileges applicable to such material." (*Id.*, PageID.1322)  In light of this explanation, the Court finds that good cause exists to restrict discovery pursuant to Federal Rule of Criminal Procedure 16(d)(1).  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the joint motion for a modified protective order (D.N. 101) is **GRANTED**.  The protective order will be entered separately.

January 25, 2024

David J. Hale, Judge
United States District Court

1