UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA								PLAINTIFF

v.												CRIMINAL NO. 3:22-CR-88-DJH

QUADRANT MAGNETICS, et al.								DEFENDANTS

## **ORDER**

The Court, having considered defendant Monica Pascoe's Motion to Dismiss (DN 85), and the United States having responded, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendant's Motion (DN 85) is **DENIED**.