UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                                                                          CRIMINAL NO. 3:22-CR-88-DJH

QUADRANT MAGNETICS, et al.                                                                  DEFENDANTS

## ORDER

The Court, having considered defendants Quadrant Magnetics LLC ("QM"), Phil Pascoe, Scott Tubbs, and Monica Pascoe (collectively "Defendants") Motion in Limine to Exclude Expert Testimony of Alex Douville and Steven Burton (DN 91), and the United States having responded, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendants' Motion (DN 91) is **DENIED**.