UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:22-CR-88-DJH |
| QUADRANT MAGNETICS, et al. | DEFENDANTS |

### ORDER

The Court, having considered defendants Quadrant Magnetics LLC ("QM"), Phil Pascoe, Scott Tubbs, and Monica Pascoe (collectively "Defendants") Motion to Dismiss Legally Insufficient Smuggling Allegations (DN 86), and the United States having responded, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendants' Motion (DN 86) is **DENIED**.