UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                        CRIMINAL NO. 3:22-CR-88-DJH

QUADRANT MAGNETICS, et al.                                                           DEFENDANTS

## ORDER

The Court, having considered defendants Quadrant Magnetics LLC ("QM"), Phil Pascoe, Scott Tubbs, and Monica Pascoe (collectively "Defendants") Motion to Exclude Commodity Jurisdiction Determinations (DN 90), and the United States having responded, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendants' Motion (DN 90) is **DENIED**.