

**United States Department of State**

*Bureau of Political-Military Affairs*
*Directorate of Defense Trade Controls*

Washington, D.C. 20522-0112

In Reply refer to
DDTC Case **CJ 0512-17**

Kenneth Fischer
General Electric Company
1 Neumann Way, MD H200
Cincinnati, OH 45215

RE: Your submission dated October 06, 2017

COMMODITY JURISDICTION DETERMINATION FOR: **Samarium-Cobalt Magnet, P/N FP24018P1**

Dear Mr. Fischer:

The product described in your submission is a magnet specially designed for use in the generator converter unit of F/A-18E/F and G aircraft.

A technical review of your commodity jurisdiction (CJ) request has been concluded by requisite agencies of the United States government. The findings of that technical review are:

The Department of State has determined that the **Samarium-Cobalt Magnet, P/N FP24018P1 is subject to its jurisdiction in accordance with the International Traffic in Arms Regulations (ITAR) (22 CFR parts 120 through 130).** It is designated a defense article under Category VIII(h)(1) of the United States Munitions List. Pursuant to the ITAR, a license or other form of approval is required prior to any export or temporary import.

Should you not concur with this determination and have additional facts not included in the original submission, you may submit a new CJ request. If you do not concur with this determination and have no additional facts to present, then you may request that this determination be reviewed by the Deputy Assistant Secretary of State for Defense Trade Controls.

Continued on Page Two

Page Two

In Reply refer to
DDTC Case CJ 0512-17

Should you require further assistance with this matter, please contact Travis Schultz at ▮▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮.

Sincerely,

Sarah J. Heidema
Director (Acting)
Office of Defense Trade Controls Policy

USA-024113