**To:**
**Cc:** 'Pierce Hackett'[p.hackett@quadrantmagnetics.com]
**From:** Scott Tubbs[scottt@quadrantmagnetics.com]
**Sent:** Wed 2/27/2013 9:09:35 PM (UTC)
**Subject:** Quadrant Magnetics - ITAR Registration - #M31748
Quadrant ITAR Registration Letter.pdf

Hello Brian,

I understand you've been pressing Pierce pretty hard for an improved delivery of the M101-1 replacement magnets. Rest assured that Pierce's #1 question each day is "where are Brian's magnets?". He and I are really working hard to recover from our past issues, and I think we're on the right track. Given a bit of time, I think you'll agree.

To that end, late last year you asked about Quadrant being registered with the U.S. Department of State in relationship to ITAR compliance. As you know, we applied last Fall and through a lengthy process have now been granted our registrant code. That code is M31748. We actually were issued our code in December 2012, however for some reason, and after many phone calls to the Department of State, we finally received written notification. And I have attached that letter to this email.

Obviously, we went through this process in an effort to provide General Dynamics "proof" that we are serious and compliant to ITAR regulations. In addition, we are hopeful that this registration will open up new opportunities with General Dynamics for our superior permanent magnet materials and magnetic assemblies.

As always, I thank you for your business, whether in the past, current or future. I believe that together we both can say [as our motto states] and be "at the forefront of magnetic solutions".

Looking forward to seeing potentially new business opportunities as a results of our ITAR compliance.


Best Regards,

Scott Tubbs
Director of Sales & Marketing
Quadrant Magnetics
800 East Main Street
Louisville, KY 40206
P - 502.589.9650 ext. 108
F - 502.589.9660
C - 502.345.5932
www.quadrantmagnetics.com