## ITAR CONFIRMATION

A U.S. person means a U.S. citizen, a lawful permanent resident (i.e., a green cardholder) or a protected refugee or asylee as defined by 8 U.S.C. 1324(B)(a)(3). It also means any corporation, business association, partnership, society, trust, or any other entity, organization or group that is incorporated to do business in the United States. It also includes any government (Federal, State or local entity). It does not include any "foreign person" as defined in Section 120.16 of the International Traffic Arms Regulations (ITAR). Any disclosure of technical data controlled under the ITAR to a foreign person requires prior written approval from the U.S. Department of State Directorate of Defense Trade Controls (DDTC). You may access the ITAR regulations by visiting the following website: www.pmddtc.state.gov.

Please provide the information requested below. This information is needed in order to send you ITAR-controlled technical data (as defined in ITAR 120.10).

Company Name & Address: **QUADRANT SOLUTIONS, 800 EAST MAIN ST, LOUISVILLE, KY 40206**

Are you registered with DDTC in accordance with ITAR 122.1?

☒ Yes   ☐ No   ☐ Not Required

(If your answer is "Not Required", please explain your answer on a separate sheet.)

If you answered "Yes", is your registration current?   ☒ Yes   ☐ No

If you answered "No" to either of the two questions above, you hereby certify that you will submit your application for registration, or renewal, as per above, within ninety (90) days of the date of your signature directly below. If you have not submitted your application for registration within the ninety (90) day period, you will be ineligible for any future work with Sunpower Inc.

Accepted and Agreed to:

_[signature]_    Date: **JUNE 3, 2013**
Signature of Authorized Certifier

Name of Individual to Receive ITAR Controlled Technical Data: **SCOTT TUBBS**
Telephone Number: **502 589 9650**
Fax Number: **502 589 9660**
Email Address: **S.TUBBS@QUADRANTMAGNETICS.COM**

By signature below I certify that the company and individual identified above to receive ITAR-controlled technical data are U.S. Persons as defined in ITAR 120.15.

Signature of Authorized Certifier _[signature]_   Date **6/3/2013**

USA-000001