**To:** John Wang[j.wang@quadrant.us]
**From:** Scott Tubbs[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=736DA6250A2C4AF6BE149267FE7BC80E-S.TUBBS]
**Sent:** Wed 10/26/2016 5:52:11 PM (UTC)
**Subject:** RE: ITAR Renewal

Sure…

This $2,250 USD payment is to the government for our business licensed under ITAR.  ITAR certification is a requirement for any company wanting to do business with the government or sub-tier government contracts.  Quadrant has a few ITAR requirement customers, namely General Dynamics, Regal Beloit and other smaller customers who we frequently quote.  However, if we ever intend on being a supplier to Raytheon, Boeing and those connected to any space business, we'll need to prove our adherence to ITAR.

Now I don't know how BOB used to pay this, but as Monica said, it has to come from QS.  The reason being is that QS is the original applicant back when QM was under the QS organizational chart.  At the time, of original application, things like this were processed by QM's parent company, which was QS back then.

I know a lot has changes over the past 5 years regarding the businesses, ownership, etc.  However, changing our ITAR status from QS to QM would be difficult and raise a lot of red flags.  And to change or resubmit the government forms would require a lot of work and raise a lot of questions.  So for the past few years, we have elected to simply re-new the certification under the QS banner.

One thing I did have to change was the primary point of contact and administrator.  That used to be Chris Moore.  And this required the use of his SS# as a privately held company.  One thing I haven't liked about the change is that in order for me to process these renewal over the past couple of year is that now I have to use my name and SS# as a "board of director/owner/administrator" level.  Bob didn't want to use his information, and I couldn't use Cody's information for obvious reasons.  So after several conversations with BOB, I agreed to re-new this certificate with the government under my name and information as a senior official of the company – QS.

As you can see, there's a little smoke and mirrors going on here, but as long as we can show a sister relationship between QS and QM, I think we'll be fine.

But back to the original reason for why we retained the QS identifier for the ITAR certification was the complications and questions required under the renewal process and ownership names.  It is my opinion if we had done so, we would have lost opportunities and customers without this certification.

Call me if you have other questions…


Best Regards,

Scott Tubbs
_____
VP of Sales & Marketing | Quadrant Magnetics
office: (502) 589-9650 | cell: (502) 345-5932 |   2606 River Green Circle, Louisville, KY 40206



**From:** John Wang [mailto:john.wang@qsi.us]
**Sent:** Wednesday, October 26, 2016 1:07 PM
**Cc:** Scott Tubbs <s.tubbs@quadrantmagnetics.com>
**Subject:** RE: ITAR Renewal

Hi Scott,

Can you help me understand better about this?

USA-000447

Thank you

John Wang | Quadrant | 619-887-0454

**From:** Monica Pascoe [mailto:m.pascoe@quadrantmagnetics.com]
**Sent:** Wednesday, October 26, 2016 9:58 AM
**To:** John Wang <john.wang@qsi.us>
**Cc:** Scott Tubbs <s.tubbs@quadrantmagnetics.com>
**Subject:** ITAR Renewal

John,

Please see attached for the ITAR renewal ACH payment instructions. It must come from Quadrant Solutions. Please follow what Scott has written on the Example form.

Bob has always done this in the past, then QS sends QM an invoice to reimburse.

Please let us know when it is completed and provide reference number.

Thank You,

*Monica Pascoe*
Accounting Manager **I** Quadrant Magnetics
2606 River Green Circle **I** Louisville, KY 40206
O: (502) 589-9650 x 4 **I** F: (502) 589-9660 **I** C: (502) 599-8641
m.pascoe@quadrantmagnetics.com **I** www.quadrantmagnetics.com

USA-000448