Electronic Form Version Number: 4.3

OMB APPROVAL NO. 1405-0002
EXPIRATION DATE: 9/30/2014
* ESTIMATED BURDEN: 2 HOURS

# U.S. Department of State
## DS-2032 STATEMENT OF REGISTRATION
(SEE INSTRUCTIONS PAGE)

* PAPER WORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 2 hours per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State (A/GIS/DIR) Washington, D.C. 20520.

**1. Registrant is a U.S. Person:**
- ⦿ Yes
- ◯ No

**2. Registrant Type:** (Select all that apply)
- ☒ Manufacturer
- ☐ Exporter
- ☐ Broker (U.S. Person)

**3. Registrant Action/Code(s):** (If applicable, include both codes)
- ◯ New  ⦿ Renewal   M Code: M31748

**4. Registrant's Legal Name and Address:**

| Field | Value |
|---|---|
| Legal Business Name: | Quadrant Solutions, Incorporation |
| "Doing Business As" Name: | |
| Physical Street Address: | 2606 River Green Circle |
| P.O. Box: | |
| City: | Louisville |
| Country: | United States |
| State/Province: | KY |
| Zip/Postal Code: | 40206 |
| Telephone: | 502-589-9650 |
| Fax: | 502-589-9660 |
| Website: | www.quadrantmagnetics.com |

☐ Registrant is a U.S. Affiliate Company with no U.S. parent and will include one or more affiliates in the registration.

**5. Annual Registration Fee Amount:**

Registration Lapsed?  ◯ Yes  ⦿ No
Registration Fee: $ 2,250

☐ Non-Profit Fee (IRS Non-Profit Authorization must be provided)

**Payment Information:**
Name on Account: Quadrant Solutions
Effective Date: 11/29/2016    Method: ACH    Last 5 Digits of the Account # ▇▇▇▇▇    Trace/IMAD #: _____
(Note: Payment must be in U.S. currency and must be payable through a U.S. financial institution.)

**6. Registrant's Organizational Type:**
◯ Corporation  ◯ Company  ⦿ Limited Liability Company  ◯ Partnership  ◯ Individual Owner  ◯ Other (Attach explanation)

Date of Incorporation or Date of Establishment of Business: (mm/dd/yyyy or mm/yyyy) 03/28/1994
Place of Incorporation/Establishment of Business: (City or County, State, Country)   Santa Clara, California, USA

**7. Member of the Board of Directors, Senior Officers, Partners and Owners:** *(Attachments not permitted)*

- Last Name: Tubbs
- First Name: Scott
- Middle Name: Allen
- Date of Birth: ███
- **Place of Birth:**
  - City: Jacksonville
  - Country: United States
  - State/Province: FL
- Citizenship(s): United States    --Citizenship 2 (if applicable)--
- Social Security Number or Equivalent: ███
- Position/Title: V.P. of Sales & Marketing
- Permanent Resident Card Number:
- **Home Address:**
  - Street Address: ███
  - Apt:
  - City: Gerogetown
  - Country: United States
  - State/Province: KY
  - Zip/Postal Code: ███

**8. U.S. Munitions List Defense Articles or Defense Services Involved in Manufacturing, Exporting or Brokering:** *(Select at least one)*

- [ ] I       Firearms, Close Assault Weapons and Combat Shotguns
- [ ] II      Guns and Armament
- [ ] III     Ammunition/Ordnance
- [ ] IV      Launch Vehicles, Guided Missiles, Ballistic Missiles, Rockets, Torpedoes, Bombs, and Mines
- [ ] V       Explosives and Energetic Materials, Propellants, Incendiary Agents, and Their Constituents
- [ ] VI      Surface Vessels of War and Special Naval Equipment
- [ ] VII     Ground Vehicles
- [ ] VIII    Aircraft and Related Articles
- [ ] IX      Military Training Equipment
- [ ] X       Personal Protective Equipment
- [ ] XI      Military Electronics
- [ ] XII     Fire Control, Range Finder, Optical and Guidance and Control Equipment
- [x] XIII    Materials and Miscellaneous Articles
- [ ] XIV     Toxicological Agents, Including Chemical Agents, Biological Agents, and Associated Equipment
- [ ] XV      Spacecraft and Related Articles
- [ ] XVI     Nuclear Weapons Related Articles
- [ ] XVII    Classified Articles, Technical Data, and Defense Services Not Otherwise Enumerated
- [ ] XVIII   Directed Energy Weapons
- [ ] XIX     Gas Turbine Engines and Associated Equipment
- [ ] XX      Submersible Vessels and Related Articles
- [ ] XXI     Articles, Technical Data, and Defense Services Not Otherwise Enumerated

**9. Name(s) and Address(es) of Registrant's Owned or Otherwise Controlled U.S. Subsidiaries and Affiliates in the Business of Manufacturing, Exporting or Brokering Defense Articles or Defense Services, if applicable:** *(Attachments not permitted)*

☒ None

**10. Name(s) and Address(es) of Registrant's Owned or Otherwise Controlled Foreign Subsidiaries and Affiliates in the Business of Manufacturing, Exporting or Brokering Defense Articles or Defense Services, if applicable:** *(Attachments not permitted)*

☒ None

**11. Name, Address and Telephone Number of all Registrant's (U.S. or Foreign) Intermediate Parents through and including Ultimate Parent Company:** *(Attachments not permitted)*

☒ None

## 12. Statement of Registration:

Under penalty according to federal law (22 U.S.C. 2278-2780; 22 CFR 120-130; 18 U.S.C. 1001)

I warrant the truth of all statements made herein, together with any and all appendices and attachments thereto and I further warrant that:

In compliance with 22 CFR 122 with reference to 22 CFR 122.2(b)(1)(i) and (b)(1)(ii) and 22 CFR 129 with reference to 22 CFR 129.8(c)(1)(i) and c(1)(ii), I hereby state that I am an authorized senior officer of the intended registrant and furthermore, I hereby certify that the intended registrant or its parent, subsidiary, or other affiliate listed in the Statement of Registration, or any of its chief executive officers, presidents, vice presidents, secretaries, partners, members, other senior officers or officials (e.g., comptroller, treasurer, general counsel), or any member of the board of directors of the intended registrant, or of any parent, subsidiary, or affiliate listed in the Statement of Registration:

**Indicted/Charged/Convicted Status:** *(Select One)*

- ☉ **i.** Has never been indicted or otherwise charged (e.g., charged by criminal information in lieu of indictment) for or convicted of violating any of the U.S. criminal statutes enumerated in 22 CFR 120.27 or violating a foreign criminal law on exportation of defense articles where conviction of such law carries a minimum term of imprisonment of greater than 1 year.

- ○ **ii.** Has been indicted or otherwise charged (e.g., charged by criminal information in lieu of indictment) for or convicted of violating any of the U.S. criminal statutes enumerated in 22 CFR 120.27 or violating a foreign criminal law on exportation of defense articles where conviction of such law carries a minimum term of imprisonment of greater than 1 year. A copy of the relevant court Indicted/Charged/Convicted Documentation is attached.

**Contract and License Eligibility:** *(Select One)*

- ☉ **i.** Is eligible to contract with, or to receive a license or other approval to import defense articles or defense services from, or to receive an export license or other approval from, any agency of the U.S. Government.

- ○ **ii.** Is ineligible to contract with, or to receive a license or other approval to import defense articles or defense services from, or to receive an export license or other approval from, any agency of the U.S. Government. A copy of the U.S. Government Agency Ineligibility Notice is attached.

**Foreign Ownership:**

In accordance with 22 CFR 122.2(b)(2) and 22 CFR 129.8(c)(2), I further declare whether the intended registrant is owned or controlled by foreign (i.e., Non-U.S.) persons as defined in 22 CFR 120.16.

Owned or controlled by Foreign Persons (i.e., Non-U.S.) (See 22 CFR 120.16)

○ Yes  ☉ No

**Brokering Activity:**

I have Brokering Activity to Report *(including successful/unsuccessful broker activity)*. **Note:** *Only applicable to Broker renewals*

○ Yes
○ No

**Additional Supporting Documentation:** *(Check applicable blocks to indicate you are attaching the supporting documentation)*

☒ Electronic Payment Confirmation *(Block 5)*
☐ Document Issued/Endorsed by Govt. to do business *(Block 6)*
☐ Other Amplifying Data

**Third Party Point of Contact:**

Company Name: Quadrant Magnetics
Name of Person: Scott Tubbs
Telephone Number: 502-589-9650 ext. 108
Email: S.TUBBS@QUADRANTMAGNETICS.COM

**Electronic Correspondence:**

Email All Registration Related Correspondence To: S.TUBBS@QUADRANTMAGNETICS.COM

*Enter the email address of the person you desire ALL registration related correspondence (including the registration complete letter and registration renewal reminder) to be sent to (e.g. empowered official or other person responsible for registration and compliance). **It is vital that you provide a good, working e-mail address that will remain valid throughout the subsequent year, or you will miss important messages. You might consider using a collective e-mail address that will forward messages to several people in your company simultaneously.***

**Senior Officer Details and Signature:**

Senior Officer Name: Scott Tubbs
Senior Officer Title: V.P. of Sales & Marketing
Senior Officer Email: S.TUBBS@QUADRANTMAGNETICS.COM
Senior Officer Signature: *[signature]*                    Date: 11/29/2016