| | |
|---|---|
| **From:** | Pierce Hackett <p.hackett@quadrant.us> |
| **Sent:** | Monday, August 7, 2017 12:14 PM |
| **To:** | Lopez, Simon (GE Aviation, US); Molinari, Laura (GE Global Operations) |
| **Cc:** | Stevens, Molly (GE Global Operations); Nichols, Katrina M (GE Global Operations); Babler, Jay (GE Aviation, US); Scott Tubbs |
| **Subject:** | EXT: RE: 170504 MAGNET RFQ QUADRANT |
| **Attachments:** | QM-WI-1064 packing.pdf; FP24018P1.pdf; PO# 13831 FP24018P1 1000 pcs. 3-20-15.pdf; TSFP24018P1 Rev C.PDF |

Simon,

Please see the attachments showing our prints, processes, and test data.

The FP24018P1-RAW is the print that is used by our manufacturing team to manufacture the parts.

The FP24018P1 print is what is used at our location for the value-add secondary operations.

The secondary operations are outlined in the QM-WI-1064 packing attachment. This includes physical inspection, magnetizing, paint marking and final packaging.

Also attached is our Helmholtz testing specification which is part of our magnetic testing process as stated on the FP24018P1 print. I have also attached one of the product test data result pages so that you can see how the test results are recorded.

I hope this information will help resolve the issue. Please let me know if you have any questions.

Pierce Hackett I Technical Sales I Quadrant Magnetics
2606 River Green Circle I Louisville, KY 40206
O: (502) 589-9650 x117 I C: (502) 424-9040
p.hackett@quadrant.us   **PLEASE NOTE NEW E-MAIL ADDRESS**
www.quadrantmagnetics.com

**QUADRANT**

**From:** Lopez, Simon (GE Aviation, US) [redacted]
**Sent:** Monday, August 07, 2017 9:47 AM
**To:** Molinari, Laura (GE Global Operations) [redacted]; Pierce Hackett <p.hackett@quadrant.us>
**Cc:** Fearnow, Molly (GE Global Operations) [redacted]; Nichols, Katrina M (GE Global Operations) [redacted]; Babler, Jay (GE Aviation, US) [redacted]
**Subject:** RE: 170504 MAGNET RFQ QUADRANT

Pierce,

See below. The letter provided will not suffice. We need a meeting with Quadrant and your legal team needs to be included as well. Please advise ASAP.

Simon

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 522(B)(4).

00929

USA-020815

**From:** Molinari, Laura (GE Global Operations)
**Sent:** Monday, August 07, 2017 9:41 AM
**To:** Lopez, Simon (GE Aviation, US) <
**Cc:** Fearnow, Molly (GE Global Operations) <                              >; Nichols, Katrina M (GE Global Operations) <                              >; Boeckman, Ronald L (GE Aviation, US) <                              >; Babler, Jay (GE Aviation, US) <
**Subject:** Re: 170504 MAGNET RFQ QUADRANT

Hi Simon,

We still need to talk to their legal team. This is not explaining what exactly is done at each country. Also, we need to understand why they were flagging China in the past. There are additional government contract issues that legal is looking at.

Laura J. Molinari
Executive, International Trade Compliance-ITC CoE
*Sent from my iPhone*

On Aug 7, 2017, at 9:05 AM, Lopez, Simon (GE Aviation, US) <                              > wrote:

> All,
>
> This is the letter Quadrant just sent in. Can you please advise if this is what we require? Thank you.
>
> Regards,
> Simon
>
> **From:** Pierce Hackett [mailto:p.hackett@quadrant.us]
> **Sent:** Monday, August 07, 2017 8:59 AM
> **To:** Babler, Jay (GE Aviation, US) <                              >; Lopez, Simon (GE Aviation, US) <                              >
> **Subject:** EXT: RE: 170504 MAGNET RFQ QUADRANT
>
> Jay,
>
> Attached is the official compliance letter for you stating the country of origin is in fact the USA and no technical material has been sent to China. Thanks!
>
> **Pierce Hackett | Technical Sales | Quadrant Magnetics**
> 2606 River Green Circle | Louisville, KY 40206
> O: (502) 589-9650 x117 | C: (502) 424-9040
> p.hackett@quadrant.us   **PLEASE NOTE NEW E-MAIL ADDRESS**
> www.quadrantmagnetics.com
> <image002.png>
>
> **From:** Pierce Hackett
> **Sent:** Friday, August 04, 2017 1:55 PM
> **To:** 'Babler, Jay (GE Aviation, US)' <                              >; Lopez, Simon (GE Aviation, US) <                              >
> **Subject:** RE: 170504 MAGNET RFQ QUADRANT
>
> Jay,

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 522(B)(4).

00930

USA-020816

I am still awaiting the official letter from our team. I will send it to you as soon as I receive it.

Pierce Hackett I Technical Sales I Quadrant Magnetics
2606 River Green Circle I Louisville, KY 40206
O: (502) 589-9650 x117 I C: (502) 424-9040
p.hackett@quadrant.us   **PLEASE NOTE NEW E-MAIL ADDRESS**
www.quadrantmagnetics.com
<image002.png>

**From:** Babler, Jay (GE Aviation, US)
**Sent:** Friday, August 04, 2017 1:50 PM
**To:** Pierce Hackett <p.hackett@quadrant.us>; Lopez, Simon (GE Aviation, US)
**Subject:** RE: 170504 MAGNET RFQ QUADRANT

Pierce,
I have a status meeting on this issue at 3pm et. Any updates?

Jay

**From:** Babler, Jay (GE Aviation, US)
**Sent:** Friday, August 04, 2017 12:24 PM
**To:** Pierce Hackett <p.hackett@quadrant.us>; Lopez, Simon (GE Aviation, US)
**Cc:** Babler, Jay (GE Aviation, US)
**Subject:** RE: 170504 MAGNET RFQ QUADRANT

Pierce,
Please be sure to confirm the following in your letter

1) Confirm that the magnets supplied comply with DFARS 252.225-7009
2) Confirm that any specialty metals contained in the magnets are melted or produced in the US or a qualifying country. Here is a list of qualifying countries

Australia
Austria
Belgium
Canada
Czech Republic
Denmark
Egypt
Estonia
Finland
France
Germany
Greece
Israel
Italy
Japan
Luxembourg
Netherlands
Norway
Poland

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 522(B)(4).

00931

USA-020817

   Portugal
   Slovenia
   Spain
   Sweden
   Switzerland
   Turkey
 United Kingdom of Great Britain and Northern Ireland.

3) Confirm that they have not exported any technical data associated with the magnets

Jay

**From:** Pierce Hackett [mailto:p.hackett@quadrant.us]
**Sent:** Friday, August 04, 2017 11:09 AM
**To:** Lopez, Simon (GE Aviation, US)
**Cc:** Molinari, Laura (GE Global Operations); Babler, Jay (GE Aviation, US)
**Subject:** EXT: RE: 170504 MAGNET RFQ QUADRANT

Simon,

As I discussed with Jay earlier this morning, our team is working as quickly as possible to put together the requested letter. I will send over a copy of the letter as soon as I have received it.

Pierce Hackett | Technical Sales | Quadrant Magnetics
2606 River Green Circle | Louisville, KY 40206
O: (502) 589-9650 x117 | C: (502) 424-9040
p.hackett@quadrant.us   **PLEASE NOTE NEW E-MAIL ADDRESS**
www.quadrantmagnetics.com
<image002.png>

**From:** Lopez, Simon (GE Aviation, US)
**Sent:** Friday, August 04, 2017 11:06 AM
**To:** Pierce Hackett <p.hackett@quadrant.us>
**Cc:** Molinari, Laura (GE Global Operations); Babler, Jay (GE Aviation, US)
**Subject:** RE: 170504 MAGNET RFQ QUADRANT
**Importance:** High

Pierce,

Any update with GE's request below? Product shipments to the customer have been stopped because of this issue. We need resolution as soon as possible.

Regards,
Simon

**From:** Lopez, Simon (GE Aviation, US)
**Sent:** Thursday, August 03, 2017 2:43 PM
**To:** Babler, Jay (GE Aviation, US); Pierce Hackett <p.hackett@quadrant.us>

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 522(B)(4).

00932

USA-020818

Cc: Molinari, Laura (GE Global Operations) <​███████████>
Subject: RE: 170504 MAGNET RFQ QUADRANT

Adding Laura Molinari, GE Executive Council, to the email.

Simon

From: Babler, Jay (GE Aviation, US)
Sent: Thursday, August 03, 2017 2:42 PM
To: Pierce Hackett <p.hackett@quadrant.us>
Cc: Lopez, Simon (GE Aviation, US) <███████████>; Babler, Jay (GE Aviation, US) <███████████>
Subject: RE: 170504 MAGNET RFQ QUADRANT

Pierce,
GE compliance and GE legal has been reviewing this situation to determine if there has been a compliance issue. The conflicting reports on the site of manufacture is causing the issue.

Please have Quadrant Legal submit a letter to GE Aviation stating that no technical information has been sent to China and that the country of origin of the magnets is the United States. This is a time critical request. GE has stopped work on any product utilizing this part until this issue has been cleared up.

Please let me know if you have any questions.

Jay
███████████

From: Pierce Hackett [mailto:p.hackett@quadrant.us]
Sent: Thursday, August 03, 2017 1:06 PM
To: Babler, Jay (GE Aviation, US) <███████████>
Cc: Lopez, Simon (GE Aviation, US) <███████████>
Subject: EXT: Re: 170504 MAGNET RFQ QUADRANT

Jay,

I have requested these documents and will provide them once I have received them.

Sent from my iPhone
Pierce Hackett
Quadrant Magnetics
www.quadrantmagnetics.com
(502) 424-9040

> On Aug 3, 2017, at 12:58 PM, Babler, Jay (GE Aviation, US) <███████████> wrote:
>
> Pierce,
>
> Do you have a copy of any work instructions or operation sheets that tells the employee what to actions they should take?
>
> Jay
> ███████████

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 522(B)(4).

00933

USA-020819

**From:** Pierce Hackett [mailto:p.hackett@quadrant.us]
**Sent:** Thursday, August 03, 2017 12:55 PM
**To:** Babler, Jay (GE Aviation, US)
**Cc:** Lopez, Simon (GE Aviation, US)
**Subject:** EXT: Re: 170504 MAGNET RFQ QUADRANT

Jay,

After discussion with our VP of Operations, I found that my initial response was incorrect. We do some grinding and heat treatment of this part at our facility in the US and then deliver the part. Sorry for any inconvenience this has caused.

Sent from my iPhone
Pierce Hackett
Quadrant Magnetics
www.quadrantmagnetics.com
(502) 424-9040

On Aug 3, 2017, at 11:05 AM, Babler, Jay (GE Aviation, US) wrote:

> Pierce,
>
> Another question on the country of origin for part number FP24018P1.
>
> Do you procure the part complete from China or do you receive a part from China and complete some grinding and heat treatment in the US and then deliver the part?
>
> Jay
>
> **From:** Babler, Jay (GE Aviation, US)
> **Sent:** Wednesday, July 26, 2017 9:42 AM
> **To:** Lopez, Simon (GE Aviation, US)
> **Cc:** Babler, Jay (GE Aviation, US)
> **Subject:** RE: 170504 MAGNET RFQ QUADRANT
>
> When I pull the information from Oracle the tag information comes. It came as NLR which is a mistake based on the previous emails.
>
> What do we do now?
>
> Jay
>
> **From:** Lopez, Simon (GE Aviation, US)
> **Sent:** Wednesday, July 26, 2017 9:39 AM
> **To:** Babler, Jay (GE Aviation, US)
> **Subject:** RE: 170504 MAGNET RFQ QUADRANT
>
> Jay,

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 522(B)(4).

00934

USA-020820

How are you checking your export tagging prior to RFQ'ing? Windchill/PLMI?

Can you please work on a re-quote with a domestic source? We cannot obtain a license in China. Thank you.

Regards,
Simon

**From:** Pierce·Hackett [mailto:p.hackett@quadrant.us]
**Sent:** Wednesday, July 26, 2017 9:25 AM
**To:** Babler, Jay (GE Aviation, US) <████████████>
**Cc:** Lopez, Simon (GE Aviation, US) <████████████>
**Subject:** EXT: RE: 170504 MAGNET RFQ QUADRANT

Jay,

That is correct the part is manufactured in China.

Pierce Hackett I Technical Sales I Quadrant Magnetics
2606 River Green Circle I Louisville, KY 40206
O: (502) 589-9650 x117 I C: (502) 424-9040
p.hackett@quadrant.us  **PLEASE NOTE NEW E-MAIL ADDRESS**
www.quadrantmagnetics.com
<image001.png>

**From:** Babler, Jay (GE Aviation, US) <████████████>
**Sent:** Wednesday, July 26, 2017 9:22 AM
**To:** Pierce Hackett <p.hackett@quadrant.us>
**Cc:** Babler, Jay (GE Aviation, US) <████████████>; Lopez, Simon (GE Aviation, US) <████████████>
**Subject:** FW: 170504 MAGNET RFQ QUADRANT

Pierce,

Are you manufacturing this part complete in China?

Jay
████████

**From:** Pierce Hackett [mailto:p.hackett@quadrant.us]
**Sent:** Thursday, May 25, 2017 9:59 AM
**To:** Babler, Jay (GE Aviation, US) <████████████>
**Subject:** EXT: RE: 170504 MAGNET RFQ QUADRANT

Hey Jay,

Attached is the quote for P/N FP24018P1 with the added quantity breaks for you. If you have any questions just let me know. Thanks!

Pierce Hackett I Technical Sales I Quadrant Magnetics

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 522(B)(4).

00935

USA-020821

2606 River Green Circle | Louisville, KY 40206
O: (502) 589-9650 x117 | C: (502) 424-9040
p.hackett@quadrant.us  **PLEASE NOTE NEW E-MAIL ADDRESS**
www.quadrantmagnetics.com
<image001.png>

**From:** Babler, Jay (GE Aviation, US) ▮
**Sent:** Thursday, May 25, 2017 8:02 AM
**To:** Pierce Hackett <p.hackett@quadrant.us>
**Subject:** FW: 170504 MAGNET RFQ QUADRANT

Pierce,

Please give me a call to further discuss

Jay

**From:** Pierce Hackett [mailto:p.hackett@quadrant.us]
**Sent:** Friday, May 12, 2017 10:22 AM
**To:** Babler, Jay (GE Aviation, US) ▮
**Subject:** EXT: RE: 170504 MAGNET RFQ QUADRANT

Jay,

Attached is the revised RFQ with the added COO, lead time and MOQ. If there is anything else you need just let me know. Thanks!

Pierce Hackett | Technical Sales | Quadrant Magnetics
2606 River Green Circle | Louisville, KY 40206
O: (502) 589-9650 x117 | C: (502) 424-9040
p.hackett@quadrant.us  **PLEASE NOTE NEW E-MAIL ADDRESS**
www.quadrantmagnetics.com
<image001.png>

**From:** Babler, Jay (GE Aviation, US) ▮
**Sent:** Friday, May 12, 2017 9:46 AM
**To:** Pierce Hackett <p.hackett@quadrant.us>
**Subject:** FW: 170504 MAGNET RFQ QUADRANT

Pierce,
Please add the COO, Lead time and the MOQ to this bid. Let me know if you have any questions.
Jay

**From:** Pierce Hackett [mailto:p.hackett@quadrant.us]
**Sent:** Tuesday, May 09, 2017 11:14 AM
**To:** Babler, Jay (GE Aviation, US) ▮
**Subject:** EXT: RE: 170504 MAGNET RFQ QUADRANT

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 522(B)(4).

00936

USA-020822

Hey Jay,

Attached is the completed RFQ sheet for P/N FP24018P1 for you. If you have any questions about the quote just let me know. Thanks!

Pierce Hackett I Technical Sales I Quadrant Magnetics
2606 River Green Circle I Louisville, KY 40206
O: (502) 589-9650 x117 I C: (502) 424-9040
p.hackett@quadrant.us  **PLEASE NOTE NEW E-MAIL ADDRESS**
www.quadrantmagnetics.com
<image001.png>

From: Babler, Jay (GE Aviation, US)
Sent: Thursday, May 04, 2017 3:37 PM
To: Pierce Hackett <p.hackett@quadrant.us>
Cc: Babler, Jay (GE Aviation, US)
Subject: 170504 MAGNET RFQ QUADRANT

Greetings

**This RFQ package contains US Government data and cannot be shared with people outside the United States and cannot be viewed by Non-US Persons.  Let me know if you have any questions.**

This is an invitation to quote Wound Product for our Grand Rapids, Clearwater, Long Island, Pompano Beach, Vandalia and Rockford sites.  The part numbers that are awarded to your company will be put onto a Blanket Purchase Agreement (BPA). The term of the agreement shall commence on a date mutually agreed to by Seller and Purchaser and run through a period of up to 3 years. GE Aviation reserves the right to award this as a total package, in part or any combination of parts quoted against this request for quotation.

THE QUANTITIES OF GOODS OR SERVICES SET FORTH IN THIS RFQ, OR AN ATTACHMENT THERETO ARE ESTIMATES ONLY (BASED ON ESTIMATED ANNUAL USAGE (EAU) FORECASTED REQUIREMENTS). PURCHASER'S ACTUAL REQUIREMENTS MAY IN FACT BE LESS THAN OR GREATER THAN THE AMOUNTS STATED. IF PURCHASER'S REQUIREMENTS DO NOT RESULT IN ORDERS IN THE QUANTITIES DESCRIBED AS ESTIMATED, THAT FACT SHALL NOT CONSTITUTE THE BASIS FOR AN EQUITABLE PRICE ADJUSTMENT.

AS FIRM REQUIREMENTS ARISE, PURCHASER MAY MAKE RELEASES AGAINST RESULTING BPA'S FOR QUANTITIES LESS THAN OR GREATER THAN THE BPA EAU QUANTITY QUOTED BY THE SELLER.

UNLESS OTHERWISE AGREED IN WRITING, SELLER SHALL NOT MAKE MATERIAL COMMITMENTS OR PRODUCTION ARRANGEMENTS IN EXCESS OF THE AMOUNT OR IN ADVANCE OF THE TIME NECESSARY TO MEET FIRMED SCHEDULES AND THOSE PLANNED SCHEDULES THAT ARE WITHIN LEAD-TIME.

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 522(B)(4).

00937

USA-020823

THE PRICING QUOTED SHALL BE EFFECTIVE FOR ALL REQUISITIONS RELEASED DURING THE PERIOD OF PERFORMANCE OF THIS AGREEMENT.

**Quotation Instructions**

Information Provided to Complete Quotation

A. **Directions** - The attached spreadsheet provides a listing of part numbers to be quoted and their estimated annual usage (EAU) forecast. This is an estimate of business and may not be construed as a warranty of business. Suppliers should submit their quotation on this form with all relevant fields populated or it may be considered non-complaint.

B. **Pricing** - Pricing quoted for parts listed in Attachment 1 shall be Firm Fixed (FFP) through end of the contract period and broken down as shown in the spreadsheet. All suppliers are required to submit bids in US Dollars (USD) and in English language. Suppliers are reminded they are solely responsible for covering exchange rate variations during the term of the agreement. Suppliers should provide their bids in attachment 1. Supplier should not add/delete rows or columns to the spreadsheet.

C. **Lead-Time** – Lead-time should be quoted in calendar days and specified in each part number.

D. **Quoted Price Validity-**any quoted prices listed as "pending" will not be considered.

E. **Quotation Validity -** Quotes shall remain valid until contract award is granted by GE Aviation.

F. **Drawings –** Drawings have been sent via eDistrib.

**Evaluation of Quotations**

Compliant quotations will be evaluated for best value using the following criteria:

1. Pricing, including 5% yearly de-escalation
2. Acceptance of Purchaser's standard terms and conditions and quality requirements
3. Bidder's quality performance on the same or similar parts contained in this RFQ
4. Bidder's delivery performance on the same or similar parts contained in this RFQ

**Confidentiality**

This entire RFQ package, including but not limited to all data, drawings, specifications and quantities are proprietary to GE Aviation and shall be kept in confidence by supplier in accordance with agreed upon PIA.

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 522(B)(4).

00938

USA-020824

**Technical Data Furnished by GE Aviation Systems**

If not selected or non-responsive in relation to this RFQ, GE Aviation Systems requires suppliers to return all drawings, data, designs, engineering instructions, models, specifications, computer software documentation, other technical information and/or tooling within 30 days of the date Supplier is notified by GE Aviation.

**Payment Terms**

Supplier agrees to accept the invoice amount discounted by two and one-half percent (2.5%) in exchange for Purchaser's payment on the fifteenth (15th) day following the Payment Start Date (2.5% 15 net 90) unless otherwise agreed in writing.

**Country of Origin**

Country of origin (COO) must be provided in accordance with the DFRAR 252.225-7001 two part test as part of the quotation. (Not applicable to service contracts and non-receivables)

**GE Aviation Standard Remarks -** The latest version of the following "Standard Remarks" effective as of the date of this request for quote are applicable to this request for quote. These documents are available on the internet
at http://www.geaviation.com/aboutgeae/doingbusinesswith/geae_po_requirements.html

D78, H14 and F47

In the event there is a conflict between the Standard Remark document, and the language in this RFQ document, the language in the Standard Remark shall apply.

**Terms and Conditions –** THE LATEST VERSION OF THE TERMS AND CONDITIONS DOCUMENT "STANDARD REMARK C64/I64", "REMARK C64" OR "C64" OR "I64") EFFECTIVE AS OF THE DATE OF THIS REQUEST FOR QUOTE IS APPLICABLE TO THIS REQUEST FOR QUOTE. NO OTHER TERMS AND CONDITIONS, INCLUDING ANY TERMS CONTAINED ON SELLER'S QUOTATION OR ORDER ACKNOWLEDGEMENT, SHALL APPLY.THE DOCUMENT "STANDARD REMARK C64" IS AVAILABLE ON THE INTERNET AT http://www.geaviation.com/company/doing-business-with-aviation. IF YOU ARE UNABLE TO ACCESS THE TERMS AND CONDITIONS AT THE ABOVE URL, PLEASE CONTACT THE BUYER OR CONTRACT ADMINISTRATOR LISTED ON THIS REQUEST FOR QUOTE TO OBTAIN A COPY.

**Quality Requirements -** THE LATEST VERSION OF S1005 AND S1007 ARE APPLICABLE TO THIS REQUEST FOR QUOTE. PLEASE CONTACT YOUR GE BUYER OR SUPPLIER QUALITY FOCAL TO OBTAIN A COPY OF THIS DOCUMENT.

Shipment of GE production hardware is subject to Designated Supplier Quality Representative (DSQR) release.

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 522(B)(4).

00939

USA-020825

**Award**
GE intends to award a contract resulting from this solicitation to the most responsive and responsible Supplier, however, GE reserves the right to negotiate final pricing.

==Due date for the response is May 26, 2017==

Jay Babler
Lead Commodity Management Specialist
GE Aviation

<image001.png>
<FP24018P1 COO.docx>

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 522(B)(4).

00940

USA-020826