

GE

Laura Molinari
Executive Counsel
International Trade Compliance

1299 Pennsylvania Avenue N.W.
Suite 900
Washington DC  20004-2414
USA

T + 

January 2, 2018

BY MAIL

Sarah Heidema, Acting Director
Office of Defense Trade Controls Compliance
Directorate of Defense Trade Controls
U.S. Department of State
2401 E Street, NW, (SA-1)
Washington, D.C. 20037

**Applicant Code:**

Re:   Closure Report for Case No. 17-0000845

Dear Mrs. Heidema,

The General Electric Company ("GE"), on behalf of its GE Aviation business unit, submits the following closure report for the above referenced case to the U.S. Department of State, Directorate of Defense Trade Controls Compliance ("DTCC").

GE submitted an initial Voluntary Disclosure (VD) on September 7, 2017 on a potential export violation. After investigating the matter, GE has determined that it did not commit an export violation or export escape and seeks to close this issue.

Summary:

In August 2017, GE Aviation's Sourcing organization was conducting an internal audit of US suppliers procuring items outside of the United States. During the course of this review, the auditor flagged a magnet for the F18's Generator Converter Unit, sourced to Quadrant Magnetics[1], as potentially being subcontracted to China. Upon receiving this information, GE's legal organization immediately notified its US military customer and submitted the initial VD notification to DDTC.

Upon further review of the item at issue, it was determined that the product outsourced to China was an EAR99 ingot and not the final magnet. The magnetization of the ingot occurs in the United States, which would change the item's classification from EAR99 to VIII(h)(1).

However, after discussions with the supplier, GE discovered that the supplier sent a drawing that included some specifications on the magnetic properties. Upon further review of the drawing sent,

---

[1] Quadrant Magnetics: 2606 River Green Circle, Louisville KY 40206

*This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 552(b)(4). It is submitted voluntarily for the sole purpose of allowing evaluation by the U.S. Government.*



November 2017
Page 2 of 2

GE requested the immediate destruction of the data, even though the data sent was the supplier's design. The supplier sent an email confirming the immediate destruction.

Due to the technologically unsophisticated nature of the component, in October 2017, GE submitted a Commodity Jurisdiction (CJ) to confirm its assessment of the magnet (fully magnetized item). On December 22nd, DDTC confirmed the magnet is classified as subject to the USML VIII(h)(1).

It is GE's policy to be strictly compliant with U.S. export laws. GE is committed to continually improving its export compliance with the rules and regulations promulgated by the respective United States Government agencies, including the ITAR. Therefore, when GE finds a system or process flaw such as the one revealed by the events that are the subject of this letter, GE makes every reasonable effort to implement corrective actions to prevent the same error from occurring again. With that said, in this case, GE seeks to close this pending VD at has deemed no export escape or violation on its end.

Note that GE has communicated with the supplier, Quadrant Magnetics, and has suggested it files a CJ on its drawing. It has also suggested evaluating whether an initial disclosure should be filed concurrent or post filing of the CJ.

Certification

I am an empowered official for General Electric Company. In accordance with ITAR § 127.12(e), all of the representations made in connection with this request for extension of time are true and correct to the best of my knowledge and belief and have been made with the knowledge of GE's senior management.

You are welcome to contact me at ████████ or by e-mail at ████████ if you have questions or need any more information. Thank you.

Sincerely,

Laura Molinari
Executive Counsel
International Trade Compliance

cc: Scott Tubbs, Phil Pascoe, Pierce Hackett- Quadrant Magnetics

This document contains trade secrets and confidential commercial or financial information exempt from disclosure under the FREEDOM OF INFORMATION ACT (FOIA) 5 USC § 552(b)(4). It is submitted voluntarily for the sole purpose of allowing evaluation by the U.S. Government.

USA-024111