# RE: 170504 MAGNET RFQ QUADRANT

**From:** "Boeckman, Ronald L (GE Aviation, US)" ▮▮▮▮▮▮▮▮▮▮▮▮>
**To:** Scott Tubbs <s.tubbs@quadrant.us>
**Date:** Fri, 04 Aug 2017 08:57:46 -0400

Scott,
I think that answers my question.
**Ron Boeckman**
Staff Engineer
Production Support Engineering
GE Aviation
BGA and Integrated Systems
T +1 ▮▮▮▮▮▮ | F +1 ▮▮▮▮▮▮

740 E. National Road
Vandalia, Ohio 45377-3000, U.S.A.

**From:** Scott Tubbs [mailto:s.tubbs@quadrant.us]
**Sent:** Friday, August 04, 2017 8:31 AM
**To:** Boeckman, Ronald L (GE Aviation, US)
**Subject:** EXT: Re: 170504 MAGNET RFQ QUADRANT
Hi Ron,
Good morning! Not sure what your definition of commercial magnet means? It's quite different depending on who you are talking too.
If you are asking about a standard industrial production grade (off the shelf) vs. the specified technician requirements on your print, I don't think so. It's not an easy part to make - mostly based on what we do to the material here at Quadrant

Scott Tubbs
Quadrant Magnetics
(502) 345-5932 C

On Aug 4, 2017, at 7:54 AM, Boeckman, Ronald L (GE Aviation, US) ▮▮▮▮▮▮▮▮▮▮ wrote:

> Scott,
> Another question that has come up....do you make a commercial magnet that would meet the requirements of the FP24018P1?
> **Ron Boeckman**
> Staff Engineer
> Production Support Engineering
> GE Aviation
> BGA and Integrated Systems
> T + ▮▮▮▮▮▮ | F + ▮▮▮▮▮▮
> ▮▮▮▮▮▮
> 740 E. National Road
> Vandalia, Ohio 45377-3000, U.S.A.

**From:** Boeckman, Ronald L (GE Aviation, US)
**Sent:** Thursday, August 03, 2017 10:16 AM
**To:** s.tubbs@quadrantmagnetics.com
**Subject:** FW: 170504 MAGNET RFQ QUADRANT
Scott,
Sent the following questions to you yesterday afternoon but am reiterating them here just as an inclusion to another question (regarding the email below).
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
I thought I heard you say that when you get the product from your Asian facility, the US facility still had to grind/machine, sinter and heat treat to get to the final configuration that would meet our specific drawing. What, exactly, are you importing? Are you importing a powder, that then gets formed into the final form (which still needs to be finished machined)? A solid that gets finish machined and heat treated?
What does the sintering process do?
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
In regards to the email below....Pierre Hackett seemed to be saying that the part was manufactured 'complete' in China (Asia). Could you make sure that GE has the correct information regarding this as it is critical to our Export Control position on this part.

USA-026301

Ron Boeckman
Staff Engineer
Production Support Engineering
GE Aviation
BGA and Integrated Systems
T + ███████████ | F + ███████
██████
740 E. National Road
Vandalia, Ohio 45377-3000, U.S.A.

From: Pierce Hackett [mailto:p.hackett@quadrant.us]
Sent: Wednesday, July 26, 2017 9:25 AM
To: Babler, Jay (GE Aviation, US) ███████████
Cc: Lopez, Simon (GE Aviation, US) ███████
Subject: EXT: RE: 170504 MAGNET RFQ QUADRANT
Jay,
That is correct the part is manufactured in China.
Pierce Hackett I Technical Sales I Quadrant Magnetics
2606 River Green Circle I Louisville, KY 40206
O: (502) 589-9650 x117 I C: (502) 424-9040
p.hackett@quadrant.us **PLEASE NOTE NEW E-MAIL ADDRESS**
www.quadrantmagnetics.com

From: Babler, Jay (GE Aviation, US) [███████████
Sent: Wednesday, July 26, 2017 9:22 AM
To: Pierce Hackett p.hackett@quadrant.us>
Cc: Babler, Jay (GE Aviation, US) ██████████; Lopez, Simon (GE Aviation, US) ███████████
Subject: FW: 170504 MAGNET RFQ QUADRANT
Pierce,
Are you manufacturing this part complete in China?
Jay
██████

From: Pierce Hackett [mailto:p.hackett@quadrant.us]
Sent: Thursday, May 25, 2017 9:59 AM
To: Babler, Jay (GE Aviation, US) ███████████
Subject: EXT: RE: 170504 MAGNET RFQ QUADRANT
Hey Jay,
Attached is the quote for P/N FP24018P1 with the added quantity breaks for you. If you have any questions just let
me know. Thanks!
Pierce Hackett I Technical Sales I Quadrant Magnetics
2606 River Green Circle I Louisville, KY 40206
O: (502) 589-9650 x117 I C: (502) 424-9040
p.hackett@quadrant.us **PLEASE NOTE NEW E-MAIL ADDRESS**
www.quadrantmagnetics.com

From: Babler, Jay (GE Aviation, US) ███████████
Sent: Thursday, May 25, 2017 8:02 AM
To: Pierce Hackett p.hackett@quadrant.us>
Subject: FW: 170504 MAGNET RFQ QUADRANT
Pierce,
Please give me a call to further discuss
Jay
██████

From: Pierce Hackett [mailto:p.hackett@quadrant.us]
Sent: Friday, May 12, 2017 10:22 AM
To: Babler, Jay (GE Aviation, US) ███████████
Subject: EXT: RE: 170504 MAGNET RFQ QUADRANT
Jay,
Attached is the revised RFQ with the added COO, lead time and MOQ. If there is anything else you need just let me
know. Thanks!
Pierce Hackett I Technical Sales I Quadrant Magnetics
2606 River Green Circle I Louisville, KY 40206
O: (502) 589-9650 x117 I C: (502) 424-9040
p.hackett@quadrant.us **PLEASE NOTE NEW E-MAIL ADDRESS**
www.quadrantmagnetics.com

From: Babler, Jay (GE Aviation, US) [███████████
Sent: Friday, May 12, 2017 9:46 AM
To: Pierce Hackett p.hackett@quadrant.us>
Subject: FW: 170504 MAGNET RFQ QUADRANT
Pierce,

USA-026302

Please add the COO, Lead time and the MOQ to this bid. Let me know if you have any questions.
Jay

**From:** Pierce Hackett [mailto:p.hackett@quadrant.us]
**Sent:** Tuesday, May 09, 2017 11:14 AM
**To:** Babler, Jay (GE Aviation, US)
**Subject:** EXT: RE: 170504 MAGNET RFQ QUADRANT
Hey Jay,
Attached is the completed RFQ sheet for P/N FP24018P1 for you. If you have any questions about the quote just let me know. Thanks!
Pierce Hackett I Technical Sales I Quadrant Magnetics
2606 River Green Circle I Louisville, KY 40206
O: (502) 589-9650 x117 I C: (502) 424-9040
p.hackett@quadrant.us **PLEASE NOTE NEW E-MAIL ADDRESS**
www.quadrantmagnetics.com

**From:** Babler, Jay (GE Aviation, US)
**Sent:** Thursday, May 04, 2017 3:37 PM
**To:** Pierce Hackett p.hackett@quadrant.us>
**Cc:** Babler, Jay (GE Aviation, US)
**Subject:** 170504 MAGNET RFQ QUADRANT
Greetings
This RFQ package contains US Government data and cannot be shared with people outside the United States and cannot be viewed by Non-US Persons. Let me know if you have any questions.
This is an invitation to quote Wound Product for our Grand Rapids, Clearwater, Long Island, Pompano Beach, Vandalia and Rockford sites. The part numbers that are awarded to your company will be put onto a Blanket Purchase Agreement (BPA). The term of the agreement shall commence on a date mutually agreed to by Seller and Purchaser and run through a period of up to 3 years. GE Aviation reserves the right to award this as a total package, in part or any combination of parts quoted against this request for quotation.
THE QUANTITIES OF GOODS OR SERVICES SET FORTH IN THIS RFQ, OR AN ATTACHMENT THERETO ARE ESTIMATES ONLY (BASED ON ESTIMATED ANNUAL USAGE (EAU) FORECASTED REQUIREMENTS). PURCHASER'S ACTUAL REQUIREMENTS MAY IN FACT BE LESS THAN OR GREATER THAN THE AMOUNTS STATED. IF PURCHASER'S REQUIREMENTS DO NOT RESULT IN ORDERS IN THE QUANTITIES DESCRIBED AS ESTIMATED, THAT FACT SHALL NOT CONSTITUTE THE BASIS FOR AN EQUITABLE PRICE ADJUSTMENT.
AS FIRM REQUIREMENTS ARISE, PURCHASER MAY MAKE RELEASES AGAINST RESULTING BPA'S FOR QUANTITIES LESS THAN OR GREATER THAN THE BPA EAU QUANTITY QUOTED BY THE SELLER. UNLESS OTHERWISE AGREED IN WRITING, SELLER SHALL NOT MAKE MATERIAL COMMITMENTS OR PRODUCTION ARRANGEMENTS IN EXCESS OF THE AMOUNT OR IN ADVANCE OF THE TIME NECESSARY TO MEET FIRMED SCHEDULES AND THOSE PLANNED SCHEDULES THAT ARE WITHIN LEAD-TIME. THE PRICING QUOTED SHALL BE EFFECTIVE FOR ALL REQUISITIONS RELEASED DURING THE PERIOD OF PERFORMANCE OF THIS AGREEMENT.
**Quotation Instructions**

Information Provided to Complete Quotation
     A. **Directions** - The attached spreadsheet provides a listing of part numbers to be quoted and their estimated annual usage (EAU) forecast. This is an estimate of business and may not be construed as a warranty of business. Suppliers should submit their quotation on this form with all relevant fields populated or it may be considered non-complaint.
     B. **Pricing** - Pricing quoted for parts listed in Attachment 1 shall be Firm Fixed (FFP) through end of the contract period and broken down as shown in the spreadsheet. All suppliers are required to submit bids in US Dollars (USD) and in English language. Suppliers are reminded they are solely responsible for covering exchange rate variations during the term of the agreement. Suppliers should provide their bids in attachment 1. Supplier should not add/delete rows or columns to the spreadsheet.
     C. **Lead-Time** – Lead-time should be quoted in calendar days and specified in each part number.
     D. **Quoted Price Validity-**any quoted prices listed as "pending" will not be considered.
     E. **Quotation Validity -** Quotes shall remain valid until contract award is granted by GE Aviation.
     F. **Drawings –** Drawings have been sent via eDistrib.
**Evaluation of Quotations**
Compliant quotations will be evaluated for best value using the following criteria:
       1. Pricing, including 5% yearly de-escalation
       2. Acceptance of Purchaser's standard terms and conditions and quality requirements
       3. Bidder's quality performance on the same or similar parts contained in this RFQ
       4. Bidder's delivery performance on the same or similar parts contained in this RFQ
**Confidentiality**

This entire RFQ package, including but not limited to all data, drawings, specifications and quantities are proprietary to GE Aviation and shall be kept in confidence by supplier in accordance with agreed upon PIA.
**Technical Data Furnished by GE Aviation Systems**

If not selected or non-responsive in relation to this RFQ, GE Aviation Systems requires suppliers to return all drawings, data, designs, engineering instructions, models, specifications, computer software documentation, other technical information and/or tooling within 30 days of the date Supplier is notified by GE Aviation.

**Payment Terms**

Supplier agrees to accept the invoice amount discounted by two and one-half percent (2.5%) in exchange for Purchaser's payment on the fifteenth (15th) day following the Payment Start Date (2.5% 15 net 90) unless otherwise agreed in writing.

**Country of Origin**

Country of origin (COO) must be provided in accordance with the DFRAR 252.225-7001 two part test as part of the quotation. (Not applicable to service contracts and non-receivables)

**GE Aviation Standard Remarks -** The latest version of the following "Standard Remarks" effective as of the date of this request for quote are applicable to this request for quote. These documents are available on the internet at http://www.geaviation.com/aboutgeae/doingbusinesswith/geae_po_requirements.html
D78, H14 and F47

In the event there is a conflict between the Standard Remark document, and the language in this RFQ document, the language in the Standard Remark shall apply.

**Terms and Conditions –** THE LATEST VERSION OF THE TERMS AND CONDITIONS DOCUMENT "STANDARD REMARK C64/I64", "REMARK C64" OR "C64" OR "I64") EFFECTIVE AS OF THE DATE OF THIS REQUEST FOR QUOTE IS APPLICABLE TO THIS REQUEST FOR QUOTE. NO OTHER TERMS AND CONDITIONS, INCLUDING ANY TERMS CONTAINED ON SELLER'S QUOTATION OR ORDER ACKNOWLEDGEMENT, SHALL APPLY. THE DOCUMENT "STANDARD REMARK C64" IS AVAILABLE ON THE INTERNET AT http://www.geaviation.com/company/doing-business-with-aviation. IF YOU ARE UNABLE TO ACCESS THE TERMS AND CONDITIONS AT THE ABOVE URL, PLEASE CONTACT THE BUYER OR CONTRACT ADMINISTRATOR LISTED ON THIS REQUEST FOR QUOTE TO OBTAIN A COPY.

**Quality Requirements** - THE LATEST VERSION OF S1005 AND S1007 ARE APPLICABLE TO THIS REQUEST FOR QUOTE. PLEASE CONTACT YOUR GE BUYER OR SUPPLIER QUALITY FOCAL TO OBTAIN A COPY OF THIS DOCUMENT.

Shipment of GE production hardware is subject to Designated Supplier Quality Representative (DSQR) release.

**Award**

GE intends to award a contract resulting from this solicitation to the most responsive and responsible Supplier, however, GE reserves the right to negotiate final pricing.

**Due date for the response is May 26, 2017**

Jay Babler
Lead Commodity Management Specialist
GE Aviation