# QUADRANT

Date: August 7, 2017

To: Jay Babler, GE Aviation

From: Quadrant Magnetics

Subject: FP24018P1 Product Compliance

This letter is to confirm that there has been no technical information sent to China regarding part number FP24018P1. The part is purchased semi-finished by Quadrant Magnetics with value-add secondary operations performed at the Quadrant location in Louisville, KY. Thus, the country of origin for part number FP24018P1 is the United States of America. The FP24018P1 magnets comply with DFARS 252.225-7009.

ITAR Registrant Code: M31748

Best Regards,

Scott Tubbs

VP of Sales & Marketing

At the Forefront of Magnetic Solutions
2606 River Green Circle Louisville, KY 40206 | Phone: (502) 589-9650 | Fax: (502) 589-9660
www.quadrantmagnetics.com

ENCLOSURE ( A )