| | |
|---|---|
| **To:** | Phil Pascoe[p.pascoe@quadrant.us] |
| **From:** | Steve Walmer[█████████] |
| **Sent:** | Tue 8/22/2017 1:59:43 PM (UTC) |
| **Subject:** | RE: Request for Quote   Quadrant Magnetics SmCo26 |

Hi Phil,

We understand and agree that you can't use Asian sourced sintered blank stock and machine the magnets at your facility. There are producers of SmCo that are DFARS compliant and sell their sintered blank stock to magnet fabricators. Arnold, Vacuumschmelze and others.

EEC does not sell our blank stock material to magnet fabricators that are viewed as competitors to us. We have at times however sold our finished magnet components to select fabricators. It is somewhat odd to hear that you are unable to procure the grade 26 material. That is a fairly common grade of SmCo.

Founded in 1970 EEC is a vertically integrated producer, manufacturer and supplier of sintered SmCo magnets . We are compliant with all DFARS and ITAR regulations and restrictions. In1970 we were the first company in the world to produce, manufacture and supply SmCo magnets for commercial use and remain as the only producer of sintered SmCo magnets located in the USA.

Is there a colleague at your facility that we can address our Quotation to as we will not send the Quote directly to you since you are offshore.


Thanks,

Steve

---

**From:** Phil Pascoe [mailto:p.pascoe@quadrant.us]
**Sent:** Tuesday, August 22, 2017 9:17 AM
**To:** Steve Walmer < ███████████████ >
**Subject:** Re: Request for Quote Quadrant Magnetics SmCo26

Steve, thanks for your fast reply. Q1 answer is that I can not machine the material in house. So you sinter and machine, these are the requirements needed. Raw material can be procured in china, but the itar requirement is that the mixing, sintering can be done by an approved county source. From my understanding that was in your wheelhouse. Q2, yes those are the published eau qtys. Thanks again for your help.

Thanks Phil Pascoe
On Aug 22, 2017, at 14:10, Steve Walmer < ███████████████████ > wrote:

> Hi Phil,
>
> As this RFQ is ITAR restricted I can't get specific with my questions in regard to being compliant with the restrictions for the 2 P/Ns in your RFQ, 36B and FP24
>
> .
> - Is QM not able procure SmCo Grade 26 MGOe magnet blank stock material from a producer that is DFARS and ITAR compliant and then fabricate the magnets at your facility?
> - Are the higher volumes of each P/N,  2500 of 36B and 5k and 10k of FP24 considered an EAU?
>
>
> Best regards,
>
> Steven A. Walmer
> *Steven A. Walmer*
> Cost Estimator
> Electron Energy Corporation

USA-000008

924 Links Avenue
Landisville,  PA 17538
Ph: ▮
Fax: ▮
Best method of contact is via email: ▮
Visit us at: www.electronenergy.com

---

**From:** Phil Pascoe [mailto:p.pascoe@quadrant.us]
**Sent:** Tuesday, August 22, 2017 8:53 AM
**To:** Steve Walmer ▮ >
**Subject:** Re: Request for Quote Quadrant Magnetics SmCo26

Steven,  I am out of the country on travels this week.  Please relay your questions via email and I will do best to respond timely.  Thank you.

Thanks Phil Pascoe
On Aug 22, 2017, at 13:36, Steve Walmer < ▮                    wrote:

> Hi Phil,
>
> In response to your RFQ left a voice mail requesting that you return my call as I have some questions.
>
> Please call me on my cell phone. ▮
>
>
> Best regards,
>
> Steven A. Walmer
> *Steven A. Walmer*
> Cost Estimator
> Electron Energy Corporation
> 924 Links Avenue
> Landisville,  PA 17538
> Ph: ▮
> Fax: ▮
> Best method of contact is via email: ▮
> Visit us at: www.electronenergy.com

---

**From:** Phil Pascoe [mailto:p.pascoe@quadrant.us]
**Sent:** Wednesday, August 16, 2017 11:22 AM
**To:** ElectronEnergyCorp <EECForward2@electronenergy.com>
**Subject:** Request for Quote Quadrant Magnetics SmCo26

To whom it may concern,
I have included 2 items that require ITAR complaint material (Sintered in the USA) for your quotation process.
Can you please quote each item as machined complete per sheet 1 (-RAW)
And also an option for magnetized and marked as described on the sheet 2.

Qty of each would be:
36B = 100, 250, 50, 1000, 2500
FP24 = 1000, 2500, 5000, 10000

*Phil Pascoe*
Vice President, Operations l Quadrant Magnetics
2606 River Green Circle, Louisville, KY, 40206
O: (502) 589-9650 x111  C: (502) 295-3125

p.pascoe@quadrant.us *** PLEASE NOTE NEW E-MAIL ADDRESS
www.quadrantmagnetics.com

<FP24018P1.PDF>
<36B423718P1.PDF>

USA-000010