## FP24018P1-RAW Potential Br, etc.

**From:** "Fischer, Ken (GE Global Operations)" <█████████████>
**To:** Scott Tubbs <s.tubbs@quadrant.us>, Pierce Hackett <p.hackett@quadrant.us>
**Date:** Wed, 16 Aug 2017 16:10:21 -0400

As you know we're going to be submitting a Commodity Jurisdiction (CJ) request regarding the magnet material (FP24018P1-RAW) in the hopes the government will determine that the imported item has not reached a state of manufacture in which it is considered meeting the ITAR criteria. Toward that objective, can you provide a range of potential magnetic properties to which FP24018P1-RAW could reasonably be expected to be magnetized?
If you have any questions, please don't hesitate to contact me (mobile number is best). Thank you,
Ken

**Ken Fischer**
Project Manager ITC – Aviation
GE Corporate Legal – ITC CoE

T +█████████ | M 1 █████████
1 Neumann Way, MD H200 | Cincinnati, OH 45215 USA
General Electric Company