# RE: Quadrant Conference Call - GE Aviation Request

| | |
|---|---|
| From: | "Fischer, Ken (GE Global Operations)" <​█████████​> |
| To: | Scott Tubbs <s.tubbs@quadrant.us>, Phil Pascoe <p.pascoe@quadrant.us>, Pierce Hackett <p.hackett@quadrant.us> |
| Cc: | "Molinari, Laura (GE Global Operations)" <​█████████​>, "Boeckman, Ronald L (GE Aviation, US)" <​█████████​> |
| Date: | Wed, 03 Jan 2018 18:13:39 -0500 |
| Attachments: | VD 17-0000845 Magnet Jan 2018_Redacted.pdf (254.87 kB); CJ 0512-17 - Final Determination.pdf (797.57 kB) |

Attached are:

- Commodity Jurisdiction (CJ) determination for the finished magnet
- GE's disclosure submittal
    GE's Applicant Code is redacted

If you have any questions/comments please don't hesitate to contact any of us.

Regards,

Ken
**Ken Fischer**
Project Manager ITC – Aviation
GE Corporate Legal – ITC CoE

T +█████████ M █████████
1 Neumann Way, MD H200 | Cincinnati, OH 45215 USA
General Electric Company