# QUADRANT

Date: 11/01/2018

From: President, Quadrant Magnetics

Subj: ITAR registration / DFARS conformance.

To: All US based customers

Effective: Immediately

After a corporate review of our current business model, and consideration of re-location to our new Quadrant Magnetics world headquarters facility in Louisville, KY in Q1 2019, we have at this time elected to forgo the renew our ITAR registration.

Per this directive, Quadrant will no longer be able to facilitate the acceptance of new orders or RFQ's specified as ITAR controlled and or DFARS specific.

 Please note that all current open orders that are in place prior to 10/31/18 will not be affected and will be supported in full until order commitment is complete.

Quadrant would like to thank all effected customers for their opportunity to support this specific product requirement, and hopes to continue a committed relationship in support of all non-effected items.

Regards,

*[signature]*

President

At the Forefront of Magnetic Solutions
2606 River Green Circle Louisville, KY 40206 | Phone: (502) 589-9650 | Fax: (502) 589-9660
www.quadrantmagnetics.com

USA-002368