UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:22-CR-88-DJH<br>*Filed Electronically* |
| QUADRANT MAGNETICS, et al. | DEFENDANTS |

### NOTICE OF FILING REGARDING UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO DISMISS UNCONSTITUTIONALLY VAGUE AECA AND ITAR ALLEGATIONS (ECF 111)

Defendants Quadrant Magnetics, LLC ("QM"), Phil Pascoe, Scott Tubbs, and Monica Pascoe moved the Court to dismiss subparagraphs 16(a)-(b), 17(b)-(c), and 18(c)-(v) of Count 1, charging conspiracy under 18 U.S.C. § 371; Counts 5 through 8, charging willful violations of the Arms Export Control Act under 22 U.S.C. § 2778(b)(2) and (c); and Count 9, charging smuggling under 18 U.S.C. § 554, of the Second Superseding Indictment. ECF 88. The United States filed its response objecting to the motion to dismiss on January 26, 2024. ECF 111.

The United States filed 15 exhibits with its response but inadvertently excluded descriptions of the exhibits on CM/ECF. This notice provides the following descriptions for the exhibits:

| ECF | Exhibit Number | Description | Bates |
|---|---|---|---|
| 111-1 | 1 | CJ 0512-17 | USA-024112-024113 |
| 111-2 | 2 | Quadrant Solutions DDTC Registration 12/31/13 | USA-000250-251 |
| 111-3 | 3 | QM Email with ITAR Registration Letter 2/27/13 | USA-000249 |
| 111-4 | 4 | ITAR Confirmation from S.Tubbs 6/3/13 | USA-000001 |
| 111-5 | 5 | S. Tubbs email to J.Wang 10/26/16 | USA-000447-000448 |
| 111-6 | 6 | DS-2032 Statement of Registration | USA-000286-000290 |

| | | | |
|---|---|---|---|
| | | With DDTC 11/29/16 | |
| 111-7 | 7 | DDTC Letter 12/15/16 with ITAR registration as manufacturer | USA-000293-000294 |
| 111-8 | 8 | QM P.Hackett email to GEAS 8/7/17 | USA-020815-020826 |
| 111-9 | 9 | GEAS Closure Report 17-000845 From L. Molinari 1/2/18 carbon copying QM, Tubbs, Pascoe, and Hackett | USA-024110-024111 |
| 111-10 | 10 | Email between GEAS R. Boeckman and QM S. Tubbs 8/4/17 | USA-026301-026304 |
| 111-11 | 11 | Letter to GEAS from QM S.Tubbs 8/7/17 "FP24018P1 Product Compliance" | USA-003047 |
| 111-12 | 12 | Email QM P. Pascoe to S. Walmer EEC 8/22/17 | USA-000008-000010 |
| 111-13 | 13 | Email from GEAS K. Fischer to QM S. Tubbs and P. Hackett 8/16/17 | USA-025405 |
| 111-14 | 14 | Email from GEAS K. Fischer to QM S. Tubbs, P.Pascoe, and P. Hackett 1/3/18 | USA-024109 |
| 111-15 | 15 | Letter from QM President P. Pascoe 11/01/18 titled "ITAR registration / DFARS Conformance" | USA-0026368 |

Respectfully submitted,

MICHAEL A. BENNETT  
United States Attorney  
Western District of Kentucky

JENNIFER KENNEDY GELLIE  
Deputy Executive Chief  
Counterintelligence and Export Control Section  
National Security Division

S/Joshua Judd_____  
Joshua D. Judd  
Christopher C. Tieke  
Assistant U.S. Attorneys  
717 W. Broadway  
Louisville, KY  40202  
(502) 582-5911  
Joshua.judd@usdoj.gov  
Christopher.tieke@usdoj.gov

S/Alex Wharton_____  
Alex Wharton  
Trial Attorney  
950 Pennsylvania Ave., NW  
Washington, DC 20530  
(202) 514-4523  
alexander.wharton@usdoj.gov

2

3

## CERTIFICATE OF SERVICE

      On January 29, 2024, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel for the defendants.

      S/Joshua Judd_____
      Joshua Judd
      Assistant United States Attorney