# EXHIBIT 2

**Steven B. Burton, Senior Electronics Engineer, Defense Technology Security Administration (DTSA)**

Supplemental Testimony: Mr. Burton will testify to Order of review (22 CFR 120.11) and Specially designed (22 CFR 120.41), specifically 22 CFR 120.41(b)(3) release, and how DoD uses these regulations to identify and verify defense articles (22 CFR 120.31) that are controlled by the United States Munitions List (USML), 22 CFR 121.1.

i. 22 CFR 120.11 Order of review

To begin any USML determination, a specific order of review must be followed, per 22 CFR 120.11. The process begins with reviewing ALL paragraphs in ALL categories for an enumerated control. If that review is negative, the process is continued by reviewing ALL categories for a paragraph that incorporates specially designed as a control parameter. Since 'specially designed' (22 CFR 120.41) is based on a catch-and-release paradigm, it is essential to understand the design pedigree and end-use platform. For the QM Magnets, the end-use platform was either provided by the original equipment manufacturer (OEM) or identified on the magnet source drawing. The end-use platform determines the USML category (i.e. USML VIII, XII, or XX) for which the respective magnets were specially designed.

Once the USML category is determined, the order of review continues, determining if the hardware is enumerated in the USML category or is export controlled by a "catch all" within the USML category. This review consists of identifying the highest level of the end-use platform, system or subsystem that incorporates the hardware. For the QM Magnets hardware, the highest level of the system or subsystem that incorporates them were identified as well as the appropriate USML control (i.e. VIII(h)(1), XII(a)(1), XX(a)(1), etc.). Part of the determination when using specially designed is to consider all the (b) paragraph releases under 22 CFR 120.41. So, when DoD testifies something is specially designed, that testimony means the items are caught under paragraph (a), and none of the (b) release paragraphs are applicable. (Note: the (b)(3) release will be address later in this document.)

Finally, the order of review continues for associated technical data (22 CFR 120.33) with the USML controlled hardware. This review consists of reviewing the USML category technical data paragraph and verifying the hardware has a related technical data control. For the QM Magnets drawings, the technical data control was identified for the USML control hardware (i.e. VIII(i), XII(f), or XX(d)).

The following was provided in my DoD expert written testimony, dated 3 Dec 23: "As an example of how the USML technical data classification was determined, PN FP24018P1 will be used. General Electric Aviation's permanent magnet, PN FP24018P1, was designed for the F/A-18 E/F Super Hornet Generator Converter Unit (GCU). The Super Hornet Aircraft is controlled by USML VIII(a)(2), Fighters, fighter bombers; while the GCU is controlled by USML

VIII(h)(1), Parts, components specially designed for the F/A-18 E/F. Since PN FP24018P1 is specially designed for the GCU, the manufactured magnet is controlled by USML VIII(h)(1) and the magnet drawing is controlled by USML VIII(i), Technical data."

What follows is the 22 CFR 120.11 Order of review, on the above part number, from my previous written testimony:  the end-use platform, as provided by the OEM, is the F/A-18 E/F Super Hornet, and it is controlled by USML Category VIII, specifically VIII(a)(2).  The F/A-18 E/F system or subsystem, that incorporates Part Number FP24018P1, is the Generator Converter Unit (GCU) and the GCU is controlled by USML Category VIII(h)(1).  USML Category(h)(1) states "Parts, components, accessories, and attachments specially designed for the" F/A-18 E/F.  The GCU and Part Number FP24018P1 are "parts and components" that are specially designed (22 CFR 120.41) for the F/A-18 E/F.  Finally, the USML Category VIII technical data control, VIII(i) states 'Technical data and defense services directly related to the defense articles described in paragraphs (a) through (h) of this category [VIII]…'  Therefore, Part Number FP24018P1 technical data, including drawings and schematics, are controlled by USML Category VIII(i).

ii. 22 CFR 120.41 Specially designed

The revised export control lists under the President's 2013 Export Control Reform (ECR) initiative rely heavily on the definition of 'specially designed,' and that definition, in turn, relies heavily on the engineering concepts of form, fit, and function.  Form, fit, and function are important to the engineering community because those are the factors that help an engineer determine whether one item is interchangeable with another item.  From a very practical sense, understanding and controlling which items are interchangeable is critically important from the standpoint of military configuration control when U.S. international policies are going well and from the standpoint of enforcing an embargo when things are not.

To correctly interpret the 22 CFR 120.41(b)(3) release criteria verbiage, there must be a common understanding of the regulation terms. The following is the 22 CFR 120.41(b)(3) verbiage:

(b) For purposes of this subchapter, a part, component, accessory, attachment, or software is not specially designed if it:

(3) Has the same function, performance capabilities, and the same or equivalent form and fit as a commodity or software used in or with a commodity that:

> (i) Is or was in production (i.e., not in development); and

> (ii) Is not enumerated on the USML;

Note:  22 CFR 120.42 provides the definition of function, performance capability, form, fit, and equivalent.

'The <u>function</u> of a commodity is the action or actions it is designed to perform.' This does not usually mean a list of one. The function includes EVERTHING it does, how it goes about doing it (e.g., internal operating fluids), and how long it must last. The function also includes the environment in which those actions are to be performed, for example, temperature, pressure, vibration, exposure to salt water, exposure to solar radiation, or exposure to nuclear radiation. For example, two actuators do not have the same function if their strokes are different.

Related to function is <u>performance capability</u>, 'the measure of a commodity's effectiveness to perform a designated function in a given environment (e.g., measured in terms of speed, durability, reliability, pressure, accuracy, efficiency.)' Thus, function is everything a commodity is designed to do, and performance capability is its effectiveness in doing them.

'The <u>form</u> of a commodity is defined by its configuration (including the geometrically measured configuration), material, and material properties that uniquely characterize it.' In short, the form is the overall physical characteristics of the commodity including mass. Differences in form are not always visually apparent. For example, a commodity could be machined out a billet of material, it could be cast or it could be forged. They all have different material properties and thus different forms.

'The <u>fit</u> of a commodity is defined by its ability to physically interface or connect with or become an integral part of another commodity.' It is important to clarify that form and fit are different. Thus, this definition should be interpreted as 'The fit of a commodity is defined by its ability to physically interface or connect with or become an integral part of another commodity WITHOUT CHANGING THE OVERALL FORM.'

Lastly, 'With respect to a commodity, '<u>equivalent</u>' means its form has been modified solely for fit purposes.' For example, if something has to be cut in half to fit inside a box, this is not a change to fit, but rather a change to form. Recalling fit has its roots in determining interchangeability, modifying fit, for example, might include changing the size or location of mounting holes or changing connecting threads from English units to metric; but it does not include changing the overall size, shape or mass of the commodity.

Note: the (b)(3) release verbiage uses the conjunctive word 'and.' All conditions must be met for export control release; and if one condition is not met, then the release is not applicable.

Regarding the QM Magnets in this case, 120.41(b)(3) cannot be used when the form, i.e, the overall size, is different. 22 CFR 120.42(a) Form states, "The form of a commodity is defined by its configuration (including the ***geometrically measured configuration***), material, and material properties that uniquely characterize it." The QM Magnet forms are different from all known commercial-off-the-shelf (COTS) magnets, with comparable functionality. If the forms are different, (b)(3) is not satisfied, since not all conditions have been met. Therefore, since the QM Magnet forms are different, all the QM Magnets are specially designed defense articles controlled by the USML, as well as any related technical data.

BURTON.STE   Digitally signed by
VEN.B.10475  BURTON.STEVEN.B.10
61775          47561775
                 Date: 2024.01.22
                 08:55:36 -05'00'