UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-88-DJH

PHIL PASCOE (1),
SCOTT TUBBS (2),
MONICA PASCOE (3), and
QUADRANT MAGNETICS, LLC (4),     Defendants.

\* \* \* \* \*

## ORDER

Defendants' recent reply in support of their motion in limine included an exhibit that failed to upload correctly. (Docket No. 119-2) Defendants have resubmitted the exhibit. (D.N. 120) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the Clerk of Court shall **REPLACE** the partial exhibit (D.N. 119-2) with the complete document (D.N. 120) and **STRIKE** the separate docket entry for the corrected document (D.N. 120) from the record of this case.

February 14, 2024

David J. Hale, Judge
United States District Court

1