UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:22-CR-88-DJH |
| | *Filed Electronically* |
| QUADRANT MAGNETICS, LLC et al. | DEFENDANTS |

NOTICE OF ENTRY OF APPEARANCE

Trial Attorney Leslie Esbrook hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
Counterintelligence and Export Control Section
National Security Division


*/s/ Leslie Esbrook*
Leslie Esbrook
Trial Attorney
950 Pennsylvania Ave., NW
Washington, DC 20530
202.616.3321
leslie.esbrook@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On February 23, 2024, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel for the Defendants.

*/s/ Leslie Esbrook*_____
Trial Attorney