## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**United States of America**

**v.**

**Quadrant Magnetics LLC et al.**

**No. 3:22-CR-88-DJH**

### DEFENDANTS' JOINT PROPOSED *VOIR DIRE*

Defendants Quadrant Magnetics LLC ("Quadrant"), Phil Pascoe, Scott Tubbs, and Monica Pascoe (collectively, "Defendants") hereby request the following proposed statement of the case be read and *voir dire* questions be asked of the jury panel during *voir dire*. Defendants reserve the right to supplement their proposed *voir dire*, delete question or areas of inquiry from this proposed voir dire, or otherwise modify this proposed *voir dire*.

Defendants further request that the Court permit brief attorney-conducted *voir dire* of the jury panel because it would allow for questioning based on more intimate knowledge of the facts and the issues that will be presented at trial. Additionally, such attorney-conducted *voir dire* would permit follow-up questions to individual panel members based upon answers provided in response to the Court's questions. A short *voir dire* by the attorneys assures all parties the opportunity to select a fair jury in this case.

### STATEMENT OF THE CASE

This is a criminal case brought by the U.S. Department of Justice against the Defendants Phil Pascoe, Scott Tubbs, Monica Pascoe, and Quadrant Magnetics LLC, or Quadrant for short. Phil Pascoe, Scott Tubbs, and Monica Pascoe are Quadrant employees who live in the Louisville area. Quadrant is a technical and engineering company headquartered in Louisville, Kentucky.

Quadrant has a business relationship with a company, X-MAG, that is based in Hangzhou, China. Quadrant and X-MAG produce magnets for several industries, including consumer electronic devices, including iPhones; electric vehicles; wind turbines; appliances; medical devices; and motors. In roughly the 2012 to 2018 timeframe, among Quadrant's business customers were GE Aviation and General Dynamics, who held contracts with the U.S. Department of Defense. Quadrant supplied magnets to GE Aviation and General Dynamics.

The Government alleges that the Defendants illegally emailed technical drawings of various magnets to China without first obtaining a license from the U.S. Department of State, in violation of the International Traffic in Arms Regulations, or ITAR. The Government further alleges that the Defendants committed wire fraud against GE Aviation, General Dynamics, and the Department of Defense by illegally concealing China as the source of the magnets, which Defendants then supplied to a military contractor. The Government also alleges that the Defendants conspired to violate the ITAR and commit wire fraud.

Defendants strongly dispute these allegations and have pled not guilty to all of the charges. First, Defendants argue that none of the magnets at issue in the case were subject to the ITAR. A magnet is not on the ITAR if it has a "commercial equivalent," that is, if there's another magnet with the same performance and that has an equivalent form and fit. Defendants respond that the government has failed to establish that no commercial equivalents had ever existed anywhere in the world at the time of the transfers, so it was never illegal to email drawings of the magnets in the first place. Second, Defendants argue that they did not defraud anyone. Defendants say that they did not violate their contracts with their customers, and they were open and transparent with Quadrant's customers about the magnets' relationship to China and disclosed that information to them. Third, Defendants argue that the law requires them to have broken the law willfully, and

they did not email the drawings in willful violation of federal law. Defendants say that the ITAR rules are highly technical and confusing and the magnets are just common, ordinary magnets that are used in all sorts of things; they are not themselves high-tech, classified military equipment that would put them on notice that it would be illegal to export them.

## PROPOSED *VOIR DIRE*

### Knowledge of the Parties/Potential Witnesses

1.   The individual defendants in this case are Phil Pascoe, Monica Pascoe, and Scott Tubbs. Do you personally know any of these individuals? Do you know any relatives of the defendants?

2.   Quadrant Magnetics LLC, which is a local company, is also a defendant in this case. Has anyone ever heard of Quadrant Magnetics LLC?

3.   Have you, a relative, or a close friend ever worked for Quadrant Magnetics LLC?

4.   Does anyone know the Judge or attorneys involved in this matter?

5.   The following individuals may be called as witnesses in this case *(the defense requests that the Court read the witness lists)*. Do you know or are you familiar with any of the individuals whose names were just read? If so, which of the potential individuals do you know?

6.   This case has received local media attention. Has anyone heard or read anything about this case? What have you heard or read?

7.   Have you heard or read about this case on social media, such as Facebook, Twitter, Reddit, Instagram, etc.?

### Burden of Proof/Presumption of Innocence

1.   Does anyone think that if a person is charged with a crime, he or she must have done something wrong?

2.   Does anyone have any religious or philosophical beliefs that would make it difficult for you to be a juror?

3.   The government is the accuser, and the defendants are innocent and remain innocent unless that government can back up its accusations with evidence that proves to you beyond a reasonable doubt that the defendants are guilty.

3

Does everyone agree to abide by this? Does anyone feel that placing such a heavy burden on the government is unfair?

4.    Do you strongly believe that regardless of what the law may be, a defendant in a criminal trial should always be required to produce evidence to prove that he or she is not guilty?

5.    Do you think that the government only rarely criminally prosecutes people who are innocent?

6.    It is important to remember that the government must prove its case against *each* individual defendant and the company. If you find that the government has met its burden for one individual, you cannot simply assume guilt for the other defendants. Do you understand that you must consider the evidence in this case independently for each defendant? Would you be able to listen to the evidence in this case and make a separate determination for each defendant? Do you understand that finding one defendant guilty does not mean you must find all the defendants guilty?

7.    Individuals and corporations are to be treated equally and are entitled to a fair and impartial trial based on the same legal standard. Do you have any personal feelings that would prevent you from treating a corporation equally to an individual?

8.    There are multiple charges in the indictment. Does anyone believe based solely on the fact that the defendants face multiple charges that this is an indication of guilt? That it, if a defendant committed one offense, it must have committed the others or vice versa?

9.    How many of you would feel it would be necessary to hear from the individual defendants in order to find them not guilty of the charges that have been brought against them?

10.   How many of you would believe that Mr. Pascoe, Mrs. Pascoe, and/or Mr. Tubbs have something to hide if they don't take the stand?

11.   Do you think that nearly all corporate executives would break the law if they thought they wouldn't get caught?

12.   Do you believe that legal regulations are almost always completely clear to companies and their executives?

13.   Do you think that when a company and its executives break a law, they always do so on purpose?

14.     Do you think that even if the government must show that someone knowingly broke the law, they should be found guilty even if they just made a mistake or should have been more careful?

**China and Foreign Entities**

1.     Have you ever lived abroad? Have you ever lived in China?

2.     Do you have any relatives or close friends who have lived in China?

3.     Have you ever visited China for work or pleasure?

4.     Have you ever been employed by a company that works closely with Chinese suppliers and/or manufacturers?

5.     Have you ever held a job position where you worked with others (either individuals or companies) outside the United States?

6.     Do you speak any foreign languages? What about Mandarin, Cantonese, or Hunanese?

7.     Will you be suspicious of the defendants because they have conducted business with a Chinese company?

8.     Do you believe American companies and citizens should not conduct business with China?

**Demographics/Employment/Background/Jury Service**

1.     Do you have any experience studying or working with magnets? Specialty metals? Rare earth minerals?

2.     Are you an engineer or scientist? Of what kind?

3.     Do you, or to your knowledge, any member of your family or close friends, have experience working with trade secrets or other confidential information?

4.     Do you have any experience working with technical data regulated by the U.S. government? What about defense articles?

5.     Have you or either your present or past employer ever done business with the U.S. military? Have you or either your present or past employer ever done business with private military contractors?

5

6.       Does anyone own their own business?

7.       Is anyone a manager or supervisor of employees?

8.       Have you or any close friends or relatives ever been employed by any branch of the United States military (i.e. the Navy, Marines, Army, Coast Guard, etc.)? If so, what job(s) did you, your relative, or your close friend have (now or in the past)?

9.       Have you or any close friends or relatives ever been employed by or otherwise affiliated with any state or federal law enforcement agencies or organizations, i.e., the police, FBI, Department of Homeland Security, etc.?

10.     Have any of you, a relative, or a close friend ever worked for the federal government or for a state or local government? If so, what job(s) did you, your relative, or your close friend have (now or in the past)?

11.     Have any of you, a relative, or a close friend ever worked in the legal profession? If so, what job(s) did you, your relative, or your close friend have (now or in the past)?

12.     The government may call witnesses who are agents of the state and federal governments. Does the fact that any individuals are employed as agents by the United States Government cause you to believe that solely because of their employment they are more credible or more believable than other witnesses, and that their testimony is to be given greater weight than the testimony of the witnesses who are not law enforcement officers?

13.     The government may show documents prepared by agents of the state or federal governments. Does the fact that these documents were generated by individuals employed by a state or federal government cause you to believe that those documents are more credible or more believable than documents generated by other people or businesses, and that those documents should be given greater weight than documents generated by other people or businesses?

14.     Has anyone ever served on a jury before, including a grand jury? Criminal or civil? What was the result? Were you the foreperson?

15.     Is there anything about your experience as a juror that would make you not want to serve again or affected your opinion about the judicial system?

16.     Have you ever been a witness in a lawsuit? What was it about? Did you testify?

17.     Has anyone had any prior contact with the criminal justice system, whether as a defendant, victim, witness, or other participant (such as law-enforcement member or court employee)? What was your experience? What happened?

18.     Do you hold a negative opinion of criminal defense attorneys?

19.     Has anyone had any prior contact with the legal system, such as civil litigation, divorce actions, workers' compensation, and in what context (such as plaintiff, defendant, witness)? What was your experience? What happened?

20.     This trial is expected to last two weeks. Would serving on this jury create any hardships for you?

21.     Does anyone have any medical problems that might affect your jury service?

22.     Does anyone have any problem with hearing, eyesight or any other physical difficulty which would make it difficult for you to hear or see the evidence presented at trial?

Respectfully submitted,

*/s/ Kayla M. Campbell*
Kent Wicker
Kayla M. Campbell
323 W. Main Street, 11th Floor
Louisville, KY 40202
(502) 780-6185
kent@wickerbrammell.com
kayla@wickerbrammell.com
*Counsel for Phil Pascoe*

*/s/ Scott C. Cox (with permission)*
Scott C. Cox
Scott Coleman Cox II
Cox & Mazzoli, PLLC
600 W. Main Street
Suite 300
Louisville, KY 40202
(502) 589-6190
CoxECF@aol.com
ccox@600mainlaw.com
*Counsel for Monica Pascoe*

*/s/ Patrick Renn (with permission)*
Patrick Renn
600 W Main Steet, Suite 100
Louisville, KY 40202
(502) 540-1231
prenn@600westmain.com
*Counsel for Scott Tubbs*

*/s/ John Brownlee (with permission)*
John L. Brownlee
William F. Gould
Timothy J. Tayor
Caitlin A. Eberhardt
Holland & Knight LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
(703) 720-8600
john.brownlee@hklaw.com
william.gould@hklaw.com
timothy.taylor@khlaw.com
caitlin.eberhardt@hklaw.com
*Counsel for Quadrant Magnetics LLC*

8

**<u>Certificate of Service</u>**

I hereby certify that a copy of the foregoing has been served upon all parties by electronic filing this 26th day of February, 2023.

*<u>/s/ Kayla M. Campbell</u>*
Kayla M. Campbell