UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                                            CRIMINAL ACTION NO. 3:22-CR-00088-DJH

PHIL PASCOE
SCOTT TUBBS
MONICA PASCOE
QUADRANT MAGNETICS LLC                                          DEFENDANTS

| EXHIBIT LIST OF THE UNITED STATES OF AMERICA *(Electronically filed)* |||
|---|---|---|
| EXH NO. | DESCRIPTION | BATES/QM NO. |
| 1 | Packet for PN 03-052317-01 | USA-070543-070558 |
| 2 | GIDEP Problem Advisory PN 36B423718P1, dated August 25, 2017 | USA-070559 |
| 3 | GIDEP Problem Advisory PN FP24018, dated August 25, 2017 | USA-070560 |
| 4 | Tubbs letter regarding GEAS, dated August 7, 2017 | USA-070561 |
| 5 | Packet for PN 1500P-1002 | USA-070562-070578 |
| 6 | Packet for PN 1500B-1102 | USA-070579-070596 |
| 7 | Packet for PN 6000U-1002 | USA-070597-070656 |
| 8 | Packet for PN 100101 | USA-070657-070677 |
| 9 | Email from Phil Pascoe to Jane Gu, dated November 20, 2017 | QM05009345 |
| 10 | Packet for PN 3703D-1012 | USA-070682-070695 |
| 11 | Email from Phil Pascoe to Pierce Hackett and Scott Tubbs regarding "Material COO, CN/156", dated March 12, 2018 | USA-070686-070701 |
| 12 | Email from Scott Tubbs to Phil Pascoe, dated August 5, 2009 | QM0014653 |
| 13 | Summary Chart with ITAR emails from Phil Pascoe to Jane Gu | USA-070709 |
| 14 | Email regarding, "may not leave US due to ITAR/DFAR regulations", dated August 26, 2013 | QM031953 |
| 15 | ITAR renewal email from Scott Tubbs to John Wang, dated October 26, 2016 | QM0187374 |
| 16 | ITAR confirmation from DOS | QM0556068 |
| 17 | Approved ACH $2,500 payment confirmation | QM0556069 |

| | | |
|---|---|---|
| 18 | DOS records for registration with ITAR | USA-070719-070739 |
| 19 | DOS DS-2032 Statement of Registration for Quadrant Solutions, dated November 29, 2016 | USA-070740-070752 |
| 20 | Email from Phil Pascoe to Cody Sun sending 36B423718P1, dated January 17, 2007 | QM0006163 |
| 21 | Email from Phil Pascoe to Cody Sun with 36B423718P1 containing ITAR warning, dated February 19, 2010 | QM00018010 |
| 22 | PO 13832 release GE Aviation 36B423718P1 from Phil Pascoe to Cody Sun and forwarded to Kim Morrison, dated February 6, 2017 | QM0024575 |
| 23 | Forward to Kim Morrison and Kevin Fautz PO 14617 GE Aviation 36B423718P1, dated February 6, 2017 | QM0028202 |
| 24 | Email from Phil Pascoe to Jane Gu and Cody Sun with tech data for 36B423718P1, dated February 6, 2017 | QM0508501 |
| 25 | Forward to Kim Morrison for PO 14731 for 36B423718P1, dated June 5, 2017 | QM0044122 |
| 26 | Email from Phil Pascoe to Jane Gu and Cody Sun with technical data 36B423718P1, dated June 5, 2017 | QM0508997 |
| 27 | Email from Jane Gu to Phil Pascoe regarding delivery of 36B423718P1, dated June 6, 2017 | QM0514773 |
| 28 | Email from Phil Pascoe to Jane Gu with PO14731, dated June 6, 2017 | QM0514774 |
| 29 | Email from Jane Gu to Phil Pascoe regarding PO14731 | QM0514779 |
| 30 | Email from Phil Pascoe to Scott Tubbs, Jeff Moore, and Pierce Hackett regarding, "We are supply chain", dated August 22, 2017 | QM0512084 |
| 31 | Email from Scott Tubbs to Phil Pascoe, Pierce Hackett, and Kim Moore regarding, "FW: FP24018P1 Magnets 1", dated September 13, 2017 | QM0596763 |
| 32 | Email from Scott Tubbs to Pierce Hackett regarding, "Fwd: po 900105592", dated August 9, 2017 | USA-025563 |
| 32A | Packing slip to GE Aviation from Quadrant Magnetics regarding FP24018P1, dated August 7, 2017 (email attachment) | USA-025564 |
| 33 | Teleconference with GE Aviation and Quadrant Magnetics regarding "Key Questions to be answered", scheduled for August 8, 2017 | USA-025568 |
| 34 | Email from Phil Pascoe to Pierce Hackett and Scott Tubbs regarding, "GE Aviation FP24018P1", dated August 7, 2017 | USA-025621 |

| 35A | QM-WI-1064 packing.pdf (email attachment) | USA-025622 |
|---|---|---|
| 35B | FP24018P1.pdf (email attachment) | USA-025623 |
| 35C | PO# 13831 FP24018P1 1000 pcs. 3-20-15.pdf (email attachment) | USA-025624 |
| 35D | TSFP24018P1 Rev C.pdf (email attachment) | USA-025625 |
| 36 | Email from Phil Pascoe to Jane Gu and Cody Sun, regarding, "FW: po13157 release Axsys/GD 1500P-1002 COST UPDATE RFQ2445, dated January 10, 2018 | QM0524136 |
| 36A | QM_141110-1_rfq2445_1500P-1002 (email attachment) | QM0524137 |
| 36B | 1500P-1002 Rev F (email attachment) | QM0524138 |
| 37 | PM/DDTC Technical Data Certification Form for Document Name 1500P-1002, dated October 15, 2020 | USA-062069 |
| 38 | United States Department of State Commodity Jurisdiction Determination for Drawing 1500P-1002, dated June 6, 2021 | USA-001074-001075; USA-002971 |
| 39 | Revised United States Department of State Commodity Jurisdiction Determination for Drawing 1500P-1002, dated August 8, 2021 | USA-048238-048239 |
| 40 | Image of periscope used on submarine | |
| 41 | Email from Phil Pascoe to Jane Gu and Cody Sun regarding, "FW: po13955 release Axsys 10500B-1022 COST update 12/19/17", dated December 19, 2017 | QM0503604 |
| 41A | 10500B-1022-B.PDF (email attachment) | QM0503605 |
| 42 | Email from Monica Pascoe to Phil Pascoe regarding, "GD PO 14893" | QM0272771 |
| 42A | PO_PO14893_from_Quadrant_Magnetics_160580 (email attachment) | QM0272772 |
| 43 | Email from Phil Pascoe to Jane Gu and Cody Sun regarding, "po14893 release Axsys / GD 10500B-1022", dated December 20, 2017 | QM0509371 |
| 43A | PO_PO14893_from _Quadrant_Magnetics_160580.pdf (email attachment) | QM0509372 |
| 43B | 10500B-1022-B.PDF (email attachment) | QM0509373 |
| 44 | Email from Ethel Yang to Monica and Phil Pascoe regarding, "X-mag weekly PO status_1.15", dated January 15, 2018 | QM0267015 |
| 44A | X-Mag weekly PO status_1.15 (email attachment) | QM0267016 |
| 45 | PM/DDTC Technical Data Certification Form for Document Name 10500B-1022, dated October 15, 2020 | USA-062061 |

| 46 | United States Department of State Commodity Jurisdiction Determination for Drawing 10500B-1022, dated July 1, 2021 (CJ0003928) | USA-001078-001079 |
|---|---|---|
| 47 | Image of Raytheon's AAQ-27A Mid-Wavelength Infrared imaging system | |
| 48 | Email from Phil Pascoe to Jane Gu and Cody Sun regarding, "po14797 release Axsys 6000U-1002", dated August 16, 2017 | QM0509155 |
| 49 | PO_PO14797_from_Quadrant_Magnetics_97972.pdf (email attachment) | QM0509156 |
| 50 | 6000U-1002 rev C.PDF (email attachment) | QM0509157 |
| 51 | QM_170516-1_RFQ1566_6000U-1002 Rev B.PDF (email attachment) | QM0509158 |
| 52 | Email from Phil Pascoe to Jane Gu and Cody Sun regarding "po14926 release Axsys / GD 6000U-1002, dated January 31, 2018 | QM0525982 |
| 52A | 6000U-1002 rev C.PDF | QM0525983 |
| 52B | PO_PO14926_from_Quadrant_Magnetics_239060 | QM0525984 |
| 53 | Email from Ethel Yang to Monica Pascoe, Phil Pascoe, Cody Sun, Lisa Xue, Jane Gu, Nancy Bi, and Ada Chen regarding, "QM PO Status – weekly updates (X-mag)-3.19 (2018, dated March 19, 2018 | QM0267122 |
| 54 | X-mag weekly PO status_3.19.xlsx (email attachment) | QM0267123 |
| 55 | Email from Phil Pascoe to Jane Gu and Cody Sun regarding, "FW: po14926 release Axsys / GD 6000U-1002 Cost update 4/10/18", dated April 10, 2018 | QM0524395 |
| 55A | QM_170516-1_RFQ1566_6000U-1022 Rev B.PDF (email attachment) | QM0524396 |
| 55B | Copy of 6000U-1002 (01ENG-001 – 6000U-1002 – 1 -C - 1).pdf (email attachment) | QM0524397 |
| 56 | Email from Phil Pascoe to Jane Gu and Cody Sun regarding, "po15036 release Axsys / GD 6000U-1002, dated June 7, 2018 | QM0526277 |
| 56A | PO_PO15036_From_Quadrant_Magnetics_402804.pdf (email attachment) | QM0526278 |
| 56B | 6000U-1002 rev C.PDF (email attachment) | QM0526279 |
| 57 | Email from Ada Chen to Monica Pascoe, Phil Pascoe, Cody Sun, Lisa Xue, Jane Gu, and Nancy Bi regarding, "QM PO status – weekly updates (X-mag)-7.9 (2018), dated July 9, 2018 | QM0267349 |

| | | |
|---|---|---|
| 57A | X-mag weekly PO status_7.9..xlsx (email attachment) | QM0267350 |
| 58 | Email from Phil Pascoe to Jane Gu regarding, "po15036 release Axsys / GD 6000U-1002", dated June 7, 2018 | QM0526277 |
| 58A | PP_PO15036_from_Quadrant_Magnetics_402804 (email attachment) | QM0526278 |
| 58B | 6000U-1002 rev C (email attachment) | QM0526279 |
| 59 | Email from Phil Pascoe to Jane Gu and Cody Sun regarding, "po15156 release Axsys / GD 6000U-1002", dated October 25, 2018 | QM0526443 |
| 59A | PO_PO15156_from_Quadrant_Magnetics_588696 (email attachment) | QM0526444 |
| 59B | 6000U-1002 (email attachment) | QM0526445 |
| 60 | PM/DDTC Technical Data Certification Form for Document Name 6000U-1002, dated October 15, 2020 | USA-062064 |
| 61 | United States Department of State Commodity Jurisdiction Determination for Drawing 6000U-1022, dated July 1, 2021 (CJ0003928) | USA-001078-001079 |
| 62 | Image of Raytheon's Multi-Spectral Targeting System | |
| 63 | Email from Pierce Hackett to Monica Pascoe regarding "FW: PO# P26757 per PN 6000U-1002 QUADRANT MAGNETICS", dated January 29, 2018 | QM0261609 |
| 64 | Emailed sales order PO 26757 from Pierce Hackett to Phil Pascoe, dated March 14, 2018 | QM0262595 |
| 65 | Email from Phil Pascoe to Pierce Hackett, Scott Tubbs, and Monica Pascoe regarding PO 26757 | QM0262611 |
| 66 | Email from Pierce Hackett to Monica Pascoe regarding PO 27011, dated March 14, 2018 | QM0269693 |
| 67 | Email from Pierce Hackett to Monica Pascoe regarding PO 27442, dated June 6, 2018 | QM0269719 |
| 67A | QKY2128GD (2) (email attachment) | QM0269720 |
| 67B | QKY1566GD (3) (email attachment) | QM0269721 |
| 67C | Purchase Order_1578021 (email attachment) | QM0269722 |
| 67D | QM_180411-2_rfq2128_11375B-1002 Rev A (email attachment) | QM0269723 |
| 67E | 11375B-1002 (email attachment) | QM0269724 |
| 67F | QM_180411-3_RFQ1566_6000U-1002 Rev B (email attachment) | QM0269725 |
| 67G | Copy of 6000U-1002 (01ENG-001 – 6000U-1002 -1 -C – 1) (email attachment) | QM0269726 |

| | | |
|---|---|---|
| 68 | Email from Pierce Hackett to Monica Pascoe regarding PO 28173 PN 6000U-1002 GD Terms and Conditions | QM0269760 |
| 69 | Email from Pierce Hackett to Phil Pascoe, Scott Tubbs, and Monica Pascoe regarding P26757 per PN 6000U-1002 shipping info, dated March 21, 2018 | QM0270909 |
| 70 | Spreadsheet RFQ Questionnaire, dated June 18, 2014 | QM0430545 |
| 71 | Email from Pierce Hackett to Phil Pascoe, Scott Tubbs, and Michelle Qian regarding RFQ KY 1566 PN 6000U-1002, dated June 18, 2014 | QM0430546 |
| 72 | Email from Phil Pascoe to Jane Gu and Cody Sun regarding "FW: po14926 release Axsys / GD 6000U-1002 Cost update 4/10/18", dated April 10, 2018 | QM0524395 |
| 72A | QM_170516-1_RFQ1566_6000U-100 Rev B (email attachment) | QM0524396 |
| 72B | Copy of 6000U-1002 (01ENG-001 – 6000U-1002 – 1 -C – 1) (email attachment) | QM0524397 |
| 73 | Email from Phil Pascoe to Pierce Hackett, Scott Tubbs, and Monica Pascoe regarding "RE: PO# P26757 per PN 6000U-1002 QUADRANT MAGNETICS", dated March 21, 2018 | QM0528599 |
| 74 | Email from Pierce Hackett to Phil Pascoe and Scott Tubbs regarding "RFQ KY1566 P/N 6000U-1002 – GENERAL DYNAMICS", dated April 10, 2018 | QM0531062 |
| 75 | QM_170516-1_RFQ | QM0531063 |
| 76 | Copy of 6000U-1002 (01ENG-01 - 6000U-1002 - 1 - C -1) (email attachment) | QM0531064 |
| 77 | Quote to GD 6000U-1002, dated June 7, 2018 | QM0617074 |
| 78A | Order for Supplies or Services regarding N0016418P0166 | USA-105170-105181 |
| 78B | FPDS Contract Summary regarding N0016418P0166 | USA-104949-104951 |
| 78C | Contract Closeout regarding N0016418P0166, dated December 12, 2018 | USA-104948 |
| 79A | Order for Supplies or Services regarding N0016418P0551 | USA-104952-104970 |
| 79B | FPDS Contract Summary regarding N0016418P0551 | USA-104991-104993 |
| 79C | Contract Closeout regarding N0016418P0551 | USA-104971 |
| 80 | Email from Phil Pascoe to Jane Gu and Cody Sun regarding, "po14875 release Axsys / GD 100101", dated November 20, 2017 | QM0509345 |
| 80A | PO_Po14875_from_Quadrant_Magnetics_78028 (email attachment) | QM0509346 |
| 80B | 100101-B (email attachment) | QM0509347 |

| | | |
|---|---|---|
| 81 | Email from Monica Pascoe to Phil Pascoe regarding, GD PO 14970", dated March 16, 2018 | QM0524887 |
| 81A | PO_PO14970_from_Quadrant_Magnetics_333136 | QM0254888 |
| 82 | Email from Ethel Yang to Monica Pascoe, Phil Pascoe, Cody Sun, Lisa Xue, Jane Gu, Nancy Bi, Ada Chen regarding, "QM PO status – weekly updates (X-mag)-4.16 (2018), dated April 16, 2018 | QM0267180 |
| 82A | X-mag weekly PO status_4.16 (email attachment) | QM0267181 |
| 83 | PM/DDTC Technical Data Certification Form for Document Name 100101, dated October 15, 2020 | USA-062072 |
| 84 | United States Department of State Commodity Jurisdiction Determination for Drawing 100101, dated July 1, 2021 (CJ0003928) | USA-001078-001079 |
| 85 | Image of Raytheon's AAQ-27A Mid-Wavelength Infrared Imaging System | |
| 86 | Email from Phil Pascoe to Jane Gu and Cody Sun regarding, "rfq2230 Axsys 3730D-1012", dated December 12, 2016 | QM0495405 |
| 86A | QM_130619-2_RFQ2230_3730D-1012 Rev D.PDF (email attachment) | QM0495406 |
| 86B | 3430D-1012.pdf (email attachment) | QM0495407 |
| 87 | Email from Monica Pascoe to Phil Pascoe regarding, "GD PO 14907", dated January 16, 2018 | QM0273296 |
| 88 | PO_PO14907_from_Quadrant_Magnetics_128064 | QM0273297 |
| 89 | Email from Ethel Yang to Monica Pascoe and Phil Pascoe regarding, "QM PO status – weekly updates (X-mag)-2.5 (2018) | QM0267065 |
| 89A | X-mag weekly PO status_2.5 (email attachment) | QM0267066 |
| 90 | Email from Monica Pascoe to Phil Pascoe, Scott Tubbs, and Pierce Hackett regarding, "GD Item List", dated March 12, 2018 | QM0274772 |
| 90A | GDG Item List.xlsx (email attachment) | QM0274773 |
| 91 | Email from Phil Pascoe to Pierce Hackett and Scott Tubbs regarding, "COO and Axsys review SmCo", dated March 12, 2018 | QM0523252 |
| 91A | SmCo itar DPAS review.xlsx (email attachment) | QM0523253 |
| 92 | Email from Phil Pascoe to Jane Gu and Cody Sun for PN 100101, dated June 30, 2015 | QM0449794 |
| 93 | Email from Pierce Hackett to Scott Tubbs and Phil Pascoe costing for PN 100101, dated April 14, 2015 | QM0465162 |

| 94 | Email from Phil Pascoe to Jane Gu and Cody Sun for PN 100101, dated October 14, 2016 | QM0482412 |
|---|---|---|
| 95 | Email Quadrant Magnetic Status Weekly Updates from Jane Gu, dated November 14, 2016 | QM0483404 |
| 96 | Email from Phil Pascoe to Jane Gu and Cody Sun regarding update for PN 100101 technical data, dated November 16, 2017 | QM0503746 |
| 97 | Email from Phil Pascoe to Jane Gu and Cody Sun with PN 100101 technical data, dated November 20, 2017 | QM0509345 |
| 98 | Email from Pierce Hackett to Phil Pascoe and Scott Tubbs regarding PN 100101, dated November 15, 2017 | QM0518741 |
| 99 | Raytheon Contract SPRA1-14-G-001X-1074, July 2017 | USA-104995-105020 |
| 100 | Raytheon Contract SPRA1-14-G-001X-1074 – Mod 1A, January 2019 | USA-105021 |
| 101 | Contract Closeout SPRPA1-14G-001X-1074, July 2019 | USA-104994 |
| 102 | FPDS Contract Summary SPRPA1-14G-001X-1074, July 2017 | USA-105023-105025 |
| 102 | DDTC Registration Letter to Chris Moore, dated December 12, 2012 | USA-000419-000420 |
| 104 | Email from Scott Tubbs to Brian Mehrshahi and Pierce Hackett regarding, "Quadrant Magnetics – ITAR Registration - #M31748", dated February 27, 2013 | USA-000249 |
| 105 | ITAR Confirmation, dated June 3, 2013 | USA-000001 |
| 106 | Email exchange between Monica Scott, Scott Tubbs, and John Wang regarding, "RE: ITAR Renewal", dated October 26, 2016 | QM0556074 |
| 107 | Email exchange between Scott Tubbs and John Wang regarding, "ACH Wire Payment for QS ITAR renewal", dated November 28, 2016 | QM0556068 |
| 107A | ITAR Renewal Payment ACH Confirmation 11282016 (email attachment) | QM0556069 |
| 108 | DS-2032 Statement of Registration, Quadrant Solutions, Inc., signed November 29, 2016 | USA-000286-000290 |
| 109 | Electronic Forms Submission Receipt, dated November 29, 2016 | USA-000291 |
| 110 | Approve ACH Transaction – Confirmation, dated November 28, 2016 | USA-000292 |
| 111 | DDTC Registration Letter to Scott Tubbs, dated December 15, 2016 | USA-000293- 000294 |

| | | |
|---|---|---|
| 112 | DDTC email exchange with Scott Tubbs regarding registration renewal, from October 2016 to January 2017 | USA-000295- 000296 |
| 113 | Letter from Scott Tubbs to Jay Babler dated August 7, 2017 | USA-046993 |
| 114 | Certified copy of forensic exam from search of Quadrant Magnetics in 2018 | |
| 115 | Certified copy of 2022 Microsoft Outlook search Warrant | |
| 116 | Forensic search files from search of Quadrant Magnetics in 2018 | USA-072426 |
| 117A | Video of 2018 search of Quadrant Magnetics | USA-104312-104320 |
| 118A | Photos from 2018 search of Quadrant Magnetics | USA-104321-104535 |
| 119 | Lockheed Martin DFARS letter, dated December 7, 2015 | USA-072440 |
| 120 | GEAS Voluntary Disclosure, dated September 6, 2017 | GEAS-002-000004; USA-091724 |
| 121 | Commodity Jurisdiction (CJ 0512-17) FP24018P1 | GEAS-002-000006; USA-091726 |
| 122 | GEAS Closure Report Number 17-0000845, dated January , 2018 | GEAS-002-000002; USA-091722 |
| 123 | Commodity Jurisdiction files submitted by GEAS | USA-076856 |
| 124 | Letter of Notification from GEAS to Boeing | USA-058598 |
| 125 | PM/DDTC Technical Data Certification Forms submitted by General Dynamics and Tech Data signed by Dennis Miller | USA-062262-062268 |
| 126 | General Dynamics Data Rev 1, dated June 15, 2022 | USA-068211 |
| 127 | Quadrant Part Orders by part number | USA-071588 |
| 128 | Quadrant Projection Conversion Transfers | USA-071589 |
| 129 | GDOTS Checks to Quadrant Magnetics | GDOTS_000012503-12528; USA-07268-070293 |
| 130 | Spreadsheet of Quadrant Magnetics parts price and delivery data | USA-075404 |
| 131 | ACH Payments from General Dynamics to Quadrant Magnetics | USA-091687-091719 |
| 132 | Phil Pascoe Quadrant Magnetics letter regarding ITAR/DFAR Conformance | USA-071614 |
| 133 | GDOTS Land Systems Data Call Contract | USA-068210 |
| 134 | GDOTS Data Rev 1.6.15-20 | USA-068211 |
| 135 | Certificate of Authenticity regarding various Excel spreadsheets and drawings relating to General Dynamics Ordinance and Tactical Systems Inc. | USA-068212 |

| | | |
|---|---|---|
| 136 | Commodity Jurisdiction Determination for Cryotel Series of Cryocoolers Models LT, MT, CT, and GT and Related Technical Data Manufactured by SunPower Inc. | USA-074628-074629 |
| 137 | PM/DDTC Technical Data Certification Form, signed by Sonya Bishop on June 30, 2020 | USA-074630-074642 |
| 138 | 2013 X-Mag Employee Organization Chart | USA-074608 |
| 139 | Organizational Chart of Sales and Marketing for Quadrant Solutions | USA-074607 |
| 140 | Materials from Hangzhou X-Mag Inc. | USA-061787-061795 |
| 141 | Quadrant Magnetics Consolidated Report Pack 2018Q4 | USA-074440 |
| 142 | Quadrant Magnetics Consolidated Report Pack 2017Q4 | USA-074436 |
| 143 | Quadrant Magnetics Consolidated Report Pack 2016Q4 | USA-074432 |
| 144 | Stock Purchase Agreement | USA-071170-071225 |
| 145 | Stock Purchase Agreement with track changes | USA-071226-071274 |
| 146 | Signed Agreement | USA-071085-071099 |
| 147 | Quadrant Magnetics 2014 filing with the Kentucky Secretary of State | USA-061878-061891 |
| 148 | X Mag International, Inc. 2013 Annual Report filing with the Kentucky Secretary of State | USA-061917-061926 |
| 149 | Certificate of Authenticity from the Kentucky Secretary of State | USA-061804 |
| 150 | Chronological Report of Transactions I for period 11/29/13 – 11/30/2020, for BB&T account ending in 4773 | USA-061782 |
| 151 | Credit Items by Source for date range 11/29/13 – 11/30/20, for BB&T account ending in 4773 | USA-061783 |
| 152 | Credit Items by Source Pie Chart for date range 11/23/13 – 11/30/20, for BB&T account ending in 4773 | USA-061784 |
| 153 | Debit Items by Payee for date range 11/29/13 – 11/30/20, for BB&T account ending in 4773 | USA-061785 |
| 154 | Debit Items by Payee Pie Chart for date range 11/29/13 – 11/30/20, for BB&T account ending in 4773 | USA-061786 |
| 155 | Email regarding submission of GIDEP, dated August 25, 2017 | USA-044243 |
| 156 | GIDEP Form 36B423718P1, dated August 25, 2017 | USA-044244 |
| 157 | GIDEP Form FP24018, dated August 25, 2017 | USA-044245 |
| 158 | Email from GE canceling purchase order 900120932 for part number FP24018P1, dated December 13, 2017 | USA-044249 |
| 159 | Email from Pierce Hackett to Pete Naud with attachments "36B423718P1".1, image003.png", dated August 15, 2017 | QM059644 |

| 160 | Email from Phil Pascoe to Electron Energy regarding ITAR materials, dated August 16, 2017 | USA-000015 |
|---|---|---|
| 160A | Attachment to Email FP24018P1-Raw | USA-000016-000017 |
| 160B | Attachment to Email 36B423718P1 | USA-000018-000019 |
| 161 | Email from Phil Pascoe to Pierce Hackett, Scott Tubbs, and Jeff Moore regarding, "Fwd: Request for Quote Quadrant Magnetics SmCo26", dated August 22, 2017 | QM0502559 |
| 162 | Email from Steve Walmer to Phil Pascoe regarding, "FW: Request for Quote Quadrant Magnetics SmCo26", dated August 22, 2017 | QM0504288 |
| 163 | Email from Pierce Hackett to Jeff Moore and Scott Tubbs regarding, "FW: expedite General Dynamics, dated July 23, 2012 | QM0177857 |
| 164 | Email from Phil Pascoe to Pierce Hackett and Scott Tubbs regarding, "GE Aviation FP24018P1", dated August 7, 2017 | QM0560785 |
| 165 | Email from Pierce Hackett to Pete Naud, Jeff Moore, and Phil Pascoe regarding, "363B423718P**1**", dated August 15, 2017 | QM0614702 |
| 165A | 36B42378P1.1.pdf (email attachment) | QM0614703 |
| 166 | Email from Pierce Hackett to Jay Babler regarding, "RE: 170504 MAGNET RFQ QUADRANT", dated July 26, 2017 | QM0614659 |
| 167 | Email from Pierce Hackett to Jay Babler and Simon Lopez regarding, "RE: 170504 MAGNET RFQ QUADRANT", dated August 3, 2017, at 3:15:55 PM | QM0614658 |
| 168 | Email from Pierce Hackett to Jay Babler and Simon Lopez regarding, "RE: 170504 MAGNET RFQ QUADRANT", dated August 3, 2017, at 4:55:16 PM | QM0614656 |
| 169 | Email from Pierce Hackett to Jay Babler and Simon Lopez regarding, "Re: 170504 MAGNET RFQ QUADRANT", dated August 3, 2017, at 5:06:12 PM | QM0614655 |
| 170 | Email from Scott Tubbs to Phil Pascoe, Pierce Hackett, and Jeff Moore regarding, "RE: FP24018P1 & 36B423718P1 Recent Escape 1", dated August 10, 2017, at 2:03:54 PM | QM0596387 |
| 171 | Email from Scott Tubbs to Phil Pascoe, Pierce Hackett, and Jeff Moore with BCC to Scott Tubbs regarding, "RE: FP24018P1 & 36B423718P1 Recent Escape 1", dated August 10, 2017, at 2:13:05 PM | QM0584401 |
| 172 | Email from Phil Pascoe to Scott Tubbs, Pierce Hackett, and Jeff Moore regarding, "RE: FP24018P1 & 36B423718P1 Recent Escape", dated August 10, 2017, at 2:30:37 PM | QM0537381 |

| | | |
|---|---|---|
| 172A | GE aviation EXPOSURE 08102017 (email attachment) | QM0537382 |
| 173 | Email from Pierce Hackett to Scott Tubbs regarding, "GE Aviation prints and specs", dated August 16, 2017 | QM0561023 |
| 173A | 36B427318P1.PDF (email attachment) | QM0561024 |
| 173B | FP24018P1.PDF (email attachment) | QM0561025 |
| 173C | Per spec. #LE3008-5 2-9-15.pdf (email attachment | QM0561026 |
| 174 | Email from Pierce Hackett to Scott Tubbs regarding, "RE: GE Aviation prints and specs", dated August 16, 2017 | QM0561030 |
| 174A | 36B423718P1 OBSO CUST. jpg (email attachment) | QM0561031 |
| 174B | FP24018P1 OBSO CUST. JPG (email attachment) | QM0561032 |
| 175 | Email from Phil Pascoe to Scott Tubbs, Pierce Hackett, and Jeff Moore regarding, "RE: FP24018P1 & 36B423718P1 Recent Escape", dated August 10, 2017 | QM0537381 |
| 175A | GE aviation EXPOSURE 08102017.pdf (email attachment) | QM0537382 |
| 176 | Email from Pierce Hackett to gidep@gidep.org regarding, "Problem Advisory Submission", dated August 25, 2017 | QM0614766 |
| 176A | 36B423718P1 GIDEP (email attachment) | QM0614767 |
| 176B | FP24018P1 GIDEP (email attachment) | QM0614768 |
| 177 | Email from Piece Hackett to Joseph Rebeck, Scott Tubbs, and Pete Naud regarding, "RE: GIDEPs", dated September 8, 2017 | QM0616265 |
| 178 | Email exchange between Phil Pascoe, Scott Tubbs, Laura Molinari, Pierce Hackett, Simon Lopez, Molly Fearnow, Katrina Nichols and Jay Babler regarding, "RE: EXT: RE: 170504 MAGNET RFQ QUADRANT", with date range of May 4, 2017 through August 7, 2017 | USA-070219-070229; QM0505115 |
| 179 | Email from Scott Tubbs to Ken Fischer, Laura Mollinari, Phil Pascoe, Pierce Hackett regarding, "Quadrant Conference Call – GE Aviation Request", dated January 2, 2018 | USA-024108 |
| 180 | Email from Ken Fischer to Scott Tubbs, Phil Pascoe, Pierce Hackett, dated January 3, 2018 | USA-024109 |
| 181A | VD 17-0000845 Magnet Jan 2018_Redacted.pdf (email attachment) | USA-024110-024111 |
| 181B | CJ 0512-17 – Final Determination (email attachment) | USA-024112-024113 |
| 182 | Email exchange between Pierce Hackett, Scott Tubbs, Laura Molinari, Molly Fearnow, Katrina Nichols, Jay Babler, Ronald Boeckman, and Simon Lopez regarding, "170504 MAGNET RFQ QUADRANT", dated August 7, 2017 | USA-025407-0251412 |
| 182A | FP24018P1 COO (email attachment) | USA-025413 |

| | | |
|---|---|---|
| 183 | Email from Phil Pascoe to Pierce Hackett and Scott Tubbs regarding "COO and Axsys review SmCo", dated March 12, 2016 | QM0523252 |
| 183A | SmCo itar DPAS review (email attachment) | QM0523253 |
| 183B | Agent review of document properties from March 12, 2016, email | USA-070236-070241 |
| 184 | Email from Phil Pascoe to Brian Mehrshahi, Jeff Moore, Michael Brand, and Scott Tubbs regarding, "RE:7730D-1002-X & 9500-1012-X, dated November 8, 2010 | QM0312971 |
| 185 | Email from Jeff Moore to Phil Pascoe and Monica Pascoe regarding, "FW: P7850", dated May, 15, 2017 | QM0352462 |
| 185A | ResultKey_51680 (email attachment) | QM0352463 |
| 185B | Procurement Terms GD (email attachment) | QM0352464 |
| 185C | QKY1912 Axsys rev 11[1] (email attachment) | QM0352465 |
| 185D | 600U-1002 rev B (email attachment) | |
| 186 | NCIS Subpoena Duces Tecum, dated March 5, 2018 | QM0275249 |
| 187 | Email from Phil Pascoe to Jane Gu and Cody Sun regarding, "FW: po13135 release Axsys/GD 300741", dated June 30, 2015 | QM0442313 |
| 187A | PO_PO13135_from_Quadrant_Magnetics_5924 | QM0442314 |
| 187B | QM_121010-2_RFQ2430_300741 Rev A | QM0442315 |
| 187C | 300741 | QM0442316 |
| 188 | PM/DDTC Technical Data Certification Form for Document Name 300741 | USA-071488-071502 |
| 189 | United States Department of State Commodity Jurisdiction Determination for Drawing 300741, dated July 1, 2021 (CJ0003928) | USA-062081 |
| 190 | Image of IAI Motor POP 300D | |

The United States reserves the right to supplement and amend this exhibit list. In addition, the United States certifies the authenticity of these exhibits.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


*S/Joshua Judd*
Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911


**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*S/Joshua Judd*
Joshua Judd
Assistant United States Attorney

14