UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                   PLAINTIFF

v.                                                                          CRIMINAL NO. 3:22-CR-00088-DJH
                                                                                         *Electronically Filed*

QUADRANT MAGNETICS, LLC,
PHIL PASCOE,
SCOTT TUBBS, and
MONICA PASCOE                                                                                             DEFENDANTS

## UNITED STATES' PROPOSED VOIR DIRE QUESTIONS

The government submits the following questions for the Court to include in its voir dire of the jury panel:

1. The Defendants are represented by the following attorneys:

   **Quadrant Magnetics, LLC**: John L. Brownlee, William F. Gould, Caitlin A. Eberhardt; Timothy Taylor;

   **Phil Pascoe**: William Hartman Brammell, Jr., Kent Wicker, Kayla M. Campbell;

   **Scott Tubbs**: Patrick J. Renn;

   **Monica Pascoe**: Scott C. Cox, Scott Coleman Cox, II, Michael R. Mazzoli.

   Does any member of the panel recognize the defendants or the attorneys representing them? If so, would that affect your ability to be a fair and impartial juror in this case?

2. Now that you know the identity of the defendants, are any of you or your family or friends associated with a defendant such that it would affect your ability to be a fair and impartial juror in this case?

3. Assistant United States Attorneys Joshua J. Judd and Christopher C. Tieke and Trial Attorneys Alexander Wharton and Leslie C. Esbrook represent the United States in this case. Do any of you know any of these attorneys?

4. If so, does that affect your ability to be a fair and impartial juror in this case?

5. Also sitting at the United States' table is FBI Special Agent Kailea A. Bogner. Do any of you know Special Agent Bogner?

6. If so, does that affect your ability to be a fair and impartial juror in this case?

7. This case was investigated by FBI, DCIS, NCIS, IRS, DOE-OIG, and IRS. Has anyone had any contact, one way or another, good or bad, with these or any other law enforcement agencies?

8. Does anyone have a history with military service or a close friend or family with military service?

9. Does anyone work for the government or have a civilian U.S. military position? How about close family members?

10. Does anyone have a job working for a U.S. Defense contractor? How about close family members?

11. Does anyone work for a company that has affiliates, subsidiaries, ownership, or suppliers in China?

12. Has anyone conducted business with Chinese owned companies?

13. There will be local law enforcement and federal agents testifying in this case. Has anyone had a good or bad experience with the United States Attorney's office, a police officer, or federal agent—even something like getting a traffic ticket you did not think you deserved—that

you think would affect your ability to listen to his or her testimony and give it the same weight as any other witness?

14. Has anyone served in law enforcement in his or her community or elsewhere? Family members?

15. Has anyone ever been the victim of crime, or do you have a friend or family member who has been the victim crime? Has anyone been the victim of fraud?

16. You likely will hear testimony from several witnesses who are government employees. Can you fairly evaluate the credibility of government witnesses by considering all available evidence in determining if those witnesses are truthful in their testimony?

17. At the end of the case, the Court will instruct you on the elements of each offense. Those are the facts that the government must prove to you beyond a reasonable doubt. That is the government's burden. Will any of you hold the government to a different burden based on your expectations or require the government to prove to you something that is not in the instructions? In other words, can you convict someone if the government has proven all the elements of the crime, but has not proven something else that you may be wondering about?

18. Do all of you understand that you must set aside any personal feelings you may have about what the law ought to be if they conflict with the law contained in the Court's instructions? Is there anyone who thinks that they will not be able to follow the law that the Court gives you in the instructions?

19. Are any of you employed by a law enforcement agency? Do you have friends or family members employed by law enforcement agencies?

20. Have you or a close friend or family member ever been arrested or charged with a crime?

21. Have you or a close friend or family member ever testified for a defendant in a criminal trial?

22. Has any member of the panel ever had a "personal interest" in the outcome of a criminal case? The term personal interest means either: (a) you made an appearance as a witness in the case; or (b) you had a close friend or relative charged with a crime. If so, what was the nature of the interest? Does this affect your ability to be a fair and impartial juror in this case?

23. Has any member of the panel been charged or convicted, or sentenced to probation for a state or federal crime regardless of whether there was a final adjudication of guilt was entered?

24. Do any of you have a family member or close friend who has been charged or convicted, or sentenced to probation for a state or federal crime?

25. Have any of you been the subject of a federal or state criminal investigation?

26. Do any of you have any case pending at this time in State Court, Federal Court, Tax Court, or with any federal agency or appeal authority?

27. Do any of you have any claim pending against the United States or any agency or department of the United States including the Internal Revenue Service at this time? If so, would that affect your impartiality in this case?

28. Do any of you have a family member, close person, or a friend who has ever sued or been sued by the United States or one of its agencies? If so, would that affect your impartiality in this case?

29. Have you or a close friend or family member ever served time in a jail or prison?

30. Have any of you ever served on a jury before?

31. If you have served on a jury before, was it a civil or criminal case?

32. If you have served on a criminal jury before, did you deliberate and reach a verdict in the case?

33. If you deliberated and reached a verdict, what was the verdict in the case?

34. If you served on either a criminal or civil jury before, did you serve as the foreperson?

35. If you served on either a criminal or civil jury before, is there anything about that experience that would prevent you from listening to the evidence in this case and bringing back a verdict based only on the evidence?

36. Do you understand that, in federal court, the punishment a defendant receives, if any, is to be imposed by the Court and your verdict must in no way be affected by your concern for what punishment would be proper?

37. Does anyone work or have a family member that works for Quadrant Magnetics, Quadrant Solutions, Quadrant International, or for a company that manufactures products in China or another foreign country? Has anyone ever done business with or otherwise interacted with any of the companies just mentioned?

38. Do you understand that the duty of the government is to prove guilt to the exclusion of a reasonable doubt, but the government is not required to prove guilt beyond all possible doubt?

39. Do you understand that a defendant on trial is entitled to a presumption of innocence but that, as with all presumptions, it may be overcome by competent evidence?

40. Do you understand the law makes no difference between direct and circumstantial evidence and the weight to be given to it; that the burden is one of proof beyond reasonable doubt? Direct evidence is simply evidence like the testimony of an eyewitness which, if you believe it, directly proves a fact. If a witness testified that he saw it raining outside, and you believed him,

that would be direct evidence that it was raining. Circumstantial evidence is simply a chain of circumstances that indirectly proves a fact. If someone walked into the courtroom wearing a raincoat covered with drops of water and carrying a wet umbrella, that would be circumstantial evidence from which you conclude that it was raining.

41. The law does not require the United States to call as witnesses all persons who may have knowledge of the matters in issue at this trial, or to produce as exhibits all papers or other items mentioned in evidence. Would anyone vote to acquit the defendant solely because the United States does not call every person who may have knowledge of the matters in issue or does not produce as exhibits all the papers and other items mentioned in the evidence?

42. Does any member of the panel have any training or experience in the metallurgy, magnetics, or engineering industry? If so, would such training or experience affect your ability to be a fair and impartial juror in this case?

43. Do any of you, because of religious, philosophical, or any other reason, feel you could not sit in judgment of the facts presented at trial and vote to return a verdict of guilty regardless of the proof in this case?

44. Do any of you have difficulty hearing, seeing, or sitting for long periods of time?

45. Do any of you have events in your life presently that would distract you or divert your attention from the testimony and evidence of this case?