UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-88-DJH

PHIL PASCOE (1),
SCOTT TUBBS (2),
MONICA PASCOE (3) and
QUADRANT MAGNETICS, LLC (4),     Defendants.

\* \* \* \* \*

## ORDER

This matter is set for a jury trial on April 1, 2024. (Docket No. 98) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a final pretrial conference on **March 14, 2024, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky. All counsel who plan to participate at trial **SHALL** attend the final pretrial conference.

February 28, 2024

David J. Hale, Judge
United States District Court