# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal No.  3:22-CR-88-DJH |
| PHIL PASCOE, *et al*. | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter is before the Court on the motion of Defendant Phil Pascoe to exclude references to Mr. Pascoe as "president" of Quadrant Magnetics. Having considered the Motion, and being otherwise well advised, it is hereby **ORDERED** that the Motion is **GRANTED**. The government is prohibited from improperly referring to Mr. Pascoe as president of Quadrant Magnetics throughout the course of the trial.

**IT IS SO ORDERED.**