UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                                                     CRIMINAL NO. 3:22-CR-88-DJH

QUADRANT MAGNETICS, LLC, et al.                              DEFENDANTS

## **ORDER**

The Court, having considered the United States' Motion *in Limine* to Exclude Expert Testimony of Thomas J. McCarthy, Defendants Quadrant Magnetics LLC, Phil Pascoe, Scott Tubbs, and Monica Pascoe having responded, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the United States' Motion *in Limine* is **GRANTED.**