To: 'Babler, Jay (GE Aviation, US)'[Jay.Babler@ge.com]; Pierce Hackett[p.hackett@quadrant.us]
From: Scott Tubbs[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=736da6250a2c4af6be149267fe7bc80e-s.tubbs]
Sent: Thur 11/2/2017 1:44:00 PM (UTC)
Subject: RE: DFARS compliance Quadrant

Jay,

All documents pertaining to GE Aviation – meaning any internal drawings, prints and instructions – have been destroyed at our facility in China.

As a reminder, all GE Aviation produced print have been held in the United States by Quadrant.

Best Regards,

Scott Tubbs
s.tubbs@quadrant.us  *** PLEASE NOTE NEW E-MAIL ADDRESS ***

VP of Sales & Marketing | Quadrant Magnetics
office: (502) 589-9650 | cell: (502) 345-5932 | 2606 River Green Circle, Louisville, KY 40206

From: Babler, Jay (GE Aviation, US) [mailto:Jay.Babler@ge.com]
Sent: Wednesday, November 1, 2017 12:48 PM
To: Pierce Hackett <p.hackett@quadrant.us>; Scott Tubbs <s.tubbs@quadrant.us>
Cc: Babler, Jay (GE Aviation, US) <Jay.Babler@ge.com>
Subject: RE: DFARS compliance Quadrant

It is 11/1. Were the documents destroyed?

Jay
616-241-8588

From: Pierce Hackett [mailto:p.hackett@quadrant.us]
Sent: Tuesday, October 10, 2017 10:06 AM
To: Babler, Jay (GE Aviation, US) <Jay.Babler@ge.com>
Cc: Scott Tubbs <s.tubbs@quadrant.us>
Subject: EXT: RE: DFARS compliance Quadrant

Jay,

Scott has instructed our facilities in China to destroy any and all documents pertaining to GE Aviation parts that have to do with the specialty metals clause, SmCo parts. These documents are internal drawings and any possible internal communication and instructions. GE Aviation drawings, prints, or other GE Aviation information was never directly released to our facilities outside of the United States to our knowledge. Destruction of these documents is an ongoing process and will be completed by 11/1/17.

Pierce Hackett | Technical Sales | Quadrant Magnetics
2606 River Green Circle | Louisville, KY 40206
O: (502) 589-9650 x117 | C: (502) 424-9040
p.hackett@quadrant.us  **PLEASE NOTE NEW E-MAIL ADDRESS**
www.quadrantmagnetics.com
QUADRANT

From: Babler, Jay (GE Aviation, US) [mailto:Jay.Babler@ge.com]
Sent: Tuesday, October 10, 2017 9:52 AM
To: Pierce Hackett <p.hackett@quadrant.us>
Cc: Scott Tubbs <s.tubbs@quadrant.us>; Babler, Jay (GE Aviation, US) <Jay.Babler@ge.com>

QM 0596778

USA-069993

**Subject:** FW: DFARS compliance Quadrant

Pierce,
Can you confirm that this has occurred?

Jay
616-241-8588

**From:** Babler, Jay (GE Aviation, US)
**Sent:** Tuesday, October 10, 2017 9:50 AM
**To:** Scott Tubbs <s.tubbs@quadrant.us>
**Cc:** Babler, Jay (GE Aviation, US) <Jay.Babler@ge.com>
**Subject:** RE: DFARS compliance Quadrant

Scott,
Do you have this confirmation of destruction?

Jay
616-241-8588

**From:** Babler, Jay (GE Aviation, US)
**Sent:** Thursday, October 05, 2017 3:06 PM
**To:** Scott Tubbs <s.tubbs@quadrant.us>
**Cc:** Babler, Jay (GE Aviation, US) <Jay.Babler@ge.com>
**Subject:** RE: DFARS compliance Quadrant

Scott,
Please send an email confirming that your colleagues in China has deleted/destroy all paper copies and electronic files.

Jay
616-241-8588

**From:** Scott Tubbs [mailto:s.tubbs@quadrant.us]
**Sent:** Thursday, October 05, 2017 10:47 AM
**To:** Babler, Jay (GE Aviation, US) <Jay.Babler@ge.com>
**Subject:** EXT: RE: DFARS compliance Quadrant

Hello Jay,

Per your email below, we will advise our colleagues in China to follow your instructions below.

FYI - While you wrote this email to Pierce and I, I see that you really didn't send it to Pierce. Not sure if that's important given my response above, but just wanted you to know this all the same.

Also, I believe that you and Pierce are working on updating the purchase order? We really need this to match what we have shipped thus far at the correct price, line item expedited premium of 200 pieces and the courier express delivery fees all previously approved. Thanks for your help on this.

Best Regards,

Scott Tubbs
s.tubbs@quadrant.us   *** PLEASE NOTE NEW E-MAIL ADDRESS ***

VP of Sales & Marketing | Quadrant Magnetics
office: (502) 589-9650 | cell: (502) 345-5932 | 2606 River Green Circle, Louisville, KY 40206

**From:** Babler, Jay (GE Aviation, US) [mailto:Jay.Babler@ge.com]
**Sent:** Thursday, October 5, 2017 8:52 AM
**To:** Pirrone, Jeff (GE Aviation, US) <Jeff.Pirrone@ge.com>; Scott Tubbs <s.tubbs@quadrant.us>
**Cc:** Babler, Jay (GE Aviation, US) <Jay.Babler@ge.com>
**Subject:** DFARS compliance Quadrant

Pierce and Scott

As you know, there is a lot of focus on DFAR compliance for magnets and specialty metals at GE. Please instruct your Chinese supplies to destroy/shred any documents or emails pertaining to magnet information that may have been supplied to them.

Let me know when you have verified that this has been completed. Call me if you have any questions

**Jay Babler** PMP
GE Aviation
Aviation Systems
Lead Sourcing Specialist
616 241 8588
jay.babler@ge.com
3290 Patterson Ave
Grand Rapids, MI 49512, U.S.A.
GE Aviation Systems LLC
GE imagination at work

The information contained in this electronic message is privileged and confidential and is intended for the use of the individual(s) named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination distribution or copying of this message is strictly prohibited. If you have received this message in error, please destroy it immediately, and notify the sender.

USA-069995