# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No.  3:22-CR-88-DJH |
| ) | |
| ) | |
| PHIL PASCOE, *et al*. ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the joint motion of Defendants Phil Pascoe, Scott Tubbs, Monica Pascoe, and Quadrant Magnetics LLC, to exclude references to any "document destruction" requested by GE Aviation. Having considered the joint Motion, and being otherwise well advised, it is hereby **ORDERED** that the Motion is **GRANTED**. The government may not enter evidence, testimony, or argument referencing or relating to GE Aviation's request that Quadrant "destroy documents" on the grounds that such evidence is not relevant to the issues at trial and unfairly prejudicial.

**IT IS SO ORDERED.**