# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **United States of America** | |
| v. | No. 3:22-CR-88-DJH |
| **Quadrant Magnetics LLC et al.** | |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Exclude Irrelevant Drawings, it is hereby **ORDERED** that the Motion is **GRANTED**. The government may not enter evidence concerning part numbers (and related drawings) other than those specifically identified in the counts of the Second Superseding Indictment. The government may not enter evidence concerning part numbers (and related drawings) for which it did not seek a commodity-jurisdiction determination.

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Judge