# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **United States of America** <br><br> v. <br><br> **Quadrant Magnetics LLC et al.** | No. 3:22-CR-88-DJH |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion *In Limine* to Exclude Evidence Related to the Quality of Quadrant's Magnets, it is hereby **ORDERED** that the Motion is **GRANTED**. The government may not introduce any evidence related to the quality of Quadrant's magnets, including evidence of tests of the magnets, evidence of investigations into the magnets' quality, or evidence of the purported need for the magnets to meet certain specifications.

### IT IS SO ORDERED.

Dated:_____

_____
United States District Judge