UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                              CRIMINAL NO. 3:22-CR-88-DJH

QUADRANT MAGNETICS, et al.                                                                 DEFENDANTS

## ORDER

The Court, having considered United States' Motion *in Limine* to Exclude Evidence of Charging Decisions, Defendants Quadrant Magnetics LLC, Phil Pascoe, Scott Tubbs, and Monica Pascoe having responded, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the United States Motion *in Limine* is **GRANTED.**