**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **United States of America** | |
| v. | No. 3:22-CR-88-DJH |
| **Quadrant Magnetics LLC et al.** | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Exclude Magnetization Evidence, it is hereby **ORDERED** that the Motion is **GRANTED**. All evidence of magnetization and the location where magnetization occurred is hereby excluded, and the government is prohibited from arguing that magnetizing outside of the United States violates the Specialty Metals Clause or that the Clause regulates where magnetization can occur.

**IT IS SO ORDERED.**

Dated:_____                              _____
                                                                                    United States District Judge