## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **United States of America** <br><br> v. <br><br> **Quadrant Magnetics LLC et al.** | No. 3:22-CR-88-DJH |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion *In Limine* to Exclude Evidence Related to Alleged Immigration Issues, it is hereby **ORDERED** that the Motion is **GRANTED**. The government may not introduce evidence related to alleged immigration offenses, the visa status of Quadrant employees, or Chinese-language signs at Quadrant facilities.

### IT IS SO ORDERED.

Dated:_____

_____
United States District Judge