# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **United States of America** | |
| v. | No. 3:22-CR-88-DJH |
| **Quadrant Magnetics LLC et al.** | |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion *In Limine* to Exclude Evidence or Argument that Defendants Posed a National Security Threat, it is hereby **ORDERED** that the Motion is **GRANTED**. The government is prohibited from presenting evidence or argument that Defendants or their activities posed a threat to national security, compromised U.S. military capabilities, helped the Chinese government, disadvantaged U.S. securities interests, or the like.

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Judge