# EXHIBIT 3

Supplement and Outline of Responses to Technical Issues Raised by Dr. Trout

1.  My equipment was calibrated as follows:

VSM Calibration

Standard:  Pd (Quantum Design, MARZ grade).

Calibration data:   Linear least-squares fit; $R^2$ = 0.9997.

Slope standard value = $5.25 \times 10^{-6}$ emu/g (Pd at 298 K).



Calibration curve of  Pd standard

2.   I took into account the Demagnetization Factor as provided below:

### Demagnetization Factor

Ellipsoid design vs real apps.

Demag factor N, where $H = H_{ext} - N \cdot M$.

Very good approximations extant for  non-ellipsoids:
Aharoni[1-3]; multiple citations and simulation verifications; widely applied in the
professional community and referenced.

Model confirmed and validated with cube (N=1/3), ellipsoid (N=0.109) using two software
packages (Excel and Origin).


3.   The following addresses issues with the sample size:

### Sample Size

VSM (R&D) vs hysteresisgraph (commercial)

VSM generally slower but more versatile; fields > 30 kOe; non-standard magnet shapes; greater
utility for variation of other parameters.

VSM specimens small, but –
Questioned specimens fully dense (>95-99%) and reasonably homogeneous.
Anomalous outliers indicated via batch measurements.
Consistent pattern questions QC and performance in high-demand app.


4.   Statistical Assessment Commentary:

### Statistical Assessment

Erroneous approach by Dr. Trout

A measurement outside an acceptance range is not a good magnet merely because of a minimal
overlap of empirical uncertainty.

Normal distribution; 1-, 2-, 3-σ; 68, 95, 99.7% population; 2σ generally used as tech uncert.

Specific example:      Measured = (0.82 ± 0.02) kOe (2% uncert)     Spec range = 0.68 – 0.80 kOe

Odds of not failing = 1-2 %

At 2σ instrumental uncert, probability that the true value of the
measurement is within spec range is ~ 0.75% (green area under curve).



Normal probability distribution with a standard deviation of 1 unit.  The green area represents the probability that the measurement fell within the 0.68-0.8 kOe specification range for a measurement of 0.82 kOe.

5.  Unique Magnet Properties:

Magnet shape

Rare earth permanent magnets are expensive and are typically used where there is a requirement for a high efficiency compact motor.  Details of the magnet shape as well as the intrinsic magnetic properties are important.  The intrinsic magnetic properties are measurable and necessary to define the requirements for the magnet, however the definitive value of the magnet is in the magnetic field produced external to the magnet—in the case of a motor, it is the push-pull of the field generated by the permanent magnet against an external magnetic field that translates electrical power to motion.

For high-speed motors, smooth motion is desirable, and small magnet imperfections barely noticeable at low speed can be catastrophic at high speeds.  If the magnets vary significantly in their specified magnetic properties or dimensions, the result is unbalanced magnetic pull (UMP).  This result can cause vibrations, noise, shorter motor lifespans, and unexpected failures during operation.

This is similar to how an unbalanced wheel in a car can behave.  An unbalanced wheel has no impact on a car when the car is standing stationary or moving at walking speeds.  However, at highway speeds it can result in vibrations, shaking, and poor handling that ultimately lead to accidents.  Over time it can also lead to damage in the steering, suspension, and drive train of the vehicle.  Even small imbalances can result in uneven tire wear, which shortens tire life and results in poor fuel economy.

The shape of the magnet is important in designing high-speed motors, and even small changes have an impact.  The chamfer on the magnet is relevant to performance for motor applications. Absent a chamfer, during operation there is a large rate of change in the strength of the magnetic field at the edge of the magnet that results in a pulse vibration of the motor as it spins (driven by harmonics).  These vibrations can seriously degrade motor operation and lifetime.  A chamfer removes a part of the magnet and thus results in some loss of the magnetic flux, so there is a dynamic balance between maximizing the magnetic flux and minimizing the size of the pulse vibration.  Even though it is a small feature, it is significant for the performance of the application.

Consistent working effects of magnets are also important.  Key parameters in motors are the size of the air gap between the rotor and the stator of the magnet and the magnetic flux density in this gap.  The smaller the gap, the higher the performance of the motor and gaps of less than 0.5 mm are typical for good motors.  Variability in the Air-Gap Magnetic Flux density leads to UMP, which may be considered similar to an unbalanced wheel on a car.  Thus, minimum flux density is not a good parameter for comparing magnets.  One does not want to use magnets below the minimum specifications, but one does want to have consistent properties—if all of the magnets are above the minimum, but some are 10% above and others are 20% above, they can cause performance problems.  Analagous to different types of tires on a car, a mixed

combination of racing slicks, all-weather tires, off-road tires, and grand touring tires will lead to operational issues.  Different tread types will reduce vehicle handling, while damage to the drive train can occur over time because some will erode faster than others.  Even if each of the tires is of high quality and rated for a minimum tread wear and number of miles, they are not compatible for integrated operation.  Similarly, individual magnets should be consistently close to their typical values for optimum cooperative application.

1. Aharoni, A., *Demagnetizing factors for rectangular ferromagnetic prisms.* Journal of Applied Physics, 1998. **83**(6): p. 3432-3434.
2. Schabes, M. and A. Aharoni, *Magnetostatic interaction fields for a three-dimensional array of ferromagnetic cubes.* IEEE Transactions on Magnetics, 1987. **23**(6): p. 3882-3888.
3. Aharoni, A., *Introduction to the Theory of Ferromagnetism*. Second Edition ed. International Series of Monographs on Physics. Vol. 109. 2000, Oxford: Oxford University Press.