# **EXHIBIT 4**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Quadrant Magnetics, LLC, et al. | Case No. 3:22-CR-88 DJH |

# EXPERT REPORT OF STANLEY R. TROUT, PHD

For Defendants Quadrant Magnetics, LLC, Monica Pascoe, Phil Pascoe, and Scott Tubbs

## INTRODUCTION

My name is Stan Trout. My career, almost fifty years, has been almost evenly divided between the permanent-magnet and rare-earth industries. For the last twenty-two years, I have run a consultancy called Spontaneous Materials, serving clients globally in these industries on a wide variety of technical and commercial projects. My previous employers include Molycorp, Magnequench, Hitachi Magnetics, Crucible Magnetics and Recoma. I am a registered professional engineer in Pennsylvania and Colorado. I received a B. S. in Physics from Lafayette College and a Ph.D. from the University of Pennsylvania in Metallurgy and Materials Science. I am a member of the UK Magnetics Society and a life senior member of the Institute of Electrical and Electronics Engineers (IEEE) Magnetics Society.

## ASSIGNMENT

I have been requested by Quadrant Magnetics, LLC (Quadrant), Monica Pascoe, Phil Pascoe, and Scott Tubbs to opine on the qualities of certain commercial magnets in relation to the magnets described in the following technical drawings (the QM Magnets):

- 3730D-1012 (General Dynamics)
- 100101 (Vernitron)
- 10500B-1022 (Axsys)
- 6000U-1002 (General Dynamics)
- 1500P-1002 (Vernitron)

## SUMMARY OF OPINIONS

My opinions can be summarized as follows:

- Each of the QM Magnets has the same performance capability as a comparator magnet.
- Each of the QM Magnets has the same function as a comparator magnet.
- The comparator magnets would keep their same function and performance capabilities if their dimensions were changed to those in the QM Magnet drawings.
- A comparator magnet was available and used in commercial applications in 2016 to 2018.

## QUALIFICATIONS

I graduated from Lafayette College in 1973 with a B.S. in physics with honors, and did substantial study in mathematics as well. I attended the University of Pennsylvania from 1974 to 1979, where I obtained an M.S. and Ph.D. in metallurgy and materials science. My master's thesis was *High Field Magnetic Measurements on Sintered $SmCo_5$ Permanent Magnets*, and my doctoral dissertation was *Magnetocrystalline Anisotropy, Magnetostriction and Saturation Magnetization of $SmCo_5$ Single Crystals*.

After graduating, I worked for several companies. From 1979 to 1988 I worked for Recoma, Inc.; Crucible Magnetics, and Hitachi Magnetics Corp. I led a variety of tasks to improve, modernize, train, and manage on magnet operations and equipment. From 1988 to 1997, and then again from 2010 to 2013, I worked at Molycorp, Inc. (now known as Neo Performance Materials). I worked

2

with customers on magnetic design, testing, and other issues, updated and improved the company's magnet knowledge management and information, and eventually became responsible, as the director for the company's magnet business, for all magnet processes for the company's "mine to magnets" business strategy.

In addition to my company work, I have also held teaching positions at several post-secondary institutions. From 2002 to 2010, I was an adjunct lecturer in physics at Marian College. From 2006 to 2007, I was a visiting professor of physics at Alma College. In 2014, I was a visiting professor of physics at St. Olaf College. And in 2013 and from 2015 to the present, I am affiliate faculty in mechanical engineering technology at Metropolitan State University of Denver. I am presently on sabbatical from MSU Denver until January while I work on a forthcoming book, *Introduction to Magnetic Materials* (3d ed.).

I am also a registered professional engineer in Pennsylvania and Colorado.

Some of the highlights of my career are as follows:

- Developed early methods to model magnetic devices, moving the industry away from the cumbersome practice of making physical models.

- Assisted in the first use of rare earth magnets in MRI machines.

- Assisted in the development of breakaway goal posts for ice hockey.

- Developed programs to calculate the weigh-ups for alloying permanent magnets.

- Formalized the use of the Helmholtz Coil for magnetic measurements.

- Put the process of hydrogen decrepitation of NdFeB alloys on the factory floor.

- Developed the Magnetics Bootcamps, which teach people everything they need to know about permanent magnets in 8 hours.

- Assisted hundreds of customers in the proper use of permanent magnets as an Application Engineer.

- Plenary speaker at the 2009 Intermag (International Magnetics Conference). Topic: Rare Earth Permanent Magnets: Raw Materials, Magnets and Opportunities.

My CV is attached to my report as Exhibit 1. A list of my publications and presentations over the last ten years is attached to my report as Appendix Exhibit 2.

**PREVIOUS EXPERT TESTIMONY**

None in the last four years.

**DOCUMENTS REVIEWED**

I reviewed the documents below in preparing my opinions.

- The superseding indictment in *United States v. Quadrant Magnetics, LLC, et al.*, No. 3:22-CR-88-DJH (W.D. Ky.)
- The aforementioned five technical drawings
- Drawings or webpages for the following five commercial magnet comparators (reproductions of which are included as Appendix 3 to this report):
    - Part Rect0524A[1]
    - Part 26RE163208[2]
    - Drawing 461988
    - Drawing SFW Curved Prototype
    - Part SCB250[3]

I reserve the right to supplement and amend my opinions if I am supplied with additional or different information. In particular, as I mention later in this report, there are thousands of rare-earth permanent magnets on the commercial market today in a wide variety of grades and have been over the last several decades, and I may be supplied additional magnets or magnet drawings to review.

**BACKGROUND**

In this background section, I describe the basics of permanent magnets and their properties.

**1. Qualities of permanent magnets**

Permanent magnet material can be defined as material having a coercive force generally greater than 120 oersted (Oe). Rare-earth permanent magnet material is a subtype of permanent magnet material. There are three kinds of rare-earth permanent magnet material:

- Rare-earth cobalt 5: These alloys have an approximate ratio of 1 rare-earth atom to 5 cobalt atoms. Most often the rare-earth element is samarium, but other elements can also be used.
- Rare-earth 2 transition-element 17: These alloys have an approximate ratio of 2 rare-earth atoms to 13–17 atoms of transition elements. While a number of rare-earth elements can be used, most often samarium is used. The transition-element used is cobalt, with a mix of other elements.
- Rare-earth iron alloys: These alloys have an approximate ratio of 2 rare-earth atoms to 14 iron atoms to 1 boron atom. While a number of rare-earth elements can be used, most often neodymium is used.

---

[1] Available at https://supermagnetman.com/products/rect0524a. The webpage includes a link titled "View our Neodymium Magnet Grades & Specs." That links to https://smmagnetics.com/pages/neodymium-ndfeb.
[2] Available at https://www.magnetshop.com/smco-block-magnet-26re163208.html.
[3] Available at https://www.magnetsource.com/collections/samarium-colbalt-block-l2/products/scb250. This webpage includes a link under "RELATED RESOURCES" titled "Comparison Chart." That links to https://online.fliphtml5.com/klhyq/nyyd/#p=1.

The properties of permanent magnet material can be measured on several metrics. The principal magnet properties are as follows:

- Maximum value of energy product — $(BH)_{max}$ MGOe
- Residual induction (remanence) — $B_r$ gauss
- Coercive force — $H_c$ oersteds

While permanent magnet material has other properties, such as its thermal properties and mechanical characteristics, generally speaking $(BH)_{max}$, $B_r$, and $H_c$ are widely considered the principal properties.

It is important to understand that all these properties—$(BH)_{max}$, $B_r$, and $H_c$—are measured on a per-unit basis, specifically, a per-cubic-centimeter basis. Thus these properties do not change depending on the magnet's size or shape.

Magnets are roughly sorted by *grade*, with higher grades indicating a stronger magnetic field per unit of volume. Thus, the most important measurement for a magnet is its $(BH)_{max}$. It can be measured in kilojoules per cubic meter (kJ/m$^3$), but as indicated above it is more typically measured in mega-gauss-oersted (MGOe). When describing a magnet's grade, such as "26" or "32," this is shorthand for its $(BH)_{max}$.

The next most important measurement for a magnet is its *remanence*, or $B_r$. This term refers to its magnetization level in the absence of an external magnetic field. $B_r$ is typically measured in gauss.

Finally, another measurement for magnets is their *coercivity*. Coercivity is typically measured in oersteds. This term refers to the magnet's ability to withstand an external magnetic field without becoming demagnetized. In many applications, coercivity has little importance because the magnet will not encounter such an external magnetic field. $H_c$ measures the field required to reduce magnetic flux ($B$) to zero. $H_{ci}$ measures the field required to reduce magnetization ($M$) to zero. $H_{ci}$ is called intrinsic coercivity. Sometimes $H_{ci}$ appears as $H_{cJ}$.

Magnetic material also has thermal properties, surface and internal structural characteristics, and mechanical properties. But generally speaking, the principal characteristics of magnetic material are considered to be $(BH)_{max}$, $B_r$, $H_c$, and $H_{ci}$.

**2. Manufacture of rare-earth permanent magnets**

The process for manufacturing both samarium–cobalt and neodymium–iron–boron magnets is as follows. A powder of the compound is produced (there are variety of processes for that step) and then compacted into a mold. This is essentially a magnet-material block. During this pressing operation, a magnetic field is applied to the material, which imparts a direction of magnetization to the block. The block is then sintered and heat-treated to reach its fully dense condition. The next step is to machine and grind (cut) the block into smaller magnets according to whatever dimensions are desired. And then finally, the cut magnets are typically coated, and then they are magnetized. The key is to do everything possible to saturate the magnets. Every material has a magnetization limit, where it cannot be practically magnetized any further. When that limit is hit, the material has been fully saturated. It is like a cup of water: you can fill up the cup, but any more water you

pour after that won't make the cup more full. In short, it is important to understand that all the magnetization properties of the magnet are set when it is still part of the block, not when it is cut to certain dimensions.

### 3. Rare-earth permanent magnet applications

Rare-earth permanent magnets have wide-ranging and growing applications. These magnets are used in a variety of commercial and industrial applications. These applications include medical equipment, motors and generators, sensors, aerospace, clean energy (electric vehicles and wind turbines), and consumer electronics. The samarium–cobalt magnet was invented in the 1960s, and neodymium–iron–boron magnets in the early 1980s. Their use has increased in recent years, especially since 2010, because of increased global demand, especially for consumer electronics and clean energy.

**MAGNET ANALYSIS**

I have reviewed the five QM Magnet drawings supplied to me. I have summarized their principal characteristics below:



**OPINIONS**

**1. Each of the QM Magnets has the same performance capabilities as a comparator magnet.**

As noted earlier, the principal properties of magnetic material are its $(BH)_{max}$ and $B_r$, as well as, in certain applications, its $H_c$ and $H_{ci}$. And also as noted, these principal properties do not change with the size or shape of a magnet. Any two magnets that share these principal properties will, by definition, have the same performance capabilities inherent to those principal properties.

I have compared those principal properties for each of the five QM Magnets with a commercially available magnet.

I describe the methodology of my comparison, including assumptions, as follows:

- I compared each of the relevant principal properties of each of the QM Magnets depicted in their drawings with a magnet described in a drawing or available for sale online. Numerous websites sell neodymium and samarium–cobalt magnets. In my experience, such magnets sold online are used in a wide variety of commercial, personal, and other

non-military applications. In my experience, such magnets sold online in fact reliably have the performance characteristics they purport to possess.

- The five commercial magnets, or drawings of them, I used for comparison are:

    o Part Rect0524A
    o Part 26RE163208
    o Drawing 461988
    o Drawing SWF Curved Prototype
    o Part SCB250

- It is industry-standard to magnetize magnets through-the-thickness (THK). However, I do not view the direction of magnetization as an important characteristic of any given magnet in this exercise. This is because the direction of magnetization is actually set during the magnetization of the magnet-material block. Thus the direction of magnetization for any particular magnet is set simply by deciding how to cut the magnet from the block. Even so, I note below the direction of magnetization for each magnet.

- It is industry-standard to permit tolerances in measuring the principal magnet properties (as well as mechanical and physical properties). This is because of naturally occurring variations in the magnet material, variations caused by the particulars of manufacture, and variations in measurement and measurement methodology. Thus, I view those sorts of variations within those properties as immaterial differences. I view two magnets with properties within those tolerances as possessing the same performance characteristics.

- I have not included flux density as a principal property. This is because flux density is simply a function of the volume of the magnet and the magnet's principal properties described above and is measured as a way to check that the magnet indeed possesses the principal properties it says it does. From my experience, when an engineer needs a certain level of flux density, the engineer will design for it by identifying the dimensions and a magnet of the grade needed—i.e., a magnet with the correct principal properties—to obtain that flux density.

Below are the comparisons:





It is my opinion that, based on these comparisons, all the comparator magnets have the same principal properties to the QM Magnets depicted in the drawing, within generally accepted industry tolerances. And also as noted, these principal properties do not change with the size or shape of a magnet. Thus, the QM Magnets and each of their comparators share these principal properties and, by definition, have the same performance capabilities inherent to those principal properties.

**2. Each of the QM Magnets has the same function as a comparator magnet.**

Each of the five QM Magnets depicted in its drawing is meant to perform the same function. Put simply, each has the intended action of acting as a magnet with the qualities inherent to a rare-earth permanent magnet of that composition and possessing those particular properties (including generally higher $(BH)_{max}$ and $B_r$ compared to other types of magnets and relatively high resistance to demagnetization; and samarium–cobalt magnets operate well at higher temperatures compared to most other kinds of magnets). The same is true of each of the five comparator magnets.

Magnets like the QM Magnets and the comparators are widely used in the commercial sector. They are available in literally thousands of combinations of shapes, sizes, and grades. As described earlier in my report, they are used in widespread consumer, commercial, and industrial applications. They are used for those applications because their inherent qualities are useful in those applications.

**3. The comparator magnets would keep their same function and performance capabilities if their dimensions were changed to those in the QM Magnet drawings.**

The comparator magnets could be changed in their dimensions solely for the reason of fitting into the application the QM Magnets are used for as part of a larger system or assembly. If that happened, the comparator magnets would have different dimensions, but would still have the same function and performance capabilities described above.

Their function would be the same for the reasons I stated above. They would remain magnets with the qualities inherent to a rare-earth permanent magnet with those particular properties.

Their performance capabilities would remain the same regardless of size and shape because the performance capabilities inherent to those principal properties do not change with size and shape (and thus size and shape would only be changed so the magnet can be incorporated into its system or assembly, but is otherwise irrelevant to those performance capabilities):

- *Composition:* They would remain made of the same material. Magnets like these are cut from a larger block of uniform material.

- *Principal properties:* The magnets' $(BH)_{max}$, $B_r$, $H_c$, and $H_{ci}$ would remain the same as well. These qualities are measured on a per-cubic-centimeter basis. They are not affected by the shape or volume of a magnet. Each of them is like measuring the weight of a particular fluid in a container. Whether you have a bathtub, a swimming pool, or a lake, a cup of water from any of them will weigh the same.

Additionally, each of the comparator magnets is magnetized through the same axis (THK) as the QM Magnets depicted in the drawings. I do not view this as an important characteristic because the direction of magnetization for any given magnet is set simply by deciding how to cut the magnet from the block. But they are indeed the same here.

**4. A comparator magnet was available and used in commercial applications in 2016 to 2018.**

I reviewed two types of comparators: magnets on the market as of late 2023 and drawings of magnets for manufacture. For the magnets on the market—26RE163208, Rect0524A, and SCB250—all these magnets possess the same principal characteristics as magnets that have been on the commercial market for decades. Those comparator magnets are in all respects unremarkable, standard, and fungible. Therefore, it is my opinion that these comparator magnets were on the market from 2016 to 2018.

For the drawings, I note that drawing 461988 is originally dated November 11, 2011, and revised November 23, 2015. Based on my knowledge of the industry, such drawings are created and sent for the purpose of having the item depicted in the drawing manufactured. Therefore, it is my opinion that this comparator magnet was manufactured beginning in late 2011, and as revised, in late 2015. For drawing SFW Curved Prototype, I note that its drawing date is July 29, 2022. However, there is nothing in the specifications for the magnet that suggest it is special in any way; it has common, standard, fungible principal characteristics. Therefore, it is my opinion that at least one magnet possessing these same principal characteristics existed on the commercial market from 2016 to 2018.

Additionally, from my experience, the comparator magnets are purchased and used in a wide a variety of commercial applications, such as medical equipment, motors and generators, sensors, aerospace, clean energy, and consumer electronics. This is true for the magnets on the market, as well as for the drawings. All strongly indicate a commercial application. Specifically:

- Drawing 461988 is an ▮▮▮ drawing. ▮▮▮ appears to be a dental-equipment company.
- Drawing SFW Curved Prototype is a ▮▮▮ drawing. Nothing about it suggests a defense application to me as opposed to a commercial application.
- Part 26RE163208 is a samarium–cobalt block magnet from MagnetShop.com. Part Rect0524A is a neodymium block magnet from SuperMagnetMan.com. Part SCB250 comes from MagnetSource.com. Websites like these offer standard off-the-shelf magnets that are used in a variety of ways by individual and commercial end-users.

Therefore, it is my opinion that each comparator magnet has been used in at least one commercial applications.

*Stanley R. Trout* 12/4/2023
STANLEY R. TROUT, PHD

December 4, 2023

10