# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **United States of America** | |
| v. | No. 3:22-CR-88-DJH |
| **Quadrant Magnetics LLC et al.** | |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion *In Limine* to Exclude Untimely and Unreliable Expert Testimony, it is hereby **ORDERED** that the Motion is **GRANTED**. The government may not introduce testimony based on the February 2, 2024, supplemental disclosures of Alex Douville and Steven Burton. The government may not introduce testimony based on pages 4–5 of the February 2, 2024, supplemental disclosure of Scott McCall.

### IT IS SO ORDERED.

Dated:_____

_____
United States District Judge