# EXHIBIT 6

**Figure 1. USA-093352.**

```
CJ0003928
Drafted: PM/DTCP-[redacted], 06/28/2021
Peer Reviewed: PM/DTCP-[redacted], 06/30/2021
Reviewed: PM/DTCP-[redacted] 06/30/2021
Approved: PM/DTCP-[redacted]
```

| Commodity | Manufacturer | Description | Final Determination | Publish Yes/No | Filer E-mail(s) |
|---|---|---|---|---|---|
| AXSYS Technologies Drawings 7730C-1012, 10500B-1022, 6000U-1002, and 030-052680-01; | Homeland Security Investigations | Drawings of Magnets Used in Various Applications | USML Category XII(f) | No | [redacted]zanghi@[redacted].gov |

**Figure 2. USA-093349.**

| STATE CJ SECOND LEVEL REVIEW | | | |
|---|---|---|---|
| **CASE NUMBER** | CJ0003928 | **ANALYST** | [redacted] |
| **DATE** | June 17, 2021 | | |
| **APPLICANT** | Homeland Security Investigations | | |
| **COMMODITY** | Drawings Showing Magnets | | |
| **PROPOSED DETERMINATION** | USML Categorty XII(f) for the Drawings and Time Periods Listed Below | | |

**Figure 3. USA-093301.**

[redacted]

Do you have any capacity to prioritize getting this position out today? [redacted] has indicated that it won't be released until Friday, and DHS previously advised it is coming up against statute of limitations deadlines in requesting it by the end of the month.

This particular DTSA position appears to contain an error in the USML classification; all agencies agree on the jurisdiction and we just need DTSA to clarify its USML classification position as either USML Category XIV(k) or XIV(f)(2).

Very Respectfully,

[redacted]

[redacted]

Figure 4. USA-093334.

```
Positions
Number:
CJP0003534
Case Number:            CJ0003928              Case Number CJ Submission:    CJ0003928
Org:
DOD
FSO:
[redacted]
FSO Date:
2021-01-15
Release Date:
2021-06-15
Position:
ITAR
Position Text:
(U) CJ#: 0003928

(U) Background: This CJ application by Homeland Security is for determining jurisdiction and controls for ten magnets ==as part of an ongoing investigation==.
The request seeks a determination from January 1, 2009 through the present.
```

Figure 5. USA-093317.

| STATE CJ FIRST LEVEL REVIEW | | | |
|---|---|---|---|
| **CASE NUMBER** | CJ0003928 | **DATE** | February 8, 2021 |
| **ANALYST** | [redacted] | | |

| | |
|---|---|
| **APPLICANT** | ==Homeland Security / HSI==    ☐OEM  ☐OEM Letter of Auth. |
| **COMMODITY** | Ten Magnets. Please See Details Below |
| **SUBMISSION** | ☒ New   ☐ Reconsideration  ☐ Prior RWA   ☒ ==Related to USG Request== |
| **PROPOSED DETERMINATION** | Please See Details Below |
| **PRECEDENT** | ☒Described in "Other Considerations"   ☐Not identified |

| REGULATORY ANALYSIS |
|---|
| BACKGROUND:
The applicant is requesting a commodity jurisdiction determination for ten different magnets from January 1, 2009 through the present in support of an ==ongoing Homeland Security/HSI investigation under case # LU06SR18LU0001==. |

2

**Figure 6. USA-104564.**

Section b. Additional commodity/service information not released in Publication:

National Stock Number: unk        Other Identifier: N/A

Military/Intelligence Specification:    Field Ring for an advanced short range air-to-air missile/ Raytheon's AIM-9x Sidewinder missile

Patent Information: unk

Cost Per Unit: 10.000000

Manufacturer's Website: https://www.gd-ots.com

Commodity/Service Website:

Explain if restricted for public release by the U.S. Government:
==Information is being used in an ongoing federal investigation and if published could jeopardize the investigation.==

**Figure 7. USA-104686.**

(U) Although Navy released a position code of "ITAR," Navy should have released a position code of "Split." Navy would like to highlight that the second part of Navy's analysis (from the time period of December 31, 2016 – the Present) communicates to DTSA that Navy is unable to determine export jurisdiction based on criteria in §120.41(b) which would be required to establish control under USML Category XII(e)(8).

(U) Therefore, Navy continues to recommend that HSI ask the vendor (if possible, as ==Navy acknowledges that this request is part of an ongoing federal investigation==) which of the specifications found in Drawing 11375B-1002, Rev. A are OEM specs, vs. vendor specs. If the only specs provided by Raytheon are the dimensions, then the commodity (P/N# 11375B-1002) has "equivalent" form/fit to any other SmCo magnet, and is thus released from ITAR control by the §120.41(b)(3) criteria. If other specs found in the drawing - e.g., manufacturing and testing criteria #1-#8, found in the upper left-hand corner of the drawing - came from Raytheon, then Navy would likely assess that a §120.41(b)(3) release is not possible, and the subject magnet (P/N# 11375B-1002) is controlled under USML Category XII(e)(8).

**Figure 8. USA-104568.**

Please provide any other information that should be considered and is not otherwise included in this form:

Please provide the CJ for the technical data and commodity (s) for the following date range 1/1/2009 thru 12/31/2020. All the technical drawings and completed PM/DDTC will be uploaded in the supporting document section. If the documents seem blurry please zoom in on the document and it will become clear. Once this CJ is assigned to the appropriate analyst, please reach out to me SA Michael Zanghi @ ■■■ to ensure I have provided everything needed, there is no confusion ==and discuss the ongoing investigation.== Additionally, I am authorizing DDTC to contact the OEM directly for any follow up or additional questions.

3