**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **United States of America** <br><br> v. <br><br> **Quadrant Magnetics LLC et al.** | No. 3:22-CR-88-DJH |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion *In Limine* to Exclude Expert Testimony on Sixth Amendment Grounds, it is hereby **ORDERED** that the Motion is **GRANTED**. The government may not introduce testimony from Alex Douville or Steven Burton that Quadrant's magnets are ITAR-controlled.

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Judge