UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                          CRIMINAL NO. 3:22-CR-88-DJH

QUADRANT MAGNETICS, LLC et al.                              DEFENDANTS

## MOTION TO SEAL
*Electronically Filed*

Comes the United States of America, by counsel, and moves the Court to seal Exhibit DN 134-3. As grounds for this motion, the United States noticed that Defendants filed as an exhibit to their Motion *in limine* to Exclude Untimely and Unreliable New Expert Testimony (DN 143) a version of the expert report of Dr. Stanley Trout with certain redactions made (DN 143-4) and included a footnote in the motion stating "Defendants have not included these reports' exhibits to avoid burdening the Court, but can produce them if requested. Defendants have also redacted allegedly potentially controlled ITAR-controlled information from Dr. Trout's report." In an abundance of caution, the United States requests that the copy of Dr. Trout's report (DN 134-3) it attached to its Motion *in Limine* to Exclude Expert Testimony of Thomas J. McCarthy be sealed.

Wherefore, the United States requests the Court to seal DN 134-3

Respectfully submitted,

MICHAEL A. BENNETT                    JENNIFER KENNEDY GELLIE
United States Attorney                Executive Deputy Chief
Western District of Kentucky          Counterintelligence and Export Control Section
                                      National Security Division


 s/ Joshua D. Judd                     s/ Alex Wharton
Joshua D. Judd                        Alex Wharton
Christopher C. Tieke                  Leslie Esbrook
Assistant U.S. Attorneys             Trial Attorneys
717 W. Broadway                       950 Pennsylvania Ave., NW
Louisville, KY 40202                  Washington, DC 20530
(502) 582-5911                        (202) 514-4523
joshua.judd@usdoj.gov                 alexander.wharton@usdoj.gov
christopher.tieke@usdoj.gov           leslie.esbrook@usdoj.gov


<u>CERTIFICATE OF SERVICE</u>

On March 8, 2024 I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel for the defendants.


 s/ Joshua D. Judd
Assistant United States Attorney


2