UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                              CRIMINAL NO. 3:22-CR-88-DJH

QUADRANT MAGNETICS, LLC et al.                                                          DEFENDANTS

## ORDER

The Court, having considered the Motion to Seal Exhibit DN 134-3 and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the United States's Motion to seal Exhibit DN 134-3 is **GRANTED**.