# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **United States of America** | |
| v. | No. 3:22-CR-88-DJH |
| **Quadrant Magnetics LLC et al.** | |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss Due to the Government's Public Release of Alleged ITAR Information, it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, the ITAR-related allegations in the Second Superseding Indictment (the ITAR-related allegations and overt acts contained in Count One (Conspiracy); Counts Two, Three and Four (Wire Fraud as it relates to ITAR); Counts Five, Six, Seven, and Eight (ITAR substantive counts); and Count Nine (Smuggling contrary to ITAR) are **DISMISSED**.

**IT IS SO ORDERED**.

Dated:_____

_____
United States District Judge