UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                         CRIMINAL NO. 3:22-CR-88-DJH

QUADRANT MAGNETICS, et al.                                                               DEFENDANTS

## **ORDER**

The Court, having considered defendants', Quadrant Magnetics LLC ("QM"), Phil Pascoe, Scott Tubbs, and Monica Pascoe (collectively "Defendants") Motion to Exclude References to Document Destruction (DN 135), and the United States having responded, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendants' Motion (DN 135) is **DENIED**.