UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                                                                    CRIMINAL NO. 3:22-CR-88-DJH

QUADRANT MAGNETICS, et al.                                                       DEFENDANTS

## **ORDER**

The Court, having considered defendants', Quadrant Magnetics LLC ("QM"), Phil Pascoe, Scott Tubbs, and Monica Pascoe (collectively "Defendants") Motion *in limine* to Exclude Evidence Related to the Quality of Magnets (DN 137), and the United States having responded, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendants' Motion (DN 137) is **DENIED**.