# EXHIBIT 2

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2                        NORTHERN DIVISION

 3    UNITED STATES OF AMERICA,    )
              Plaintiff           )
 4                                 )
               vs.                 )   CRIMINAL CASE NO. CCB-21-0334
 5                                 )
      WILSON NUYILA TITA, et al., )            VOLUME V
 6         Defendants.             )
      _____)
 7

 8                        Friday, April 29, 2022
                              Courtroom 7D
 9                         Baltimore, Maryland

10                           JURY TRIAL

11    BEFORE:  THE HONORABLE CATHERINE C. BLAKE, Judge

12    For the Plaintiff:
      Kathleen Gavin, Esquire
13    Judson Mihok, Esquire
      Assistant United States Attorneys

14    For the Defendants:
           For Wilson Nuyila Tita:
15              David Benowitz, Esquire

16         For Eric Fru Nji:
                Richard Basile, Esquire
17
           For Wilson Che Fonguh:
18              Glenn Ivey, Esquire

19    Also Present:
      Special Agent Jen Marks, ATF
20    Special Agent Tonya Matney, HSI
      Damon Gasque, Paralegal
21    _____

22
                         Reported by:
23             Nadine M. Bachmann, RMR, CRR
              Federal Official Court Reporter
24            101 W. Lombard Street, 4th Floor
               Baltimore, Maryland  21201
25                      410-962-4753
```

```
 1      shipment that I paid him off and then he give me the receipt.

 2      That's how I executed the payment.

 3                  MR. IVEY:  Okay, nothing further.

 4                  THE COURT:  Thank you very much, sir. You are

 5      excused. You can step down. Thank you.

 6                  (Witness excused.)

 7                  THE COURT:  I'll just ask the Government whether you

 8      have a brief witness or would this be a good time for the

 9      lunch recess?

10                  MS. GAVIN:  It's really up to the Court. My direct

11      of the next witness would probably be 15 to 20 minutes, at

12      most.

13                  THE COURT:  Okay. Why don't we go ahead then and

14      start that.

15                  MS. GAVIN:  The Government calls Alex Douville.

16                  THE CLERK: Please raise your right hand.

17                  (Witness, sworn.)

18                  THE CLERK: Please be seated. Please speak directly

19      into the microphone. State and spell your full name for the

20      record, please.

21                  THE WITNESS:  Sure, my name is Alex Douville.

22      A-l-e-x  D-o-u-v-i-l-l-e.

23                  THE CLERK: Thank you.

24                    D I R E C T   E X A M I N A T I O N

25      BY MS. GAVIN:
```

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 4 of 31 PageID #: 2166
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 85 of 219
Douville - direct                                                     85

1    Q.    Mr. Douville, where do you work, please?

2    A.    I work at the Directorate of Defense Trade Controls which

3    is an office in the political military bureau of the State

4    Department.

5    Q.    How long have you worked at the Directorate?

6    A.    Yeah, DDTC, yeah.  I worked there for going on 12 years.

7    Q.    So we will refer to that, to the office that you just

8    mentioned as the DDTC, correct?

9    A.    Yes.

10   Q.    And what's your current position there at the DDTC?

11   A.    I am the division chief for Division VI.

12   Q.    And how long have you held that position?

13   A.    Full-time I've been there for going on -- in a week it

14   will be a year.  But before that I was acting division chief

15   for about four years.

16   Q.    And just generally before we get to your specific

17   position, what does the DDTC do?

18   A.    The DDTC -- well, to step back a little bit, the Arms

19   Export Control Act which was passed by Congress in 1976

20   basically authorized the president to control the commercial

21   exports and temporary imports of defense articles and defense

22   services. That was passed -- that was authorized by the

23   president. The president delegated that to the secretary of

24   state and the secretary of state then delegated that down to

25   our office, DDTC and our deputy assistant secretary.  So our

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 5 of 31 PageID #: 2167
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 86 of 219
Douville - direct                                                    86

1    office implements the regulations and passed at the same time

2    as the AECA, the Arms Export Control Act was the International

3    Traffic and Arms Regulations which we call the ITAR. The ITAR

4    are the implementing regs of the Arms Export Control Act. So

5    everything that a person needs to know about exporting

6    firearms or exporting defense articles and defense services

7    outside of the country is contained in those regs, including

8    how to register, how to -- what a license is.  There's

9    procedures and policies, there's criminal and civil penalties,

10   brokering.  It's all in there.  And also contained in that

11   ITAR is the United States Munitions List, the USML.

12   Q.    And what is the USML?

13   A.    The USML is a list of 21 separate categories of all the

14   articles that the U.S. Government deems as defense articles.

15   So there's 21 categories and the categories range from

16   aircraft, to navel vessels, space and missiles, firearms,

17   ammunition, vehicles and whatnot.

18   Q.    Now if an item is on the munitions list, what does that

19   mean in terms of sending an item that's on the munitions list

20   out of the country?

21   A.    Well, if that article is contained on the United States

22   Munitions List, the USML, then the person exporting that,

23   either a person or a company would need to be registered with

24   DDTC as an exporter and/or a manufacturer. A manufacturer of

25   defense articles even if they don't intend to export anything

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 6 of 31 PageID #: 2168
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 87 of 219
Douville - direct                                    87

1    also need to be registered with DDTC as well.

2    Q.   Okay. And if a person or a company wants to export an

3    item that is on the USML, what are the steps, generally that

4    need -- what's required to be on the --

5    A.   Basically what happens is the exporter or person that

6    wants to engage in this activity would need to consult the

7    USML, the United States Munitions List to see if the article

8    that they want to sell or export is contained on that list. If

9    it's on that list, then they will need to register with the

10   DDTC.

11          Once they're registered, then they would need to

12   sign up for an online computer program called Dex which is

13   their external online gateway of submitting licenses. They

14   submit the licenses. They need to get -- every export would

15   need to have a purchase order and end user statement from the

16   foreign party stating what they're going to do with the

17   articles and where they're going.  And actually all the

18   parties involved in the transaction would need to be on the

19   license as well. So they would gather all that material and

20   they would submit a license. And once that license gets

21   submitted on the Dex system --

22   Q.   Can I stop you?  You said "submit a license."  Do you

23   mean a license application?

24   A.   Sure, yes, sorry.  A license application.  They submit an

25   application to get a license to export a defense article.

Douville - direct                                    88

1    Q.   Okay, great.

2    A.   So they would submit that through their computer system

3    called Dex which then gets downloaded twice daily to the

4    system that we use which is called U.S. Exports. And once it

5    gets into our system, then the cases get distributed to one of

6    four teams.  And I am the division chief of one of the teams.

7    My team is the small arms and light weapons team which gets

8    cases for categories 1, 2 and 3 which is firearms less than --

9    well, firearms that are up to and including .50 caliber or

10   12.7 millimeters. Category 2 which is anything above that,

11   like anything bigger than that 30 millimeter or Howitzers or

12   cannons. Category 3 which is ammunition for those articles and

13   then a couple others which is training and --

14   Q.   One thing to clarify, your testimony about the various

15   categories and the process, was that true in 2017 through 2019

16   into 2020?  Was that sort of how the categories were set up?

17   A.   Yes.

18   Q.   And once -- the application you said gets signed out to a

19   person in the office, correct?

20   A.   Yes.

21   Q.   What then happens?

22   A.   Yeah, so cases come in and they're assigned to a team. So

23   I get the cases and I assign them to one of my analysts to

24   work. So when a case comes in, they will review, they will do

25   a regulatory review and an administrative review. The

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 8 of 31 PageID #: 2170
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 89 of 219
Douville - direct                                                    89

1    administrative review is to make sure that all the correct

2    paperwork has been submitted and all of the forms have been

3    filled out correctly, they're not missing any information. If

4    it passes that review, then we do the regulatory review. So

5    then we will look at it as in terms of who is getting the

6    article, who the end user is, who the applicants are, what

7    parties are involved, what the commodity is and where it's

8    going. And based on all that information we staff the case out

9    to other agencies within State Department or outside like

10   Defense Department and others to review the case for a

11   national security and foreign policy review.

12           So we staff out those agencies and they will provide

13   their positions back to us. If they have conditions, they can

14   -- they will tell us what they feel, whether they agree or not

15   agree with exporting this to that specific end user and

16   country and it comes back to us and then we adjudicate.  We

17   will take all the positions, aggregate them and adjudicate the

18   final position.

19   Q.   And once the final position is adjudicated, what happens?

20   A.   So there's four things that can happen with the case or

21   an application for the case. We can either approve it straight

22   up, we can either approve it with conditions basically meaning

23   that there are some stipulations on the license. We can RWA it

24   which is return without action in the case which means that

25   there's something wrong with the case. Usually that's

```
 1        paperwork or it's missing some forms or whatever or we can

 2        deny the case outright for foreign policy or human rights

 3        concerns.

 4                And then -- I'm sorry, and then once we determine --

 5        we call it adjudicated, we will issue the case, close it out

 6        and it gets sent back to the applicant through the computer

 7        system and it will reappear in their Dex system where they can

 8        go in it and view the case and find out what happened.

 9        Q.   So what's the purpose for these processes that you have?

10        A.   Well, our main purpose as an organization as a regulatory

11        body within the State Department is to ensure that all direct

12        commercial sales exports of defense articles are consistent

13        with the U.S. foreign policy and national security concerns.

14        We don't want these articles getting into the wrong hands.

15        Q.   Okay. Now in this case, were you -- actually, let me ask

16        it this way:  Does your office also conduct reviews at the

17        request of law enforcement?

18        A.   Yes.

19        Q.   Okay, and can you describe how that comes about?

20        A.   Yes, we have -- our office, DDTC is divided into three

21        separate offices which is the Office of Compliance, there's

22        the Licensing Office which I work for and then there's the

23        Policy Office which does the regulatory, they rewrite the laws

24        and stuff like that.

25                And so as part of compliance, there is a law
```

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 10 of 31 PageID #: 2172
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 91 of 219
Douville - direct                                                    91

1    enforcement liaison team which receives requests from law

2    enforcement to check if people have been registered, if

3    there's been license history and stuff like that. So then it

4    goes to them. And then the policy people also as part of the

5    policy there's a CJ team, Commodity Jurisdiction team which

6    basically takes -- if there's any doubt as to whether a

7    defense -- an article that you have or a manufacturer has that

8    is or is not on the USML, then they can submit a form

9    basically with all their information about how it was made and

10   why it was made.  And there's a team on the policy team which

11   will adjudicate that request and tell them whether it's on or

12   not on the USML list.

13   Q.   So essentially indicating whether it's a defense article

14   or not within the meaning of the law?

15   A.   Yes.

16   Q.   Now you mentioned that your group covers small arms and

17   other things.  And are Category 1 and Category 3 items

18   included in that review?

19   A.   Yes.

20   Q.   About how many applications would you say your office

21   receives, your group, per year, for Category 1 and Category 3?

22   A.   Last year my team adjudicated just about 3,000 cases.

23   Q.   Now prior to your current position, have you held any

24   other positions within the DDTC?

25   A.   Yes, I was on Division 3 which is the Space and Missile

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 11 of 31 PageID #: 2173
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 92 of 219
Douville - direct                                                    92

```
1    team and before that I was on the Response team which is a
2    separate little -- it's basically a call center where it's not
3    24/7, but it's daily -- there's a group of people that take
4    general correspondence -- not correspondence, general inquiry
5    calls from anyone that can call the number and we will help
6    them with general questions about export trade controls or
7    registration or how to set up, you know, anything basically.
8    Q.   Are you aware of any other ways, any other public
9    information if someone wants to find out how to export?
10   A.   Yes.  Our office has a public facing website and on that
11   website you can get -- it's split up so it tells you if your
12   -- it asks you whether if you're new to export trade and it
13   tells you information about how to register.  It gives you
14   information about how to submit a license, how to sign up for
15   the computer system, the Dex system. It has links to the
16   response team which is a call center, but they also send
17   e-mails to them. There's also a help desk team which is a help
18   desk for IT issues for if you can't set up the computer and
19   stuff like that. And it also has a link to the ITAR, the
20   International Traffic and Arms Regulations which is basically
21   the Bible of all the regs that we use. That is the official
22   ITAR that is on our website so you can go there for free and
23   you can look that up.
24   Q.   Okay. Now directing your attention to Category 1A of the
25   USML, what types of items are in Category 1A?
```

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 12 of 31 PageID #: 2174
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 93 of 219
Douville - direct                                                    93

```
 1      A.    Category 1A then was non-automatic and semi-automatic

 2      firearms up to and including 12.7 millimeter or .50 caliber.

 3      Q.    And one thing I failed to ask with the defense articles

 4      and the USML, these regs and these categories, do they apply

 5      regardless of the intended destination of the item?

 6      A.    Yes.  We don't base whether an article is a defense

 7      article based on destination. It's based on the use and the

 8      intended use of the article itself.

 9      Q.    And Category 1H, do you know what that includes?

10      A.    Yes, Category 1H is basically a catch-all for all parts

11      and components not covered in other subcategories within the

12      -- within Category 1 of firearms.

13      Q.    Does that include magazines?

14      A.    Yes.

15      Q.    And directing your attention now to Category 3A, what is

16      covered by Category 3A?

17      A.    Category 3A is ammunition for articles covered under

18      Categories 1 or 2.

19      Q.    And what is Category 2, just --

20      A.    Category 2 is basically firearms greater than 12.7

21      millimeter, but greater than .50 caliber. So anything higher

22      than that like a 20 millimeter cannon or even up to Howitzers

23      and cannons.

24      Q.    Now in connection with your duties, were you asked to

25      undertake a license check and registration check for any
```

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 13 of 31 PageID #: 2175
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 94 of 219

Douville - direct                                              94

```
 1    particular individual names?
 2    A.   Yes.
 3    Q.   I'm going to show you what's been marked as Government's
 4    Exhibit 91. And do you recognize that list of names that's
 5    titled Attachment B, license and registration check requested
 6    for the following?
 7    A.   Yes, I do.
 8    Q.   And do you recall about when you were asked to conduct
 9    this check?
10    A.   I was asked to conduct this check -- well, I know we have
11    a team of people in DDTC that does these checks and I know
12    that a review was done to check on these names prior to me,
13    but then I physically sat down last week and did another
14    check.
15    Q.   Okay, so sometime before?
16    A.   To validate.
17    Q.   Some sometime before a check had been done?
18    A.   Yes.
19    Q.   And the check you did this past week you ran the same
20    names?
21    A.   Yes, I ran the same names and I basically did the same
22    check that they did just to revalidate the information.
23    Q.   And these names that are listed and they're on the screen
24    so I won't read them all, does your check -- how do you run
25    the check?  Just generally.
```

Douville - direct                                        95

1    A.    We basically run the check through a database. We use our

2    database technicians.  Our IT staff and myself went through

3    every name on this list. We did last name, first name and

4    iterations thereof for different spellings for these names to

5    make sure that they captured them all.

6    Q.    And the database, what types of information is contained

7    in this database?

8    A.    All the information from the supporting docs and from the

9    licensed applications on the computer systems are contained in

10   that database that has names of the applicants, has all the

11   foreign parties, it has all the registrants, it has all the

12   subsidiaries, freight forwarders and users, all of that.

13   Q.    Does it include applications that may have been denied or

14   returned?

15   A.    Yes.  Every application like I said before, either the

16   ones that we've approved, approved with conditions, rejected

17   or denied, all those licenses are still in the system.

18   Q.    How far back in time does the database go?

19   Approximately.

20   A.    The database goes back a couple decades, at least, if not

21   longer.

22   Q.    Now when you ran this check, what, if anything, did you

23   find on these names?

24   A.    Our check came up that none of these names were in our

25   system.

1     Q.    And what did that mean to you?

2     A.    That means that none of these individuals or the one

3     company on the bottom had either registered with us, with

4     DDTC, either actively now or in the past and none of them had

5     applied for or tried to get a license.

6     Q.    Now have you -- you had an opportunity or have you had an

7     opportunity to review the superseding indictment in this case?

8     A.    Yes.

9     Q.    And did that include Attachment 1 that contained a list

10    of items?

11    A.    Yes, it did.

12    Q.    And were you able to make any determination from the list

13    of items on Attachment 1 of the superseding indictment as to

14    whether those were items that were on the USML at any time

15    between 2017 and 2019?

16    A.    Yes.

17    Q.    And what did you find?

18    A.    Most of those articles were Category 1A. There was one

19    category for ammunition which was category 3A and the

20    magazines were category 1A.

21    Q.    So in terms of the items that were on this list, were all

22    of them on the USML just they had these various categories,

23    they were in various -- all the items were on the USML?

24    A.    Yes.

25    Q.    And then there were some in Category 1A as firearms?

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 16 of 31 PageID #: 2178
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 97 of 219
Douville - direct                                                97

1    A.    Yeah, most of them were firearms.

2    Q.    And then you said there were magazines under Category H

3    and ammunition under Category 3A?

4    A.    Yes.

5              MS. GAVIN:  Nothing further, Your Honor.

6              THE COURT:  Okay, thank you. Mr. Ivey, were you

7    going to have any questions?

8              MR. IVEY:  I do. I would guess 20 minutes or so.

9              THE COURT:  All right, and there may be some other

10   questions so I think we'll have to take the lunch break. It's

11   a little bit after 1:00, so we'll have to ask the witness to

12   come back, but we will do that at 2 o'clock, if everyone could

13   be back at 2 o'clock. Thank you very much.

14             And let me just remind the jury on your way out,

15   please as I keep on telling you, but don't do any research,

16   don't discuss the case, don't even talk about it among

17   yourselves. It's very important to keep an open mind so just

18   don't talk about the case. And other than that, have a good

19   lunch and we'll see everybody at 2 o'clock.

20             **(Jury exited the courtroom at 1:04 p.m.)**

21             **THE CLERK:** All rise.  This Honorable Court now

22   stands in recess.

23             **(Lunch recess was taken from 1:04 to 2:01 p.m.)**

24             **THE COURT:**  Let's get the witness on the stand.

25             **(Jury entered the courtroom at 2:02 p.m.)**

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 17 of 31 PageID #: 2179
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 98 of 219
Douville - cross                                                    98

1      **THE COURT:**  All right, everyone can be seated.

2  Welcome back. Mr. Ivey.

3                  C R O S S - E X A M I N A T I O N

4  BY MR. IVEY:

5  Q.   Thank you, Your Honor. Good afternoon, sir.

6  A.   Good afternoon.

7  Q.   Just a couple preliminary questions. So you've been at

8  the state in charge of which unit is it that you're --

9  A.   Division 6.

10 Q.   Okay. And Unit 6 handles what items?

11 A.   Small arms. We handle the Categories 1, 2 and 3, 9, 10

12 and 14.

13 Q.   All right, and the range you talked about, I think that

14 the bigger end ended up at Howitzer?

15 A.   For my category?

16 Q.   Yeah.

17 A.   Yeah, Howitzer for the big one, Category 2. Anything

18 above that.

19 Q.   And the small arms I guess, are the ones that you talked

20 about that were in Exhibit 1 that's attached to the

21 indictment, are those considered small arms or some are and

22 some aren't?

23 A.   They're all small arms.

24 Q.   They're all small arms. And so just for purposes of

25 orientation, there was a point where the regulation of small

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 18 of 31 PageID #: 2180
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 99 of 219
Douville - cross                                                    99

```
 1     arms after this case, but March 23, 2020 was moved to the
 2     Department of Commerce; is that right?
 3     A.    Yes, March 9th.
 4     Q.    March 9th?
 5     A.    2020, the latest rule of export control of form went
 6     through. Export control of form is a wide-ranging review of
 7     the USML that the Government did starting in 2012. They
 8     started moving stuff that the U.S. -- basically we had 87,000
 9     cases in 2012 and that was -- they felt that that was too many
10     cases.  And so they wanted to get rid of the stuff, small
11     parts and components of the categories to remove the stuff
12     that the U.S. Government -- they wanted to control the higher
13     -- they wanted basically higher walls around bigger items. So
14     they wanted to get rid of the small parts and components of
15     most of the categories and leave the remaining stuff as the
16     stuff that's basically the crown jewels.
17     Q.    So the crown jewels that you were left with were I think
18     --
19            MS. GAVIN:  Objection, Your Honor, relevance. We're
20     talking about changes in the law that occurred in 2020.
21            THE COURT:  I assume that we're getting somewhere.
22            MR. IVEY:  Yes, Your Honor.
23            THE COURT:  Relevance shortly, go ahead.
24     BY MR. IVEY:
25     Q.    So the crown jewels you are left with, submarines,
```

1    missiles and those sorts of items, correct?

2    A.   And automatic weapons. Automatic firearms.

3    Q.   All right. And for purposes of this, if I could have

4    Exhibit 91, please. Oh I'm sorry, not Exhibit 91. I want

5    Exhibit 1. Are you able to see this weapon, sir?

6    A.   Yes, I can.

7    Q.   This is already in evidence. Is this the kind of item

8    that would have been moved or is this still something you

9    regulate now?

10        **MS. GAVIN:**  Objection, Your Honor.

11        **THE COURT:**  Do you want to put on the telex?

12        **(Private conference ensued.)**

13        **THE COURT:**  Mr. Ivey, can you hear me?

14        **MR. IVEY:**  I'm asking questions about what they

15   still cover. He testified a moment ago that they handled 3,000

16   cases. The testimony I reviewed that the Government sent

17   pretrial was that they had reviewed 14,000 cases.  And so I'm

18   just trying to get a sense of what they're covering and --

19        **THE COURT:**  But does this relate to the time period

20   of the conspiracy or are we still talking about 2020 which I'm

21   not sure why we're talking about 2020.

22        **MR. IVEY:**  The 14,000 was from 2019. I don't think I

23   have a number from 2018. But I was going to try and figure out

24   what that number would be and why it's changed. And I believe

25   the 2003 number was from this year and was elicited by the

1    Government.

2              **THE COURT:**  The 2003 number?  There was a reference

3    to 3,000.

4              **MR. IVEY:**  3,000, but that was referenced to last

5    year, 2021. I only have a few --

6              **THE COURT:**  I just don't -- what is the -- I'm just

7    missing it.

8              **MS. GAVIN:**  Your Honor, showing them a weapon and

9    suggesting --

10             **THE COURT:**  I'm sorry what, Ms. Gavin?

11             **MS. GAVIN:**  I was going to say it goes beyond that

12   in terms of showing weapons and asking whether these are

13   things that got moved to the Commerce Control List in 2020 is

14   totally irrelevant and I think unfairly suggests to the jury

15   that somehow this wasn't really a crime back then and it is.

16   It was a violation of the law at that time.

17             **THE COURT:**  Right.

18             **MR. IVEY:**  I haven't said that it wasn't. In fact,

19   that was -- I thought the lead point was that, you know, I

20   just wanted to get a sense of what was the present -- what was

21   being regulated presently and what --

22             **THE COURT:**  I'm still not hearing any relevance to

23   what's being regulated presently. So I'm sustaining the

24   objection.

25             **MR. IVEY:**  All right.

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 21 of 31 PageID #: 2183
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 102 of 219
Douville - cross                                                102

```
1              (Private conference ended.)

2    BY MR. IVEY:

3    Q.    So in 2018, 2019 looking at Government Exhibit 1A, these

4    are the kinds of weapons that you would have been reviewing

5    prior to the time that licenses would have been granted?

6    A.    Yes.

7    Q.    Okay. And I believe I saw that your testimony was that

8    you have reviewed about 14,000 applications during that time

9    period?

10   A.    What time period?

11   Q.    2019. At least that was the year of your testimony.

12   A.    Yeah, 2019, the firearms' team did about 13,000 cases,

13   roughly.

14   Q.    All right. And what percentage of those applications were

15   granted?

16   A.    On average for -- it's hard to say for that category, but

17   I know for all of licensing, the total -- it's about 81

18   percent of all cases are either approved or approved with

19   provisos. We RWA about 18 percent and we deny one or two

20   percent.

21   Q.    And you said "RWA."  What does that stand for?

22   A.    Return without action. That's cases that we return for

23   administrative errors or errors in paperwork.

24   Q.    That's one of the four categories you testified about

25   before?
```

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 22 of 31 PageID #: 2184
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 103 of 219

Douville - cross                                                  103

1    A.   Yes.

2    Q.   With the fourth category being outright denial?

3    A.   Yes.

4    Q.   All right. Now let me ask you, if most of those

5    applications were submitted by companies or businesses, is

6    that typically what you get coming through your shop?

7    A.   Most, yeah.  Most cases come through companies, I would

8    say.

9    Q.   Okay. And these would be -- let's stick with weapons, at

10   least during that time frame. Companies that manufacture guns,

11   is that --

12   A.   What's interesting with firearms is you do get the

13   manufacturers, but there are also a lot of distributors like

14   your Cabela's and the ones that buy from manufacturers to

15   stockpile and then reexport it to sell.  So you get a lot of

16   distributors.

17   Q.   And you outlined a process that those entities would have

18   to go through in order to be able to sell them.  And the first

19   is to get registration?

20   A.   Yes.

21   Q.   And what does the registration process entail?

22   A.   You have to submit an application and it's a form. You

23   have to submit articles of incorporation. You have to have an

24   empowered official and there's a registration fee.  And so you

25   fill out the form and you talk about where your company is,

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 23 of 31 PageID #: 2185
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 104 of 219
Douville - cross                                                    104

1    what business you're going to do, whether you're going to be a

2    manufacturer or an exporter or both or a broker and you list

3    your empowered officials, your company employees that are,

4    like, empowered to do business with us and then you list the

5    commodities that you want to manufacture and/or export. The

6    commodities on the USML.

7    Q.   And I think you said the officials that are empowered to

8    --

9    A.   Empowered official.

10   Q.   That interact with your agency?

11   A.   Yeah.  Those are the ones that -- an empowered official

12   has to submit the license application with us and they have to

13   sign it electronically. They sign the application to state

14   that they are empowered to do business -- to be an employee of

15   the company and they are -- it's like an official of the

16   company and they are liable for anything that goes on in that

17   company with that application.

18   Q.   Now I believe your agency also publishes not just

19   regulations, but guidance on how to comply with these

20   requirements?

21   A.   With the ITAR requirements?

22   Q.   Yes.

23   A.   Yes.

24   Q.   And part of that would be, you know, that they should

25   review regulations before they move forward or, you know, and

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 24 of 31 PageID #: 2186
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 105 of 219
Douville - cross                                                    105

 1    prepare the EEI, that sort of thing?

 2    A.    EEI?  What is EEI?

 3    Q.    I'm sorry, the form that they're supposed to submit to

 4    your department as part of the registration process.

 5    A.    So you're saying, yeah, there's online instructions about

 6    how to fill out those forms.

 7    Q.    Okay. And then the next step there would be -- they'd

 8    submit the registration request and then it would come to your

 9    office.  And then how do they get from registrations to

10    licensing?

11    A.    So once you get registered, then our registration

12    department will send out a form saying "you are now

13    registered" and it's good for one year.  And there's a fee

14    associated with that, but it's good for one year and they can

15    engage in the business of exporting or manufacturing for one

16    calendar year. Once they have that registration, they get a

17    number, a code. It's usually an M code, M number with a dash

18    and a four or five digit number and that is their basically

19    like their Social Security number with us. So they have that

20    number. If they keep on renewing every year, then they'll keep

21    the same number.

22          Once they're registered with us, then they can begin

23    the process to apply for licensing applications and that's the

24    process I outline where they have to go and get -- go online

25    and get a -- log on and register with the Dex system which is

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 25 of 31 PageID #: 2187
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 106 of 219
Douville - cross                                                        106

```
 1      our external online portal which they will then use to submit
 2      all of their applications to us.
 3      Q.    All right. And then with respect to -- and you mentioned
 4      I guess -- I think you used the term "empowered official" or
 5      "individual" who was the one that you would be interacting
 6      with on that process?
 7      A.    Yes.
 8      Q.    All right. And then once they do all of that, then they
 9      can apply for a license?
10      A.    Yeah.  Well once they have -- once they are signed up
11      with the computer system that they need and once they're
12      registered, then they can, yes, begin to apply for
13      application.
14      Q.    And would your expectation be that the same empowered
15      individual who would have handled the early part of this would
16      be seeking the license as well?
17      A.    Depends on the nature of how big the company is. Some
18      companies like Raytheon or the bigger defense exporters have
19      an entire compliance team of exporters and so they have many
20      empowered officials. When we're dealing with a small what we
21      call Mom and Pop organizations which is a small company, then
22      those people are, you know, there's only one or two people
23      that engage in export, in export licenses. So it really
24      depends on how big the company is and who the owner of the
25      company wants to list as an empowered official.
```

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 26 of 31 PageID #: 2188
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 107 of 219

Douville - cross                                                    107

1    Q.   Okay. And then let's say there's a finding of a violation

2    of whatever the license requirements are.  Typically -- I

3    think you mentioned liability with respect to the officials

4    who had been involved in the registration and in the process

5    interacting with your agency; is that correct?

6    A.   Yes.

7    Q.   All right.  Let's say this company has a warehouse or

8    other officials who just do the process with firearms.  They

9    load the firearms for shipping. Would your agency normally be

10   holding the warehouse people accountable for the error that

11   was committed with respect to the licensing process?

12            MS. GAVIN:   Objection, Your Honor.

13            THE COURT:   Sustained. Don't answer.

14            THE WITNESS:   Don't answer?  Okay.

15   BY MR. IVEY:

16   Q.   Let me ask you this, do you regulate nonprofit entities

17   that are trying to send weapons or items overseas as well?

18   A.   Yes.  Anybody who exports from the United States would

19   need to be registered with us.

20   Q.   Do you treat those differently than the commercial

21   entities?

22   A.   No.

23   Q.   All right, and so if you had a group -- and I guess that

24   could run the gamut, it could be a formal like a corporate

25   structure, but a very small entity or it could be a 501(c)(3)

```
 1        perhaps?

 2        A.    Yes.

 3        Q.    Maybe a church?

 4        A.    Anyone who wants to export firearms.

 5        Q.    Okay. And the same requirements would apply?  You'd have

 6        somebody who is required to do the registration piece?

 7        A.    Yes.  I mean, you would need to register, so some --

 8        depending on what kind of organization it is, they may run

 9        afoul of if they are not incorporated, because there are

10        requirements to be incorporated with -- to apply for

11        registration you've got to be incorporated and you have to

12        have certain benchmarks.  And so some companies may not be

13        incorporated. So they may not be able to register. If they

14        can't register, then they won't be able to export.

15        Q.    Okay. And are shipping -- or freight forwarder or

16        shipping companies able to -- what role do they play in this

17        process?

18        A.    Some of them are registered because they sometimes for

19        their clients need to get export licenses on a case-by-case

20        basis, rarely.  But usually all parties to a transaction need

21        to be listed on our license applications.  So freight

22        forwarders, foreign and US would need to be provided on the

23        license. If you're using a freight forwarder, it would need to

24        be on our licenses.

25        Q.    And the entity that was using the freight forwarder or
```

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 28 of 31 PageID #: 2190
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 109 of 219
Douville - cross                                                    109

1    hired them or retained them, that name of the entity or group

2    would have to be on that as well?

3    A.   Yes.  All parties to the transaction need to be on the

4    license. If they're not on the license and they're on the

5    supporting documents or if we find out that they are part of

6    it, that's grounds for a return without action.

7    Q.   All right. And what if it's a volunteer arrangement where

8    people are donating items to be shipped?  So let's stick with

9    our church. So people -- whatever serious event there is,

10   people donate items to be shipped overseas. Then the church

11   then hires a freight forwarder and then they can send it

12   overseas, is that possible?

13   A.   It's --

14           **MS. GAVIN:**  Objection.

15           **THE COURT:**  Sustained.

16           **MR. IVEY:**  Can we be heard, Your Honor?

17           **THE COURT:**  Are we getting back to --

18           **(Private conference ensued.)**

19           **THE COURT:**  Can you hear me?

20           **MR. IVEY:**  Yes.

21           **THE COURT:**  Ms. Gavin?

22           **MS. GAVIN:**  Yes.

23           **THE COURT:**  What I don't understand, Mr. Ivey, is

24   that he's already answered a couple of times that any

25   organization that's exporting the firearms has to have this --

Case 3:22-cr-00088-DJH   Document 157-2   Filed 03/11/24   Page 29 of 31 PageID #: 2191
Case 1:21-cr-00334-RDB   Document 131   Filed 07/29/22   Page 110 of 219
Douville - cross                                               110

1    you know, be registered and have a license.

2              **MR. IVEY:**  Yeah, the immediate question is -- okay,

3    I'll stop there.

4              **THE COURT:**  Okay.

5              **(Private conference ended.)**

6    **BY MR. IVEY:**

7    Q.   So any entity that wants to export needs to get the

8    license?

9    A.   Yes, they need to get registered and then get a license.

10   Q.   And it can be an entity that is not a formal corporation,

11   but something less formal?  Could be a mom and pop structure,

12   right?

13   A.   Yeah, I mean --

14   Q.   Or it could be a charitable organization?

15   A.   Yes.

16   Q.   Or volunteer entity?

17   A.   Yes.  I've seen all of those, yes.

18   Q.   All right. Now in this particular case, on your -- I

19   think that was Exhibit 91, if we could pull that up.  Let me

20   ask you about number 12, the Bonaberi Shipping & Moving. I

21   think you testified that you did a check and they came up with

22   no registration or license with respect to that entity?

23   A.   Yes.

24   Q.   Now is that only registration with respect to USML

25   shipping or is it across the board Federal Government?

Douville - cross                                    111

```
 1    A.   No, this is for DDTC for defense articles registration to
 2    be an exporter or manufacturer.
 3    Q.   Okay, so your finding doesn't mean that Bonaberi Shipping
 4    isn't able -- doesn't have licenses to do shipping under other
 5    types of situations?
 6    A.   Yes, no.
 7    Q.   Okay. Court's indulgence for a moment?
 8         THE COURT:   All right.
 9    BY MR. IVEY:
10    Q.   All right, so just to close this out, the process where
11    the registration form is filed, is it roughly about 45 days
12    before there's a decision that comes back?
13    A.   It depends on whether all the documents and all the
14    information is correct. I would say -- hard to say how long it
15    would take, but roughly one to two months.
16    Q.   One to two months, okay. And then after that period has
17    passed if there's an acceptance, they could file for a license
18    application with DDTC?
19    A.   Yes, as soon as they get the letter from our registration
20    department with their registration code, that means they are
21    active and they can then apply for licenses.
22    Q.   Okay. And then if your agency agreed they would obtain
23    the licenses for the shipping?
24    A.   Yeah.  Well, if you submitted an application and it
25    passed all regulatory and administrative review then yes, we
```

 1    would adjudicate that case and send it back to the applicant.

 2    Q.   And then they could coordinate with the freight

 3    forwarder?

 4    A.   Yeah, if they were listed on the license then they could

 5    interact with the freight forwarders listed on the license to

 6    export the articles.

 7    Q.   And then they would be able to ship the items?

 8    A.   Yes.

 9    Q.   Okay. No further questions, Your Honor.

10             THE COURT:  All right, thank you. Anyone else?

11             MR. BASILE:  No, Your Honor.

12             MR. BENOWITZ:  No, Your Honor.

13             THE COURT:  Any redirect?

14             MS. GAVIN:  No.  No questions, Your Honor.

15             THE COURT:  Okay, thank you very much, sir. You're

16    excused.

17             (Witness, excused.)

18             THE COURT:  Does the Government have another witness?

19             MR. MIHOK:  Yes, Your Honor.  We'll call Mr. Ronald

20    Rolfe to the stand.

21             THE COURT:  I'm sorry, counsel, could we just go on

22    the telex for one second?

23             (Private conference ensued.)

24             THE COURT:  Can you hear me, Mr. Mihok?  I just want

25    to be sure that Mr. Rolfe, if he's going to be asked the