**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **United States of America** <br><br> v. <br><br> **Quadrant Magnetics LLC et al.** | **No. 3:22-CR-88-DJH** |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion *In Limine* to Exclude Expert Testimony of Thomas J. McCarthy, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Judge