## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **United States of America** <br><br> v. <br><br> **Quadrant Magnetics LLC et al.** | No. 3:22-CR-88-DJH |

### [PROPOSED] ORDER

Upon consideration of the United States' Motion *In Limine* to Exclude Evidence of *Touhy* Activities and Subpoena Compliance, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Judge