UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                                                    CRIMINAL NO. 3:22-CR-88-DJH

QUADRANT MAGNETICS, et al.                                                DEFENDANTS

## ORDER

The Court, having considered defendants', Quadrant Magnetics LLC ("QM"), Phil Pascoe, Scott Tubbs, and Monica Pascoe (collectively "Defendants") Motion *in limine* to Exclude Expert Testimony (DN 143), and the United States having responded, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendants' Motion (DN 143) is **DENIED**.