**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **United States of America** <br><br> v. <br><br> **Quadrant Magnetics, LLC et al.** | No. 3:22-CR-88-DJH |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion to Seal, it is hereby **ORDERED** that the Motion is **GRANTED**. The clerk shall seal D. N. 162, Defendants' Motion to Compel Production of Exculpatory Evidence, in its entirety, including the exhibits and proposed order.

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Judge