UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:22-cr-88-DJH |
| PHIL PASCOE (1),<br>SCOTT TUBBS (2),<br>MONICA PASCOE (3), and<br>QUADRANT MAGNETICS, LLC (4), | Defendants. |

\* \* \* \* \*

## ORDER

Defendants Phil Pascoe, Scott Tubbs, and Monica Pascoe have filed a motion to continue the trial set for April 1, 2024. (Docket No. 164) The motion raises substantial and compelling grounds for granting the continuance, including the voluminous pretrial motion practice and recently filed motions to dismiss and compel, ongoing discovery disputes, and the recent production of some 3,512 pages of documents. (*Id.*, PageID.2330-31) The motion does not, however, indicate the positions of the United States or Defendant Quadrant Magnetics, LLC regarding whether the trial should be continued. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the United States and Defendant Quadrant Magnetics, **SHALL respond** to the motion to continue (D.N. 164) by close of business on **March 15, 2024**.

March 14, 2024

David J. Hale, Judge
United States District Court