UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                                               CRIMINAL NO. 3:22-CR-88-DJH
                                                                          *Filed Electronically*

QUADRANT MAGNETICS, LLC et al.                                                       DEFENDANTS

## UNITED STATES' RESPONSE TO MOTION TO CONTINUE

The United States does not object to the motion to continue filed by defendants Phil Pascoe, Monica Pascoe, and Scott Tubbs. (DN 164). The United States requests the Court set a scheduling conference so that the parties and the Court may discuss potential new trial dates.

Respectfully submitted,

| | |
|---|---|
| MICHAEL A. BENNETT | JENNIFER KENNEDY GELLIE |
| United States Attorney | Executive Deputy Chief |
| Western District of Kentucky | Counterintelligence and Export Control Section |
| | National Security Division |

 s/ *Joshua D. Judd*_____            s/ *Alex Wharton*_____
Joshua D. Judd                                                   Leslie Esbrook
Christopher C. Tieke                                          Alex Wharton
Assistant U.S. Attorneys                                     Trial Attorneys
717 W. Broadway                                               950 Pennsylvania Ave., NW
Louisville, KY  40202                                         Washington, DC 20530
(502) 582-5911                                                   (202) 514-4523
joshua.judd@usdoj.gov                                    alexander.wharton@usdoj.gov
christopher.tieke@usdoj.gov                            leslie.esbrook@usdoj.gov

CERTIFICATE OF SERVICE

On March 14, 2024 I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel for the defendants.

    s/ *Joshua D. Judd*
Assistant United States Attorney