UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                               CRIMINAL NO. 3:22-CR-88-DJH

QUADRANT MAGNETICS, LLC et al.                                   DEFENDANTS

**ORDER**

This matter is before the Court on the motion of Defendants Phil Pascoe, Scott Tubbs, and Monica Pascoe to continue trial date in this matter (DN 164). The United States having responded, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion (DN 164) is **GRANTED.**  The jury trial set for April 1, 2024 is REMANDED.

IT IS FURTHER ORDERED that a status conference is set for _____, 2024.

IT IS FURTHER ORDERED AND ADJUDGED that period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within the trial of the offenses charged herein must commence pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).