# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**United States of America**

v.

**Quadrant Magnetics, LLC et al.**

No. 3:22-CR-88-DJH

## DEFENDANT QUADRANT MAGNETICS, LLC'S RESPONSE TO DEFENDANTS PHIL PASCOE, SCOTT TUBBS, AND MONICA PASCOE'S MOTION TO CONTINUE TRIAL DATE

Defendant Quadrant Magnetics, LLC ("Quadrant") respectfully files this response to the motion to continue trial date requested by individual defendants Mr. Pascoe, Mr. Tubbs, and Ms. Pascoe. Quadrant is prepared to begin trial on April 1, 2024, the date set by the Court on December 28, 2023. (*See* D.N. 98.) Quadrant believes it has been wrongly accused of violating federal law and seeks to defend its interests in court as soon as practicable, given the accumulating harm to the company from being under an outstanding federal indictment.

However, Quadrant has carefully reviewed the individual Defendants' motion, and the Court's schedule, and agrees that the continuance requested by Defendants serves the ends of justice under 18 U.S.C. §3161(h)(7)(A). Quadrant thus does not oppose the individual Defendants' request for an approximately 30-day continuance of the trial date. Quadrant respectfully requests that any continuance be limited (thus setting a new trial date on or about May 8, 2024), and that any continuance not reset past deadlines.

Dated: March 14, 2024               Respectfully submitted,

                                                   */s/ John Brownlee*
                                                   John L. Brownlee (*pro hac vice*)
William F. Gould *(pro hac vice)*
Timothy Taylor (*pro hac vice*)
Caitlin Eberhardt *(pro hac vice)*
HOLLAND & KNIGHT LLP
1650 Tysons Blvd., Suite 1600
Tysons, VA 22201
T: 703.720.8053
F: 703.720.8610
John.Brownlee@hklaw.com
William.Gould@hklaw.com
Timothy.Taylor@hklaw.com
Caitlin.Eberhardt@hklaw.com
*Counsel for Quadrant Magnetics, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I filed the foregoing using the Court's ECF system, which will send a notice of electronic filing to all attorneys of record for the parties in this case.

/s/ *John Brownlee*