UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                    Criminal Action No. 3:22-cr-88-DJH

PHIL PASCOE (1),
SCOTT TUBBS (2),
MONICA PASCOE (3), and
QUADRANT MAGNETICS, LLC (4),                                        Defendants.

\* \* \* \* \*

### ORDER

Defendants moves to seal a motion to compel and attachments (Docket No. 162) on the basis that they contain sensitive information subject to the protective order (D.N. 103) previously entered in this matter. (D.N. 163) Having reviewed the motion to compel and attachments, the Court finds that there is good cause to seal the motion to compel and attachments as they contain information subject to the protective order. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the defendants' motion to seal (D.N. 163) is **GRANTED**. The Clerk of Court is **DIRECTED** to file the motion to compel and attachments (D.N. 162) under seal in the record of this matter.

March 15, 2024

David J. Hale, Judge
United States District Court

1