UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:22-cr-88-DJH

PHIL PASCOE (1),
SCOTT TUBBS (2),
MONICA PASCOE (3), and
QUADRANT MAGNETICS, LLC (4), Defendants.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for oral argument on April 18, 2024, with the following counsel participating:

    For the United States:    Alexander Wharton
                                       Joshua Judd
                                       Leslie Esbrook

    For Defendants:    Kayla Campbell
                                   Kent Wicker
                                   Patrick Renn
                                   Michael Mazzoli
                                   John Leslie Brownlee
                                   Timothy Taylor
                                   William Frederick Gould
                                   Christian Hecht

The individual defendants were present. The Court heard oral argument from the parties on the defendants' motions to dismiss smuggling allegations (Docket No. 86), suppress evidence concerning alleged ITAR violations (D.N. 87), dismiss AECA and ITAR allegations for vagueness (D.N. 88), strike magnetization allegations (D.N. 89), exclude testimony by government experts regarding ITAR (D.N. 91), exclude testimony by government experts regarding magnetization (D.N. 93), exclude magnetization evidence (D.N. 139), and dismiss ITAR allegations based on

disclosure in pretrial filings. (D.N. 147) At the conclusion of the hearing, the Court took the motions under advisement. As discussed at the outset of the hearing, the Court will set a status conference to discuss the trial schedule by subsequent order. Based on the discussion at the conclusion of the hearing, and the court being otherwise sufficiently advised, it is hereby

**ORDERED** that pursuant to 18 U.S.C. § 3161(h)(1)(D), and (h)(1)(H), the delay attributable to the motions, hearing, and disposition of the motions is **excludable in computing the time within which the trial must commence under the Speedy Trial Act**.

April 18, 2024

David J. Hale, Judge
United States District Court

Court Time: 01/40
Court Reporter: Dena Legg