UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                                 CRIMINAL NO. 3:22-CR-88-DJH
                                                           *Filed Electronically*

QUADRANT MAGNETICS, LLC et al.                                   DEFENDANTS

### UNITED STATES' RESPONSE TO DEFENDANT'S NOTICE

The Government submits this response to Defendant Quadrant Magnetics LLC's ("Quadrant") Notice Regarding Government's Late Production of *Jencks* Material and Other Records. DN 359. Quadrant's Notice mischaracterizes the nature of these documents. Moreover, the Government already has taken steps to limit any prejudice, and it is prepared to describe those steps for the Court.

The documents at issue are responses to civil investigative demands to two other magnet companies—Adams Magnetics and Electron Energy Corporation—in 2021 (the "CID Documents"). On March 13, 2025, the Government realized that these documents may contain statements by testifying witnesses that were not produced previously in discovery. The Government informed Defendant of the existence of these documents on the morning of March 14, 2025, and produced the CID productions in their entirety to Defendant a few hours later. The Government informed Defendant of its view that the vast majority of the CID Documents were irrelevant but that some appeared to contain statements of witnesses who have testified or will testify in this trial. The Government also informed Defendant during the morning meeting on March 14, 2025, and in its production letter later that afternoon, that it would be amenable to

recalling any GE Aviation witness the Defendant wished to question further through supplemental cross examination.

To facilitate Defendant's review of the CID Documents, the Government searched them using criteria designed to identify potential statements by GE Aviation witnesses. It provided a spreadsheet to the Defendant on March 15, 2025, identifying the control numbers for each document that hit on the search criteria. This search yielded approximately 470 hits, many of which appear to be cumulative.

The Government takes its discovery obligations seriously. And it candidly acknowledges—as it already has twice to Defendant—that a limited number of the CID Documents may contain *Jencks* statements by GE Aviation witnesses. The United States, however, has identified no exculpatory material in the CID Documents. It further disagrees that there are any *Jencks* statements by Steven Walmer from Electron Energy Corporation.

The United States will be prepared to address these issues for the Court on Monday morning, March 17, 2025.

Respectfully submitted,

| | |
|---|---|
| MICHAEL A. BENNETT | JENNIFER KENNEDY GELLIE |
| United States Attorney | Chief |
| Western District of Kentucky | Counterintelligence and Export Control Section |
| | National Security Division |

 s/ *Joshua D. Judd*      s/ *Alex Wharton* 

| | |
|---|---|
| Joshua D. Judd | Alex Wharton |
| Christopher C. Tieke | Leslie C. Esbrook |
| Assistant U.S. Attorneys | Trial Attorneys |
| 717 W. Broadway | 950 Pennsylvania Ave., NW |
| Louisville, KY  40202 | Washington, DC 20530 |
| (502) 582-5911 | (202) 514-4523 |
| joshua.judd@usdoj.gov | alexander.wharton@usdoj.gov |
| christopher.tieke@usdoj.gov | leslie.esbrook@usdoj.gov |

3

CERTIFICATE OF SERVICE

      On March 16, 2025, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel for the defendants.

                                                   s/ *Joshua J. Judd*
                                              Assistant United States Attorney