# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

## CRIMINAL COURT PROCEEDINGS – TRIAL

| | | | |
|---|---|---|---|
| **Case Number:** | 3:22-cr-88 | **Date:** | March 17, 2025 |
| **Case Title:** | United States v. Quadrant Magnetics, LLC | | |
| **Before:** | Judge David J. Hale | | |

| | | |
|---|---|---|
| **Present** | **Court Reporter:** | Dena Legg |
| | **Courtroom Deputy:** | Natalie Thompson |
| | **United States:** | Joshua Judd, Christopher Tieke, Alexander Wharton, and Leslie Esbrook |
| | **Defendant:** | John Brownlee, Timothy Taylor, William Gould, Ashley Akers |

| | | | |
|---|---|---|---|
| **Jury Impaneled & Sworn:** | | **Date:** | March 10, 2025 |

| | | | |
|---|---|---|---|
| **Introduction of Evidence for United States:** | **Begun:** | March 11, 2025 | |
| | **Resumed:** | | |
| | **Concluded:** | | |
| **Introduction of Evidence for Defendant** | **Begun:** | | |
| | **Resumed:** | | |
| | **Concluded:** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Rebuttal Evidence:** | | **Sur-Rebuttal Evidence:** | | **No Evidence Presented:** | |

| | | |
|---|---|---|
| **Case continued to** | | for further trial. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Motion for Judgment of Acquittal:** | | **Granted:** | | **Denied:** | **Submitted:** | |

| | | | |
|---|---|---|---|
| **Jury retired to deliberate at:** | | **Jury returned at:** | |

| | | | | |
|---|---|---|---|---|
| **Finding by Court:** | | OR | **Jury Verdict:** | |

| | | | | |
|---|---|---|---|---|
| **Jury Polled:** | | **Polling Waived:** | **Mistrial Declared:** | X |

| | | |
|---|---|---|
| **Case continued to** | | for sentencing. |

| | | | |
|---|---|---|---|
| **Defendant to remain on bond:** | | OR | **Defendant to remain detained:** |

| | | | | |
|---|---|---|---|---|
| **Court Time:** | 00/40 | | **Initials of Deputy Clerk:** | NWT |